**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Acton No. 1:12-CV-01096-WJM-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

    Defendants.

---

**POTTER VOICE TECHNOLOGIES LLC'S**
**NOTICE OF DISMISSAL OF SHARP CORPORATION**

---

    Pursuant to Rule 41, Potter Voice technologies LLC, hereby dismisses

defendant Sharp Corporation.

Dated: June 4, 2012          Respectfully submitted,

*/s/ Daniel W. Bedell*
Daniel W. Bedell

THE LANIER LAW FIRM, P.C.
Christopher D. Banys      SBN: 230038 (California)
Daniel W. Bedell           SBN: 254912 (California)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100      (650) 322-9103 (fax)
cdb@lanierlawfirm.com
dwb@lanierlawfirm.com

Local Counsel:

RYLEY CARLOCK & APPLEWHITE
F. Brittin Clayton III
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Tel: (303) 813-6713
clayton@rcalaw.com

**ATTORNEYS FOR PLAINTIFF
POTTER VOICE TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 4th day of June, 2012.

/s/ Georgia Perivoliotis
Georgia Perivoliotis