**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01096-WJM-CBS

POTTER VOICE TECHNOLOGIES LLC,

       Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, AND
NOKIA INC.,

       Defendants.

_____

**STIPULATION BY PLAINTIFF POTTER VOICE TECHNOLOGIES LLC
AND DEFENDANT MICROSOFT CORPORATION REGARDING
MICROSOFT CORPORATION'S MOTION TO DISMISS FOR
IMPROPER JOINDER UNDER 35 U.S.C. 299**

_____

Plaintiff Potter Voice Technologies LLC ("Potter") and Defendant Microsoft Corporation ("Microsoft") hereby stipulate and agree as follows:

1.      On April 25, 2012, Potter filed a Complaint for Patent Infringement and Jury Demand in this Court (Dkt. 1) naming 26 defendants, including Microsoft.

2.      On May 3, 2012, Microsoft filed a Motion to Dismiss Microsoft Corporation for Improper Joinder Under 35 U.S.C. 299 (Dkt. 10).  Potter filed its opposition papers on May 24, 2012 (Dkt. 38).  Microsoft's reply papers are due by June 11, 2012.

3.      On May 29, 2012, Potter filed an Amended Complaint for Patent Infringement and Jury Demand ("Amended Complaint") (Dkt. 40) pursuant to Federal Rule of Civil Procedure 15(a).  The Amended Complaint names 18 defendants, including Microsoft, and does not amend Potter's allegations with respect to Microsoft.

4.      Potter and Microsoft agree that Microsoft's Motion to Dismiss for Improper Joinder Under 35 U.S.C. 299 (Dkt. 10) and Potter's opposition papers (Dkt. 38) are not affected by the Amended Complaint and that separate or additional briefing on the motion to dismiss in view of the Amended Complaint would be duplicative and an inefficient use of the Court's resources.

5.      Potter and Microsoft respectfully submit the attached proposed order for the Court's consideration, which orders that Microsoft's Motion to Dismiss for Improper Joinder Under 35 U.S.C. 299 be taken under review as a motion to dismiss the subsequently-filed Amended Complaint.

DATED this 6th day of June 2012.

Respectfully submitted,


_s/ Kourtney Mueller Merrill_____
Grant E. Kinsel
Perkins Coie LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067
Tel. (310) 788-3215
Email:  GKinsel@perkinscoie.com

Amanda Tessar
Kourtney Mueller Merrill
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
Tel. (303) 291-2300
Email:  ATessar@perkinscoie.com
           KMerrill@perkinscoie.com

_Attorneys for Defendant_
_Microsoft Corporation_


_s/ Daniel W. Bedell_____
Christopher D. Banys
Daniel W. Bedell
The Lanier Law Firm, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA  94303
Tel. (650) 322-9100
Email:  cdb@lanierlawfirm.com
           dwb@lanierlawfirm.com

F. Brittin Clayton III
1700 Lincoln Street, Suite 3500
Denver, CO  80203
Tel. (303) 813-6713
Email:  clayton@rcalaw.com


_Attorneys for Plaintiff_
_Potter Voice Technologies, LLC_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of June, 2012, I electronically filed a true and correct copy of the foregoing **STIPULATION BY PLAINTIFF POTTER VOICE TECHNOLOGIES LLC AND DEFENDANT MICROSOFT CORPORATION REGARDING MICROSOFT CORPORATION'S MOTION TO DISMISS FOR IMPROPER JOINDER UNDER 35 U.S.C. 299** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

- **Christopher David Banys**
  cdb@lanierlawfirm.com

- **Daniel Wayne Bedell**
  dwb@lanierlawfirm.com

- **Frank Brittin Clayton, III**
  bclayton@rcalaw.com

- **Ian L. Saffer**
  isaffer@kilpatricktownsend.com

- **J. Mark Smith**
  msmith@penberg.com

- **Lewis V. Popovski**
  lpopovski@kenyon.com

*s/ Kourtney Mueller Merrill*
Kourtney Mueller Merrill
Attorneys for Defendant Microsoft Corporation
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
KMerrill@perkinscoie.com