IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

       Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA.,

       Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT
SHARP ELECTRONICS CORPORATION**

---

Andrew Devkar hereby enters his appearance in this action as counsel for Defendant

Sharp Electronics Corporation.[1]  Mr. Devkar was admitted to the Untied States District Court for

the District of Colorado on July 5, 2012.

---

[1] Pursuant to Potter Voice Technologies' Notice of Dismissal of Sharp Corporation, Dkt. No. 43, Plaintiff has dismissed Defendant Sharp Corporation from this action.

- 2 -

Dated: July 17, 2012

By: /s/ Andrew Devkar

Andrew Devkar
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4704
Telephone:   310.595.3000
Facsimile:    310.595.3300
Email:  Andrew.devkar@dlapiper.com

Attorneys for Defendant
Sharp Electronics Corporation

WEST\235458548.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2012, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send notification of such filing to all counsel of

record who are deemed to have consented to electronic service.

By: /s/ Andrew Devkar

Andrew Devkar
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4704
Telephone:   310.595.3000
Facsimile:    310.595.3300

Attorneys for Defendant
Sharp Electronics Corporation

WEST\235458548.1