# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:12-cv-01096-WJM-CBS

POTTER VOICE TECHNOLOGIES LLC,

        Plaintiff,

  v.

APPLE, INC. et al.,

        Defendants.
_____

## ENTRY OF APPEARANCE
_____

Please take notice that Clayton C. James of Hogan Lovells US LLP hereby enters his appearance in this matter on behalf of Defendants Research In Motion Limited and Research In Motion Corporation.

        Respectfully submitted,

        HOGAN LOVELLS US LLP

        s/ Clayton C. James
        Clayton C. James
        1200 Seventeenth Street, Suite 1500
        Denver, CO 80202
        Telephone:  (303) 899-7300
        Facsimile:  (303) 899-7333
        clay.james@hoganlovells.com

        *Attorneys for Defendants Research In Motion*
        *Limited and Research In Motion Corporation.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** using the Court's ECF electronic filing system which will serve the same upon all counsel of record.

                                                *s/Srecko "Lucky" Vidmar*
                                                Srecko "Lucky" Vidmar