**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:12-cv-01096-WJM-CBS

POTTER VOICE TECHNOLOGIES LLC,

        Plaintiff,

  v.

APPLE, INC. et al.,

        Defendants.
_____

**ENTRY OF APPEARANCE**
_____

Please take notice that Srecko "Lucky" Vidmar of Hogan Lovells US LLP hereby enters his appearance in this matter on behalf of Defendants Research In Motion Limited and Research In Motion Corporation.

        Respectfully submitted,

        HOGAN LOVELLS US LLP

        s/ Srecko "Lucky" Vidmar
        Srecko "Lucky" Vidmar
        1200 Seventeenth Street, Suite 1500
        Denver, CO 80202
        Telephone:  (303) 899-7300
        Facsimile:  (303) 899-7333
        lucky.vidmar@hoganlovells.com

        *Attorneys for Defendants Research In Motion
        Limited and Research In Motion Corporation.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** using the Court's ECF electronic filing system which will serve the same upon all counsel of record.

                                         *s/Srecko "Lucky" Vidmar*
                                         Srecko "Lucky" Vidmar