**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-1096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE, INC., *et al.*,

    Defendants.

---

**ENTRY OF APPEARANCE**

---

Please take notice that Dominic E. Massa of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance in this matter on behalf of Defendants Research In Motion Limited and Research In Motion Corporation.

    Respectfully submitted,

Dated:  July 23, 2012

    */s/  Dominic E. Massa*
    Dominic E. Massa
    Massachusetts Bar No. 564694
    Dominic.Massa@WilmerHale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts  02109
    Tel:  (617) 526-6000
    Fax:  (617) 526-5000

2

Craig E. Davis
California Bar No. 221356
   Craig.Davis@WilmerHale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

*Attorneys for Defendants*
Research In Motion Corporation and
Research In Motion Limited

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 23, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** using the Court's ECF electronic filing system which will serve the same upon all counsel of record.

Dated:  July 23, 2012                                 /s/  *Dominic E. Massa*
                                                                        Dominic E. Massa
                                                                        Massachusetts Bar No. 564694
                                                                           Dominic.Massa@WilmerHale.com
                                                                        WILMER CUTLER PICKERING
                                                                           HALE AND DORR LLP
                                                                        60 State Street
                                                                        Boston, Massachusetts  02109
                                                                        Tel:  (617) 526-6000
                                                                        Fax:  (617) 526-5000