**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Acton No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE INC., et al.,

    Defendants.

---

**POTTER VOICE TECHNOLOGIES LLC'S
ANSWER TO MICROSOFT CORPORATION'S COUNTERCLAIMS TO SECOND AMENDED COMPLAINT**

---

Plaintiff Potter Voice Technologies LLC ("Potter Voice"), in the above-entitled and numbered civil action, answers the Counterclaims of Defendant Microsoft Corporation ("Microsoft"), as follows:

## JURISDICTION AND VENUE

1.    Potter Voice admits the allegations in Paragraph 86 of the Counterclaims.

2.    Potter Voice admits the allegations in Paragraph 87 of the Counterclaims.

3.    Potter Voice admits the allegations in Paragraph 88 of the Counterclaims.

## THE PARTIES

4.    Potter Voice admits the allegations in Paragraph 89 of the Counterclaims.

5.    Potter Voice admits the allegations in Paragraph 90 of the Counterclaims.

## FIRST COUNTERCLAIM
### Declaration of Noninfringement

6. Potter Voice incorporates by reference its responses the Paragraphs above as if fully set forth therein.

7. Potter Voice admits the allegations in Paragraph 92 of the Counterclaims.

8. Potter Voice admits the allegations in Paragraph 93 of the Counterclaims.

9. Potter Voice denies the allegations in Paragraph 94 of the Counterclaims.

10. Potter Voice admits the allegations in Paragraph 95 of the Counterclaims.

11. Potter Voice denies the allegations in Paragraph 96 of the Counterclaims.

12. Potter Voice denies the allegations in Paragraph 97 of the Counterclaims.

## SECOND COUNTERCLAIM
### Declaration of Invalidity

13. Potter Voice incorporates by reference its responses the Paragraphs above as if fully set forth therein.

14. Potter Voice denies the allegations in Paragraph 99 of the Counterclaims.

15. Potter Voice admits the allegations in Paragraph 100 of the Counterclaims.

16. Potter Voice denies the allegations in Paragraph 101 of the Counterclaims.

17. Potter Voice denies the allegations in Paragraph 102 of the Counterclaims.

Dated: July 27, 2012                    Respectfully submitted,

*/s/ Daniel W. Bedell*
Daniel W. Bedell

THE LANIER LAW FIRM, P.C.
Christopher D. Banys  SBN:230038 (California)
Daniel W. Bedell       SBN:254912 (California)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100      (650) 322-9103 (fax)
cdb@lanierlawfirm.com
dwb@lanierlawfirm.com

Local Counsel:
RYLEY CARLOCK & APPLEWHITE
F. Brittin Clayton III
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Tel: (303) 813-6713
clayton@rcalaw.com

**ATTORNEYS FOR PLAINTIFF
POTTER VOICE TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I filed a true and correct copy of the forgoing **POTTER VOICE TECHNOLOGIES, LLC'S ANSWER TO MICROSOFT CORPORATION'S COUNTERCLAIMS TO SECOND AMENDED COMPLAINT** via the Court's CM/ECF system which will send notification of such filing to all counsel at the following email addresses:

| | |
|---|---|
| **Eamonn Gardner**<br>**Matthew Leary**<br>**Stephen C. Neal**<br>**Timothy S. Teter**<br>Cooley LLP<br>egardner@cooley.com<br>mleary@cooley.com<br>nealsc@cooley.com<br>teterts@cooley.com<br><br>*Attorneys for Defendant Apple Inc.* | **Scott Robert Bialecki**<br>**Erin A. Kelly**<br>Bryan Cave HRO<br>scott.bialecki@bryancave.com<br>erin.kelly@bryancave.com<br><br>**Robert F. Perry**<br>**Christopher C. Carnaval**<br>**Allison H. Alterson**<br>King & Spalding LLP<br>rperry@kslaw.com<br>ccarnaval@kslaw.com<br>aalterson@kslaw.com<br><br>*Attorneys for Defendant Nokia Inc.* |
| **Ian L. Saffer**<br>**Danielle Thompson Williams**<br>Kilpatrick Townsend & Stockton LLP<br>isaffer@kilpatricktownsend.com<br>dtwillams@kilpatricktownsend.com<br><br>*Attorneys for Defendants Google, Inc., and Motorola Mobility, Inc.* | **Natalie Hanlon-Leh**<br>Faegre Baker Daniels LLP<br>natalie.hanlonleh@FaegreBD.com<br><br>**Alan A. Wright**<br>H.C. Park & Associates, PLC<br>awright@park-law.com<br><br>*Attorneys for Defendant Pantech Wireless, Inc.* |
| **Bruce A. Featherstone**<br>Featherstone Petrie DeSisto LLP<br>bfeatherstone@featherstonelaw.com<br><br>**Jerry R. Selinger**<br>Patterson & Sheridan, LLP<br>jselinger@pattersonsheridan.com<br><br>*Attorneys for Defendant HTC America, Inc.* | **Craig E. Davis**<br>**Dominic E. Messa**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>craig.davis@wilmerhale.com<br>Dominic.Massa@wilmerhale.com<br><br>**Clayton C. James**<br>**Srecko "Lucky" Vidmar**<br>Hogan Lovells US LLP |

