**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Acton No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

      Plaintiff,

v.

APPLE INC., et al.,

      Defendants.

---

**POTTER VOICE TECHNOLOGIES LLC'S
ANSWER TO APPLE INC.'S COUNTERCLAIMS**

---

      Plaintiff Potter Voice Technologies LLC ("Potter Voice"), in the above-entitled and numbered civil action, answers the Counterclaims of Defendant Apple Inc. ("Apple"), as follows:

<u>**THE PARTIES**</u>

    1.    Potter Voice admits the allegations in Paragraph 1 of the Counterclaims.

    2.    Potter Voice admits the allegations in Paragraph 2 of the Counterclaims.

<u>**JURISDICTION AND VENUE**</u>

    3.    Potter Voice admits the allegations in Paragraph 3 of the Counterclaims.

    4.    Potter Voice admits the allegations in Paragraph 4 of the Counterclaims.

    5.    Potter Voice admits the allegations in Paragraph 5 of the Counterclaims.

    6.    Potter Voice admits the allegations in Paragraph 6 of the Counterclaims,

but denies Apple's assertion that venue is not convenient.

## ACTUAL CONTROVERSY

7.     Potter Voice admits the allegations in Paragraph 7 of the Counterclaims.

8.     Potter Voice admits the allegations in Paragraph 8 of the Counterclaims.

9.     Potter Voice denies the allegations in Paragraph 9 of the Counterclaims.

10.    Potter Voice admits the allegations in Paragraph 10 of the Counterclaims.

## FIRST COUNTERCLAIM
### Declaration of Noninfringement of '659 Patent

11.    Potter Voice incorporates by reference its responses the Paragraphs above as if fully set forth therein.

12.    Potter Voice denies the allegations in Paragraph 12 of the Counterclaims.

13.    Potter Voice denies the allegations in Paragraph 13 of the Counterclaims.

14.    Potter Voice denies the allegations in Paragraph 14 of the Counterclaims.

15.    Potter Voice denies the allegations in Paragraph 15 of the Counterclaims.

16.    Potter Voice admits the allegations in Paragraph 16 of the Counterclaims.

17.    Potter Voice denies the allegations in Paragraph 17 of the Counterclaims.

## SECOND COUNTERCLAIM
### Declaration of Invalidity of '659 Patent

18.    Potter Voice incorporates by reference its responses the Paragraphs above as if fully set forth therein.

19.    Potter Voice denies the allegations in Paragraph 19 of the Counterclaims.

20.    Potter Voice denies the allegations in Paragraph 20 of the Counterclaims.

21.     Potter Voice admits the allegations in Paragraph 21 of the Counterclaims.

22.     Potter Voice denies the allegations in Paragraph 22 of the Counterclaims.


Dated: July 27, 2012                    Respectfully submitted,


                                        */s/ Daniel W. Bedell*
                                        Daniel W. Bedell

                                        THE LANIER LAW FIRM, P.C.
                                        Christopher D. Banys  SBN:230038 (California)
                                        Daniel W. Bedell        SBN:254912 (California)
                                        2200 Geng Road, Suite 200
                                        Palo Alto, CA 94303
                                        (650) 322-9100       (650) 322-9103 (fax)
                                        cdb@lanierlawfirm.com
                                        dwb@lanierlawfirm.com

                                        Local Counsel:
                                        RYLEY CARLOCK & APPLEWHITE
                                        F. Brittin Clayton III
                                        1700 Lincoln Street, Suite 3500
                                        Denver, CO 80203
                                        Tel: (303) 813-6713
                                        clayton@rcalaw.com

                                        **ATTORNEYS FOR PLAINTIFF**
                                        **POTTER VOICE TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I filed a true and correct copy of the

forgoing **POTTER VOICE TECHNOLOGIES, LLC'S ANSWER TO APPLE INC.'S**

**COUNTERCLAIMS** via the Court's CM/ECF system which will send notification of such

filing to all counsel at the following email addresses:

