IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

      Plaintiff,

v.

APPLE INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY LLC,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

      Defendants.

**DECLARATION OF MARK BUCKLEY IN SUPPORT OF APPLE'S MOTIONS TO SEVER AND TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Mark Buckley, hereby declare:

1.     I am a Senior Financial Analyst at Apple Inc. ("Apple") in Cupertino, California. I have been employed by Apple since October 2002. I provide this declaration in support of Apple's Motion to Sever and Apple's Motion to Transfer Venue. Unless otherwise indicated below, the statements in this declaration are based upon

- 2 -

either my personal knowledge or corporate records maintained by Apple in the ordinary course of business.

2. Apple is a California corporation headquartered in Cupertino, which is near San Jose, California.

3. Apple designs, manufactures, and markets personal computers, portable digital music players, and mobile communication devices and sells a variety of related software, services, peripherals, and networking solutions.

4. I understand that in its claims against Apple, Potter Voice Technologies LLC ("PVT") identifies the following accused Apple products: the Apple iPhone 4S with Siri.

5. Apple has approximately 13,400 employees who work in or near its headquarters in Cupertino, many of whom have responsibilities related to the accused products.

6. Based on my research to date, it is my understanding that the research, design, and development for the above products and services took place in the Northern District of California, including Cupertino, CA. The foreseeable Apple witnesses with knowledge regarding the research, design, and development of all of the above products and services reside in or near Cupertino. In addition, virtually all Apple business documents and records relating to the research, design, and development for the above products and services are located in Cupertino.

7. Based on my research to date, it is my understanding that the overall marketing planning, including overall sales and pricing decisions, for the above products and services took place in Cupertino. The foreseeable Apple witnesses with knowledge

regarding the overall marketing, sales, and pricing of all of the above products and services reside in or near Cupertino. In addition, virtually all Apple business documents and records relating to the overall marketing, sales, and pricing for the above products and services, including information regarding product features that form the basis of customer demand, are located in Cupertino. Apple is not aware of any relevant documents located in the District of Colorado.

8. I am aware that Apple has employees outside Cupertino, California, including retail employees who work in Colorado. None of Apple's employees in Colorado, has or had any responsibility related to the research, design, development, or overall marketing, including overall sales and pricing decisions, of the above products and services. The vast majority of Apple employees with knowledge concerning the above products and services reside in or near Cupertino. Apple is not aware of any Apple employee with information relevant to this case who resides in the District of Colorado.

9. As of June 2012, Apple operates 249 retail stores in the United States. Only six of those stores are located in the state of Colorado. I am not aware of any facilities, employees, or documents in Colorado that are relevant to this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 2, 2012 in Cupertino, California.

*Mark Buckley*

Mark Buckley