IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY LLC,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

    Defendants.

## DECLARATION OF EAMONN GARDNER
## IN SUPPORT OF APPLE'S MOTION TO SEVER

I, Eamonn Gardner, hereby declare:

1. I am an attorney duly licensed to practice law in the State of Colorado. I am an attorney with Cooley LLP, counsel for Defendant Apple Inc. I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

2.      Attached as Exhibit 1 is a true and correct copy of the webpage http://www.google.com/mobile/voice-search/ (printed on August 6, 2012).

3.      Attached as Exhibit 2 is a true and correct copy of the webpage: http://www.google.com/mobile/voice-search/ (printed on August 6, 2012).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 8, 2012 in Broomfield, Colorado.

August 8, 2012

Respectfully submitted,

By: /s/ *Eammon Gardner*
   Eamonn Gardner (#38088)
   egardner@cooley.com
   Matthew Leary (#43610)
   mleary@cooley.com
   Cooley LLP
   380 Interlocken Crescent, Suite 900
   Broomfield, CO  80021-8023
   Telephone:    (720) 566-4000
   Facsimile: (720) 566-4099

   Stephen Neal (CA #171451)
   nealsc@cooley.com
   Timothy S. Teter (CA #170085)
   teterts@cooley.com
   Cooley LLP
   Five Palo Alto Square
   3000 El Camino Real
   Palo Alto, CA 94304
   Telephone: (650) 843-5000
   Facsimile: (650) 849-7400

   *Attorneys for Defendant Apple Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on August 8, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the counsel of record.

/s/ <u>*Eammon Gardner*</u>

379448 v1/CO