# EXHIBIT 1

# Google Mobile

|                   |                          |             |      |      |
|-------------------|--------------------------|-------------|------|------|
| Home | Google for Your Phone | Mobile Apps | Blog | Help |

Search this site



## Voice Search
Speak your search queries instead of typing.

**Get Voice Search**

Visit this URL in your phone's browser:
**m.google.com**

Send to Phone

Voice Search is a feature of Google Search app for iPhone, BlackBerry, and Nokia S60 V3 phones.

If you have an Android phone, search for the "Voice Search" app in Google Play. Voice Search for Android supports Voice Actions on Android 2.2 (Froyo) and above. The Android operating system also enables you to speak instead of typing in any app where you launch the keyboard.

Voice Search is not available in all languages and all mobile phones.

©2011 Google - Terms of Service - Privacy Policy