# EXHIBIT 2



| | |
|---|---|
| | Search this site |

Home      Google for Your Phone      Mobile Apps      Blog      Help



# Google Search app for your phone
Download the Google Search app to your smartphone to search fast.



**How to Get Google Search App**

Send Google Search App to your phone

Visit **m.google.com/search** on your phone

Download from Google Play

Download from iTunes



**Features**                                                                                           Click thumbnail to see larger image



**Search by voice**

Speak your queries instead of typing.

Watch video    Learn more



**Google Goggles**  New!

Use pictures to search the web.

Watch video    Learn more.


### My Location
Avoid typing your current location while searching for nearby businesses (e.g. "pizza" or "best buy").


### Google Suggest
Tap suggested queries or local businesses that appear as you type.


### Search history
Quickly search again for queries you recently performed.


### Email search
Search your phone's email.


### Contact search
Search your phone's contacts.


### Vertical search
Search Google Maps, Images, News, and Shopping.


### Links to Google applications
Quickly navigate to other Google services, such as Maps and Gmail.

## Supported phones

| Feature | Android | BlackBerry | iPhone | Nokia S60 | Windows |
|---|---|---|---|---|---|
| Search by voice | ✓ | ✓ | ✓ | ✓ | |
| My Location | ✓ | ✓ | ✓ | ✓ | ✓ |
| Google Suggest | ✓ | ✓ | ✓ | ✓ | ✓ |
| Search history | ✓ | ✓ | ✓ | ✓ | ✓ |
| Email search | | ✓ | | | |
| Contact search | ✓ | | ✓ | | |
| Vertical search | | | ✓ | | |
| Links to other Google applications | | ✓ | ✓ | ✓ | ✓ |

## How to get Google Search app

No matter which phone you have, you can simply visit **m.google.com/search** using your phone's web browser and we will send the right version of Google Search to you. Or you can use the links below for direct access. Send a link to your phone

| Android | BlackBerry | iPhone | Nokia S60 | Windows | Other |
|---|---|---|---|---|---|
| Use Quick Search Box | Download from m.google.com/search on your phone | Get from iTunes | Download from m.google.com/search on your phone | Download from m.google.com/search on your phone | Download from m.google.com/search on your phone |

©2011 Google - Terms of Service - Privacy Policy



United States

http://www.google.com/mobile/google-mobile-app_exp/index.html    8/6/2012