# EXHIBIT 2

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Assignments on the Web > Patent Query

## Patent Assignment Abstract of Title
**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Patent #:** 5729659 | **Issue Dt:** 03/17/1998 | **Application #:** 08471787 | **Filing Dt:** 06/06/1995 |
| **Inventor:** JERRY L. POTTER | | | |
| **Title:** METHOD AND APPARATUS FOR CONTROLLING A DIGITAL COMPUTER USING ORAL INPUT | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 027352/0382 | **Recorded:** 12/08/2011 | | **Pages:** 2 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** POTTER, JERRY L. | | **Exec Dt:** 11/18/2011 | |
| **Assignee:** EMPIRE IP LLC<br>815 BRAZOS ST., STE. 500<br>AUSTIN, TEXAS 78701 | | | |
| **Correspondent:** DANIEL MITRY<br>212 EAST 47TH ST. APT. 24J<br>NEW YORK, NY 10017 | | | |

**Assignment: 2**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 028015/0737 | **Recorded:** 04/09/2012 | | **Pages:** 2 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** EMPIRE IP LLC | | **Exec Dt:** 04/03/2012 | |
| **Assignee:** POTTER VOICE TECHNOLOGIES LLC<br>36 SOUTH 18TH AVENUE, SUITE D<br>BRIGHTON, COLORADO 80601 | | | |
| **Correspondent:** DANIEL MITRY<br>212 EAST 47TH ST. APT. 24J<br>NEW YORK, NY 10017-2126 | | | |

Search Results as of: 08/07/2012 02:27 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT