# EXHIBIT 3

**U.S. District Court -- Judicial Caseload Profile**

## CALIFORNIA NORTHERN

| | | | | 12-Month Periods Ending September 30 | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings* | | 8,683 | 7,970 | 7,295 | 7,576 | 7,424 | 7,733 | | |
| | | Terminations | | 6,983 | 6,777 | 7,402 | 7,403 | 8,640 | 8,290 | | |
| | | Pending | | 8,157 | 9,005 | 8,882 | 8,579 | 7,327 | 6,645 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | 4.2 | Over Last Year | 37 | 9 |
| | | | | -11.0 | -3.0 | 6.0 | 2.1 | Over Earlier Years | | 81 | 13 |
| | | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months** | | 0.0 | 0.0 | 5.9 | 22.0 | 33.9 | 18.7 | | |
| **Actions per Judgeship** | **Filings** | Total | | 620 | 569 | 521 | 541 | 530 | 553 | 25 | 7 |
| | | Civil | | 558 | 505 | 441 | 433 | 435 | 471 | 17 | 3 |
| | | Criminal Felony | | 37 | 33 | 42 | 64 | 52 | 49 | 70 | 12 |
| | | Supervised Release Hearings | | 25 | 31 | 38 | 44 | 43 | 33 | 30 | 10 |
| | Pending Cases | | | 583 | 643 | 634 | 613 | 523 | 475 | 29 | 6 |
| | Weighted Filings** | | | 621 | 624 | 592 | 607 | 593 | 631 | 16 | 5 |
| | Terminations | | | 499 | 484 | 529 | 529 | 617 | 592 | 16 | 5 |
| | Trials Completed | | | 8 | 8 | 6 | 6 | 12 | 17 | 64 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | | 11.2 | 12.4 | 11.2 | 6.9 | 8.7 | 9.5 | 52 | 10 |
| | | Civil** | | 7.4 | 6.7 | 7.7 | 9.4 | 9.8 | 8.0 | 28 | 5 |
| | From Filing to Trial (Civil Only)** | | | 25.0 | 24.9 | 30.0 | 24.5 | 21.5 | 34.3 | 70 | 8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | | 528 | 393 | 488 | 1,220 | 837 | 516 | 70 | 10 |
| | | | | 7.3 | 4.7 | 6.0 | 15.7 | 12.8 | 8.8 | | |
| | Average Number of Felony Defendants Filed per Case | | | 1.5 | 1.2 | 1.3 | 1.2 | 1.2 | 1.4 | | |
| | Jurors | Average Present for Jury Selection | | 59.1 | 53.8 | 64.1 | 77.5 | 62.1 | 64.5 | | |
| | | Percent Not Selected or Challenged | | 43.2 | 41.9 | 42.1 | 48.5 | 39.4 | 35.5 | | |

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below**
**Open the Fold-Out Page at the Back Cover**

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6,591 | 131 | 186 | 1,537 | 34 | 499 | 575 | 672 | 310 | 561 | 857 | 68 | 1,161 |
| Criminal* | 679 | 7 | 116 | 249 | 92 | 113 | 12 | 22 | 10 | 9 | 16 | 17 | 16 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."

**U.S. District Court -- Judicial Caseload Profile**

| COLORADO | | | 12-Month Periods Ending September 30 | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings* | 3,399 | 3,377 | 3,487 | 3,824 | 3,892 | 4,041 | | |
| | | Terminations | 3,587 | 3,332 | 3,373 | 3,765 | 3,823 | 4,096 | | |
| | | Pending | 2,592 | 2,633 | 2,746 | 2,834 | 2,916 | 2,872 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | 3.8 | Over Last Year | 41 | 3 |
| | | | 18.9 | 19.7 | 15.9 | 5.7 | Over Earlier Years | | 23 | 2 |
| | | Number of Judgeships | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | | Vacant Judgeship Months** | 0.0 | 0.0 | 20.4 | 23.0 | 24.0 | 12.7 | | |
| **Actions per Judgeship** | **Filings** | Total | 486 | 482 | 498 | 546 | 557 | 578 | 18 | 2 |
| | | Civil | 401 | 399 | 411 | 452 | 453 | 490 | 10 | 1 |
| | | Criminal Felony | 62 | 62 | 62 | 64 | 77 | 61 | 51 | 5 |
| | | Supervised Release Hearings | 23 | 21 | 25 | 30 | 27 | 27 | 43 | 5 |
| | | Pending Cases | 370 | 376 | 392 | 405 | 417 | 410 | 47 | 2 |
| | | Weighted Filings** | 522 | 527 | 541 | 593 | 607 | 670 | 8 | 1 |
| | | Terminations | 512 | 476 | 482 | 538 | 546 | 585 | 17 | 2 |
| | | Trials Completed | 23 | 20 | 23 | 20 | 25 | 22 | 39 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.4 | 8.7 | 7.9 | 8.9 | 9.7 | 9.0 | 48 | 8 |
| | | Civil** | 8.8 | 6.9 | 6.9 | 6.3 | 5.8 | 5.7 | 6 | 1 |
| | From Filing to Trial (Civil Only)** | | 32.0 | 29.0 | 26.0 | 27.8 | 29.1 | 26.7 | 49 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | 138 | 90 | 85 | 64 | 60 | 58 | 15 | 3 |
| | | | 6.6 | 4.3 | 3.8 | 2.8 | 2.7 | 2.5 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.3 | 1.3 | 1.3 | 1.4 | | |
| | Jurors | Average Present for Jury Selection | 40.9 | 51.6 | 46.7 | 35.0 | 32.3 | 46.5 | | |
| | | Percent Not Selected or Challenged | 43.5 | 48.8 | 42.2 | 34.7 | 35.1 | 47.2 | | |

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below**
**Open the Fold-Out Page at the Back Cover**

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,428 | 132 | 64 | 728 | 36 | 50 | 123 | 401 | 207 | 211 | 615 | 4 | 857 |
| Criminal* | 420 | - | 44 | 148 | 93 | 38 | 31 | 12 | 3 | 18 | 6 | 4 | 23 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."