# Exhibit C



Top  >  About Sony Group  >  Sony Corp. Info  >  News Releases  >  2012  >  Sony Completes Full Acquisition of Sony Ericsson Sony to Rename the Company Sony Mobile Communications and Accelerate Business Integration

## Sony Corp. Info

- Corporate Data
- Organization Data
- Executives
- News Releases
  - 2012
  - 2011
  - 2010
  - Archives
- Financial Highlights
- Affiliated Companies
- Access & Map
- Sony Design
- History
- Procurement Activities
- SonyCorp.Info SiteMap

### News Releases

The following information is true and accurate at the time of publication.

**February 16, 2012**

**Sony Completes Full Acquisition of Sony Ericsson**
**Sony to Rename the Company Sony Mobile Communications and Accelerate Business Integration**

February 16, 2012, Tokyo, Japan - Sony Corporation ("Sony") today announced that the transaction to acquire Telefonaktiebolaget LM Ericsson's ("Ericsson") 50% stake in Sony Ericsson Mobile Communications AB ("Sony Ericsson") has been completed as of February 15, 2012 (Central European time). This marks the completion of the transaction jointly announced by Sony and Ericsson on October 27, 2011, and makes Sony Ericsson a wholly-owned subsidiary of Sony.

Sony will rename Sony Ericsson "**Sony Mobile Communications**", and further integrate the mobile phone business as a vital element of its electronics business, with the aim of accelerating convergence between Sony's lineup of network enabled consumer electronics products, including smart phones, tablets, TVs and PCs.

### Company Overview

| | |
|---|---|
| New company name: | Sony Mobile Communications AB |
| Date of name change: | February 2012 (planned) |
| Representative: | Bert Nordberg, President and CEO |
| Corporate Headquarters: | London, UK |
| R&D sites: | Beijing, Lund, Silicon Valley and Tokyo |
| Headcount: | Approximately 8,000 (as of February 1, 2012) |
| Principal business: | Design, development, manufacture and sale of mobile phone products |
| Stated capital: | EUR 100 million |

Copyright 2012 Sony Corporation