| | |
|---|---|
| | clay.james@hoganlovells.com<br>lucky.vidmar@hoganlovells.com<br><br>*Attorneys for Defendants Research in Motion Limited and Research in Motion Corporation* |
| **Trevor Bartel**<br>**Scott M. Browning**<br>Rothgerber Johnson & Lyons LLP<br>tbartel@rothgerber.com<br>sbrowning@rothgerber.com<br><br>**Joseph E. Palys**<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Joseoh.palys@finnegan.com<br><br>*Attorneys for Defendant Huawei Device USA, Inc.* | **James W. Soong**<br>**Hyun Chung**<br>**Rich Eldin**<br>**CJ Kim**<br>**Richard A. Edlin**<br>**Gayle L. Strong**<br>**Amy L. Kraner**<br>**Victor H. Polk, Jr.**<br>Greenberg Traurig, LLP<br>soongj@gtlaw.com<br>chungh@gtlaw.com<br>edlinr@gtlaw.com<br>kimc@gtlaw.com<br>edlinr@gtlaw.com<br>strongg@gtlaw.com<br>kramera@gtlaw.com<br>polkv@gtlaw.com<br><br>*Attorneys for Defendant Samsung Telecommunications America, Inc.* |
| **Jose L. Patino**<br>Jones Day<br>jlpatino@JonesDay.com<br>pottervoice@jonesday.com<br>*Attorneys for Defendant Kyocera International, Inc.* | **Patrick Park**<br>**Andrew Devkar**<br>DLA Piper LLP<br>patrick.park@dlapiper.com<br>Andrew.deckar@dlapiper.com<br><br>*Attorneys for Sharp Electronics Corporation* |
| **Renzo N. Rocchegiani**<br>**Sandra B. Wick Mulvany**<br>McKenna Long & Aldridge, LLP<br>rrocchegiani@mckennalong.com<br>swickmulvany@mikennalong.com<br>LG-PV@mckennalong.com<br><br>*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.* | **Lewis Popovski**<br>**Michael Sander**<br>Kenyon & Kenyon LLP<br>Lpopovski@keynon.com<br>MSander@Kenyon.com<br><br>**J. Mark Smith**<br>Pendleton, Wilson, Hennessey & Crow, P.C.<br>msmith@penberg.com<br><br>*Attorneys for Defendant Sony Mobile Communications (U.S.A.) Inc.* |
| **Amanda J. Tessar**<br>**Kourtney Mueller Merrill**<br>**Grant Kinsel**<br>Perkins Coie LLP | **Matthew W. Johnson**<br>**Hugh Q. Gottschalk**<br>Wheeler Trigg O'Donnell LLP<br>johnson@wtotrial.com |

| | |
|---|---|
| atessar@perkinscoie.com<br>kmerrill@perkinscoie.com<br>gkinsel@perkinscoie.com<br><br>*Attorneys for Defendant Microsoft Corporation* | gottschalk@wtotrial.com<br><br>**Elizabeth Yang**<br>Connolly Bove Lodge & Hutz LLP<br>eyang@cblh.com<br><br>*Attorneys for Defendant ZTE (USA) Inc.* |

                                                */s/ Georgia Perivoliotis*
                                                Georgia Perivoliotis