| | |
|---|---|
| **Eamonn Gardner**<br>**Matthew Leary**<br>**Stephen C. Neal**<br>**Timothy S. Teter**<br>Cooley LLP<br>egardner@cooley.com<br>mleary@cooley.com<br>nealsc@cooley.com<br>teterts@cooley.com<br><br>*Attorneys for Defendant Apple Inc.* | **Scott Robert Bialecki**<br>**Erin A. Kelly**<br>Bryan Cave HRO<br>scott.bialecki@bryancave.com<br>erin.kelly@bryancave.com<br><br>**Robert F. Perry**<br>**Christopher C. Carnaval**<br>**Allison H. Alterson**<br>King & Spalding LLP<br>rperry@kslaw.com<br>ccarnaval@kslaw.com<br>aalterson@kslaw.com<br><br>*Attorneys for Defendant Nokia Inc.* |
| **Ian L. Saffer**<br>**Danielle Thompson Williams**<br>Kilpatrick Townsend & Stockton LLP<br>isaffer@kilpatricktownsend.com<br>dtwillams@kilpatricktownsend.com<br><br>*Attorneys for Defendants Google, Inc., and Motorola Mobility, Inc.* | **Natalie Hanlon-Leh**<br>Faegre Baker Daniels LLP<br>natalie.hanlonleh@FaegreBD.com<br><br>**Alan A. Wright**<br>H.C. Park & Associates, PLC<br>awright@park-law.com<br><br>*Attorneys for Defendant Pantech Wireless, Inc.* |
| **Bruce A. Featherstone**<br>Featherstone Petrie DeSisto LLP<br>bfeatherstone@featherstonelaw.com<br><br>**Jerry R. Selinger**<br>Patterson & Sheridan, LLP<br>jselinger@pattersonsheridan.com<br><br>*Attorneys for Defendant HTC America, Inc.* | **Craig E. Davis**<br>**Dominic E. Messa**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>craig.davis@wilmerhale.com<br>Dominic.Massa@wilmerhale.com<br><br>**Clayton C. James**<br>**Srecko "Lucky" Vidmar**<br>Hogan Lovells US LLP<br>clay.james@hoganlovells.com<br>lucky.vidmar@hoganlovells.com |

| | Attorneys for Defendants Research in Motion Limited and Research in Motion Corporation |
|---|---|
| **Trevor Bartel**<br>**Scott M. Browning**<br>Rothgerber Johnson & Lyons LLP<br>tbartel@rothgerber.com<br>sbrowning@rothgerber.com<br><br>**Joseph E. Palys**<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Joseoh.palys@finnegan.com<br><br>*Attorneys for Defendant Huawei Device USA, Inc.* | **James W. Soong**<br>**Hyun Chung**<br>**Rich Eldin**<br>**CJ Kim**<br>**Richard A. Edlin**<br>**Gayle L. Strong**<br>**Amy L. Kraner**<br>**Victor H. Polk, Jr.**<br>Greenberg Traurig, LLP<br>soongj@gtlaw.com<br>chungh@gtlaw.com<br>edlinr@gtlaw.com<br>kimc@gtlaw.com<br>edlinr@gtlaw.com<br>strongg@gtlaw.com<br>kramera@gtlaw.com<br>polkv@gtlaw.com<br><br>*Attorneys for Defendant Samsung Telecommunications America, Inc.* |
| **Jose L. Patino**<br>Jones Day<br>jlpatino@JonesDay.com<br>pottervoice@jonesday.com<br>*Attorneys for Defendant Kyocera International, Inc.* | **Patrick Park**<br>**Andrew Devkar**<br>DLA Piper LLP<br>patrick.park@dlapiper.com<br>Andrew.deckar@dlapiper.com<br><br>*Attorneys for Sharp Electronics Corporation* |
| **Renzo N. Rocchegiani**<br>**Sandra B. Wick Mulvany**<br>McKenna Long & Aldridge, LLP<br>rrocchegiani@mckennalong.com<br>swickmulvany@mikennalong.com<br>LG-PV@mckennalong.com<br><br>*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.* | **Lewis Popovski**<br>**Michael Sander**<br>Kenyon & Kenyon LLP<br>Lpopovski@keynon.com<br>MSander@Kenyon.com<br><br>**J. Mark Smith**<br>Pendleton, Wilson, Hennessey & Crow, P.C.<br>msmith@penberg.com<br><br>*Attorneys for Defendant Sony Mobile Communications (U.S.A.) Inc.* |
| **Amanda J. Tessar**<br>**Kourtney Mueller Merrill**<br>**Grant Kinsel**<br>Perkins Coie LLP<br>atessar@perkinscoie.com<br>kmerrill@perkinscoie.com | **Matthew W. Johnson**<br>**Hugh Q. Gottschalk**<br>Wheeler Trigg O'Donnell LLP<br>johnson@wtotrial.com<br>gottschalk@wtotrial.com |

| gkinsel@perkinscoie.com | **Elizabeth Yang** |
|---|---|
| | Connolly Bove Lodge & Hutz LLP |
| *Attorneys for Defendant Microsoft Corporation* | eyang@cblh.com |
| | *Attorneys for Defendant ZTE (USA) Inc.* |

*/s/ Georgia Perivoliotis*
Georgia Perivoliotis