# Exhibit D

| | |
|---|---|
| **From:** | Daniel W. Bedell |
| **To:** | Popovski, Lewis |
| **Cc:** | Sander, Michael |
| **Subject:** | RE: Potter Voice Technologies v. Apple et al. - Amended Complaint |
| **Date:** | Wednesday, July 18, 2012 11:48:28 AM |

I didn't mean to turn this into an early round of briefing.  Potter believes the pleaded allegations are sufficient and are supported by the evidence.  When we search the publically-available information (including the various Sonys' websites), we find lots of supporting evidence.  When you searched, you said you found nothing.  I think it's clear we disagree on this issue.

Thanks,
Daniel

Daniel Bedell
The Lanier Law Firm
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100

-----Original Message-----
From: Popovski, Lewis [mailto:LPopovski@Kenyon.com]
Sent: Wednesday, July 18, 2012 8:38 AM
To: Daniel W. Bedell
Cc: Sander, Michael
Subject: RE: Potter Voice Technologies v. Apple et al. - Amended Complaint

Right, and it doesn't work.  You are going to need a lot more than an indirect parent company telling the world that its indirect sub presently sells cell phones to sustain a willfulness allegation.  Our previous brief lays out the facts and this doesn't change anything.
There is no discussion concerning the patent or the accused feature and we'll be interested to know what information you are relying on to form your belief that something about the patent in suit was communicated to SoMC or its predecessors. You have to admit, putting it mildly...that's a stretch.

Lew

-----Original Message-----
From: Daniel W. Bedell [mailto:Daniel.Bedell@LanierLawFirm.com]
Sent: Wednesday, July 18, 2012 11:22 AM
To: Popovski, Lewis
Cc: Sander, Michael
Subject: RE: Potter Voice Technologies v. Apple et al. - Amended Complaint

This goes to the second allegation (no Google Voice Search required):

44. ...  Indeed, Sony Corporation's website advertises and provides information for Defendant Sony's Xperia mobile devices.

Have a great day.

Daniel

Daniel Bedell
The Lanier Law Firm
2200 Geng Road, Suite 200
Palo Alto, CA 94303

(650) 322-9100

-----Original Message-----
From: Popovski, Lewis [mailto:LPopovski@Kenyon.com]
Sent: Wednesday, July 18, 2012 8:15 AM
To: Daniel W. Bedell
Cc: Sander, Michael
Subject: RE: Potter Voice Technologies v. Apple et al. - Amended
Complaint

It's a fact sheet from Sony Corporation. It tells you that presently
Sony Mobile Communications runs the cell phone business--which is what
we have told you.  There is no mention of Goggle Voice Search. But we do
admire your stick-to-itiveness.

Lew

-----Original Message-----
From: Daniel W. Bedell [mailto:Daniel.Bedell@LanierLawFirm.com]
Sent: Wednesday, July 18, 2012 11:08 AM
To: Popovski, Lewis
Cc: Sander, Michael
Subject: RE: Potter Voice Technologies v. Apple et al. - Amended
Complaint

Thanks Lew.

How about this one
http://www.sony.net/SonyInfo/IR/financial/ar/2012/service/page07.html ?

Daniel

Daniel Bedell
The Lanier Law Firm
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100

-----Original Message-----
From: Popovski, Lewis [mailto:LPopovski@Kenyon.com]
Sent: Wednesday, July 18, 2012 8:04 AM
To: Daniel W. Bedell
Cc: Sander, Michael
Subject: RE: Potter Voice Technologies v. Apple et al. - Amended
Complaint

We won't oppose your motion for leave, but will file a motion to
dismiss.  FYI, the attached website is not run by Sony Corporation. See
the bottom of the website which identifies "Sony Corporation of
America", which is a US company.

Lew

-----Original Message-----
From: Daniel W. Bedell [mailto:Daniel.Bedell@LanierLawFirm.com]
Sent: Wednesday, July 18, 2012 10:58 AM
To: Popovski, Lewis
Cc: Sander, Michael
Subject: RE: Potter Voice Technologies v. Apple et al. - Amended
Complaint

Importance: High

Lew,

We believe we have enough support for both allegations (see the examples below and http://www.sony.com/index.php for Sony Corporation providing information about Xperia devices).

Will Sony oppose the motion for leave?

Thanks,
Daniel

Daniel Bedell
The Lanier Law Firm
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100

-----Original Message-----
From: Daniel W. Bedell
Sent: Tuesday, July 17, 2012 11:26 AM
To: LPopovski@Kenyon.com; Daniel W. Bedell
Cc: MSander@kenyon.com
Subject: Re: Potter Voice Technologies v. Apple et al. - Amended Complaint

Lew,

Can I give you a call in about an hour?

What is the best number to reach you at?

Thanks,
Daniel


On 7/17/12 11:15 AM, "LPopovski@Kenyon.com" <LPopovski@Kenyon.com> wrote:

> If you look at the bottom of the site, you will see Sony Electronics
> Inc. As I am sure you are realizing, there are many entities that have

> the term "Sony" in their name.  You have the right entity in the
> lawsuit for the accused products--we call it SoMC to avoid
> confusion--and its website is www.sonymobile.com. If there are
> statements on that site that are attributable to Sony Corporation let
> us know as we can't find any.
>
> Our offer below stands and we view it as being a reasonable middle
> ground, particularly in view of the court's interest in the stay
motion.
>
>
> Best,
>
> Lew
>
>
> -----Original Message-----

> From: Daniel W. Bedell [mailto:Daniel.Bedell@LanierLawFirm.com]
> Sent: Tuesday, July 17, 2012 1:33 PM
> To: Popovski, Lewis
> Subject: Re: Potter Voice Technologies v. Apple et al. - Amended
> Complaint
>
> Lew,
>
> Thanks.  Whose website is sony.com?
>
> Daniel
>
> ----- Original Message -----
> From: Popovski, Lewis [mailto:LPopovski@Kenyon.com]
> Sent: Tuesday, July 17, 2012 11:56 AM
> To: Daniel W. Bedell
> Cc: Sander, Michael <MSander@kenyon.com>
> Subject: RE: Potter Voice Technologies v. Apple et al.  - Amended
> Complaint
>
> Daniel,
>
> We reviewed the additional websites and they do not support the two
> statements in your complaint. For example, non of those websites are
> run by Sony Corporation. Indeed, some the links relate to
> blogs/threads containing comments by people who are not Sony
> employees. Thus, we maintain our concerns and reiterate our offer.
> Failing that, we intend to file a motion to dismiss those allegations.
>
> Please call if you would like to discuss.
>
> Best regards,
>
> Lew
>
> -----Original Message-----
> From: Daniel W. Bedell [mailto:Daniel.Bedell@LanierLawFirm.com]
> Sent: Monday, July 16, 2012 9:46 PM
> To: Popovski, Lewis; Daniel W. Bedell
> Cc: Sander, Michael
> Subject: Re: Potter Voice Technologies v. Apple et al. - Amended
> Complaint
>
> Lew,
>
> Here is some additional information regarding the first allegation:
>
> http://talk.sonymobile.com/thread/10893
>
> http://talk.sonymobile.com/thread/2330
>
> http://insider.sonymobile.com/assets/locales/pl-Latn-PL/pdf/handset/x1
> 0m
> ini/x10mini_PRO.pdf
>
> http://www.sonymobile.com/cws/corporate/automotive/apps-for-the-road
>
> Here is some additional information for the second allegation:
>
> http://store.sony.com/webapp/wcs/stores/servlet/CategoryDisplay?catalo

> gI d=10551&storeId=10151&langId=-1&identifier=S_Ericsson_Mobile_Phones
>
> Thanks,
> Daniel
>
>
> On 7/16/12 10:45 AM, "LPopovski@Kenyon.com" <LPopovski@Kenyon.com>
> wrote:
>
> Daniel,
>
> Thanks.  We don't believe the webpage that you sent supports either
> one of the two  averments in the amended complaint.  Specifically,
> there isn't anything discussing the Sony Xperia X10 and what is there
> is so high level that it can't possibly "instruct a user to use GVS in
>
> a manner that infringes the '659 patent claims."  For the second
> statement, as shown at the bottom of the  webpage you sent to me, the
> website is not a "Sony Corporation" website.  Thus, it doesn't support
>
> the averment that "Sony Corporation's website advertises and provides
> information for Defendant Sony's Xperia mobile devices."
>
> If there isn't anything more, we will probably either oppose your
> request for leave or file a 12b6 motion similar to our original one.
> Seems wasteful to do so. One suggestion: how about removing these
> allegations for now ? If in discovery you find that SoMC really does
> instruct the user on how to use GVS in accordance with the claims or
> that Sony Corporation really does advertise these products, we would
> agree to an amendment at that time reasserting these claims.
>
> Let me know and please free to call if you would like to discuss.
>
> Best regards,
>
> Lew
>
>
> -----Original Message-----
> From: Daniel W. Bedell [mailto:Daniel.Bedell@LanierLawFirm.com]
> Sent: Monday, July 16, 2012 10:37 AM
> To: Popovski, Lewis
> Cc: Sander, Michael
> Subject: RE: Potter Voice Technologies v. Apple et al. - Amended
> Complaint
>
> Lew,
>
> We found several pages on Sony's website like the one that I've
> attached about using Google Voice Search on Sony's mobile devices
> including the Xperia line.
>
> Daniel
>
>
>
> Daniel Bedell
> The Lanier Law Firm
> 2200 Geng Road, Suite 200
> Palo Alto, CA 94303

> (650) 322-9100
> -----Original Message-----
> From: Popovski, Lewis [mailto:LPopovski@Kenyon.com]
> Sent: Monday, July 16, 2012 6:53 AM
> To: Daniel W. Bedell
> Cc: Sander, Michael
> Subject: RE: Potter Voice Technologies v. Apple et al. - Amended
> Complaint
>
> Daniel,
>
> Thanks for taking my call so early your time.  The two statements for
> which we can use a pointer to are:
>
>
> 43. ...   Indeed, on its public website, Sony advertises and instructs
> customers on how to use Google Voice Search on the Sony Xperia X10, in

> a manner that infringes the '659 patent claims.
>
> 44. ...  Indeed, Sony Corporation's website advertises and provides
> information for Defendant Sony's Xperia mobile devices.
>
> As we can't find these websites, a pointer to them will expedite our
> decision process.
>
> Best regards,
>
> Lew
>
>
>
>
> -----Original Message-----
> From: Daniel W. Bedell [mailto:Daniel.Bedell@LanierLawFirm.com]
> Sent: Monday, July 16, 2012 9:32 AM
> To: Popovski, Lewis
> Cc: Sander, Michael
> Subject: Re: Potter Voice Technologies v. Apple et al. - Amended
> Complaint
>
> Lew,
>
> I'm traveling today and will be on a plane at 2 p.m. Eastern.  Can I
> give you a call right now?  What number is best?
>
> Thanks,
> Daniel
>
> ----- Original Message -----
> From: Popovski, Lewis [mailto:LPopovski@Kenyon.com]
> Sent: Monday, July 16, 2012 07:42 AM
> To: Daniel W. Bedell
> Cc: Michael Sander <MSander@kenyon.com>
> Subject: Re: Potter Voice Technologies v. Apple et al.  - Amended
> Complaint
>
> Daniel,
>
> We would like to have a short call today  re the proposed amended

> complaint. Would 2pm eastern be convenient?
>
> Lew
>
> Sent from my iPhone
>
> On Jul 15, 2012, at 10:05 PM, "Daniel W. Bedell"
> <Daniel.Bedell@LanierLawFirm.com> wrote:
>
> Jose,
>
> Thanks for the suggestion.  Potter would like to take care of the
> proposed amendments as soon as possible.
>
> Also, even if the Court orders severance, can't it just sever the case
>
> by order without requiring an amended complaint?  In that case, Potter
>
> might then have to try to amend several complaints.
>
> Thanks,
> Daniel
>
>
> On 7/15/12 2:42 PM, "Jose Patino" <jlpatino@JonesDay.com> wrote:
>
> Daniel,
>
> Thank you for this.
>
> On behalf of Kyocera, one of the questions we have is whether it may
> not make more sense for you to wait a few weeks to see what the Court
> does with the motions to sever.  If severance occurs, you will need to
>
> file amended pleadings at that point.  Might you want to delay the
> proposed amendment?
> [cid:3425223911_5417155]
>
>
> From: "Daniel W. Bedell" <Daniel.Bedell@LanierLawFirm.com>
> To: "A. Boyle" <aboyle@mckennalong.com>, "A. Hertzog"
> <ahertzog@rothgerber.com>, "A. Palius" <apalius@rcalaw.com>, "Alan A.
> Wright" <AWright@park-law.com>, "Allison H. Altersohn"
> <aaltersohn@kslaw.com>, "Amenda J. Tessar" <atessar@perkinscoie.com>,
> "Amy L. Kramer" <kramera@gtlaw.com>, Andrew Devkar
> <Andrew.Devkar@dlapiper.com>, "Bruce A. Featherstone"
> <bfeatherstone@featherstonelaw.com>, Christopher Carnaval
> <ccarnaval@kslaw.com>, Cooley Dist. <apple-pottervoice@cooley.com>,
> Craig Davis <Craig.Davis@wilmerhale.com>, "D. Dellisanti"
> <DDellisanti@cblh.com>, "D. Rodriguez" <drodriguez@kslaw.com>, "D.T.
> Williams" <dtwilliams@kilpatricktownsend.com>, Deb Camp
> <deb.camp@faegrebd.com>, Dominic Massa <Dominic.Massa@wilmerhale.com>,
>
> "Eamonn J. Gardner" <egardner@cooley.com>, Elizabeth Yang
> <EYang@cblh.com>, Elliot Cook <elliot.cook@finnegan.com>, Erik
> Marshall <erik.marshall@wilmerhale.com>, "Erin A. Kelly"
> <erin.kelly@bryancave.com>, Featherstone Service
> <service@featherstonelaw.com>, "Frank B. Clayton III"
> <bclayton@rcalaw.com>, "G. Parker" <gparker@pattersonsheridan.com>,
> "Gayle L. Strong" <stronggg@gtlaw.com>, Gina Villarreal

> <gina.villarreal@bryancave.com>, gottesfeld <gottesfeld@wtotrial.com>,

> "Grant E. Kinsel" <gkinsel@perkinscoie.com>, hart <hart@wtotrial.com>,

> "Hugh Q. Gottschalk" <gottschalk@wtotrial.com>, "I. Vasquez"
> <ivasquez@perkinscoie.com>, "Ian L. Saffer"
> <isaffer@kilpatricktownsend.com>, "J. Inghram" <jinghram@cooley.com>,
> "J. Mark Smith" <msmith@penberg.com>, "J. Spalding"
> <jspalding@cooley.com>, "James W. Soong" <soongj@gtlaw.com>, Jeff
> Steen <jeff.steen@faegrebd.com>, "Jerry R. Selinger"
> <JSelinger@pattersonsheridan.com>, Jones Day Dist.
> <pottervoice@jonesday.com>, "Joseph E. Palys"
> <joseph.palys@finnegan.com>, "K. Collins" <collinsk@gtlaw.com>, "K.
> Johnson" <kjohnson@mckennalong.com>, "K. Loveland"
> <lovelandk@gtlaw.com>, keitlen <keitlen@wtotrial.com>, "Kourtney M.
> Merrill" <kmerrill@perkinscoie.com>, "L. A. Wilson"
> <wilsonla@cooley.com>, "Lewis V. Popovski" <Lpopovski@kenyon.com>, "M.
> Wheatley" <mwheatley@penberg.com>, Mark Rosenberger
> <mark.rosenberger@finnegan.com>, "Matthew E. Johnson"
> <johnson@wtotrial.com>, "Matthew J. Leary" <mleary@cooley.com>, Mike
> Sanders <MSander@Kenyon.com>, "Natalie Marie Hanlon-Leh    "
> <natalie.hanlonleh@faegrebd.com>, "P. Curley" <curleyp@gtlaw.com>, "P.
> Henke" <phenke@rothgerber.com>, "P. West" <westp@gtlaw.com>, "Patrick
S.
> Park" <patrick.park@dlapiper.com>, "R. Cusack"
> <rcusack@featherstonelaw.com>, "Renzo N. Rocchegiani"
> <rrocchegiani@mckennalong.com>, "Richard A. Edlin" <edlinr@gtlaw.com>,
> Richard de Bodo <Richard.deBodo@dlapiper.com>, "Robert F. Perry"
> <rperry@kslaw.com>, "S. Bitler" <sbitler@cooley.com>, "Sandra B. Wick
> Mulvany" <swickmulvany@mckennalong.com>, "Scott M. Browning"
> <sbrowning@rothgerber.com>, "Scott R. Bialecki"
> <scott.bialecki@bryancave.com>, "Stephen C. Neal" <nealsc@cooley.com>,

> Susan Bryant <susan.bryant@dlapiper.com>, "T. Gibbs"
> <tgibbs@cooley.com>, "T. O'Brien" <tobrien@kilpatricktownsend.com>,
"T.
> O'Flaherty" <toflaherty@penberg.com>, "Timothy S. Teter"
> <teterts@cooley.com>, "Trevor G. Bartel" <tbartel@rothgerber.com>,
> "Victor H. Polk, Jr." <polkv@gtlaw.com>, William Esper
> <william.esper@finnegan.com>
> Date: 07/12/2012 06:48 PM
> Subject: FW: Potter Voice Technologies v. Apple et al.  - Amended
> Complaint _____
>
>
>
> Thanks to everyone who participated in the call today.  As requested,
> I've attached a comparison of the proposed Third Amended Complaint
> with the Second Amended Complaint that shows the changes in redlines.
>
> Several defendants have requested until early next week to review the
> proposed complaint, so we will wait until Tuesday afternoon to file
> the motion for leave.  Please let me know before then if your client
> will oppose Potter's motion for leave to file the amended complaint.
>
> Thanks,
> Daniel
>
> Daniel Bedell
> The Lanier Law Firm

> 2200 Geng Road, Suite 200
> Palo Alto, CA 94303
> (650) 322-9100
> From: Daniel W. Bedell
> Sent: Wednesday, July 11, 2012 6:54 PM
> To: LPopovski@Kenyon.com; Daniel W. Bedell; A. Boyle; A. Hertzog; A.
> Palius; Alan Wright; Allison H. Altersohn; Amenda Tessar; Amy Kramer;
> Andrew Devkar; Bruce A. Featherstone; ccarnaval; Cooley Dist.; D.
> Dellisanti; D. Rodriguez; Danielle Williams; Deb Camp; Eamonn Gardner;

> Elizabeth Yang; Elliot Cook; Erin Kelly; Featherstone Service; F.
> Clayton; G. Parker; Gayle Strong; gina.villarreal@bryancave.com;
> gottesfeld@wtotrial.com; Grant Kinsel; hart@wtotrial.com;
> gottschalk@wtotrial.com; I. Vasquez; Ian Saffer; J. Inghram;
> MSmith@penberg.com; J. Spalding; James Soong; Jeff Steen; Jerry
> Selinger; pottervoice@jonesday.com; Joseph Palys; K. Collins; K.
> Johnson; K. Loveland; keitlen; Kourtney Merrill; L. Wilson; M.
> Wheatley; Mark Rosenberger; Matthew Johnson; Matthew Leary;
> MSander@kenyon.com; Natalie Marie Hanlon-Leh; P. Curley; P. Henke; P.
West; Patrick Park; R.
> Cusack; Renzo Rocchegiani; Richard Edlin; Richard de Bodo; Robert F.
> Perry; S. Bitler; Sandra Mulvany; Scott Browning;
> scott.bialecki@bryancave.com; Stephen Neal; Susan Bryant;
> tblakely@sheridanross.com; T. Gibbs; T. O'Brien; T. O'Flaherty;
> Timothy Teter; Trevor Bartel; Victor Polk; william.esper@finnegan.com
> Cc: F. Clayton
> Subject: Re: Potter Voice Technologies v. Apple et al. - Amended
> Complaint
>
> Lew,
>
> Thanks for your quick response.
>
> There really isn't that much to digest, especially if you focus on the

> sections of the complaint relevant to the defendant your represent.
>
> 1.      Does your client oppose removing the parties that have been
> dismissed (Motorola Solutions, Inc. and Sharp Corporation)?  I think
> the answer to this is no.  But either way, it shouldn't take too much
> digestion.
>
> 2.      Does your client oppose correcting issues with party names
> (e.g., "Apple Inc." instead of "Apple, Inc.)?  Again, this shouldn't
> take too much deliberation.
>
> 3.      Does your client oppose clarification of Potter's
infringement
> allegations and addition additional factual allegations to support
> claims of induced infringement and willful infringement?  This is more

> substantive, but if you focus on the sections relevant to your client,

> there isn't much to review.
>
> 4.      Does your client oppose removal of allegations of
contributory
> infringement?  This should be an easy one too.
>
> 5.      Does your client oppose changing "Google Voice Actions" to

> "Google Voice Search" based on Potter Voice's discussion with Google's

> counsel?  The publically-available information was unclear about the
> distinction between the two.  After discussing this with Google's
> counsel, we informed Google's counsel that the complaint should have
> accused "Google Voice Search."  This is fairly straightforward.
>
> 6.      Does your client oppose adding allegations against Google
> regarding Google Voice Search on the Google Nexus 7?  Unless you
> represent Google, this shouldn't take much deliberation either.
>
> I am happy to discuss the changes with you tomorrow when you (or your
> co-counsel) are available.  What time will work for you?
>
> Thanks,
> Daniel
>
>
> On 7/11/12 5:13 PM, "LPopovski@Kenyon.com <LPopovski@Kenyon.com> "
> <LPopovski@Kenyon.com <LPopovski@Kenyon.com> > wrote:
> Daniel,
>
> Thank you for your email below which we received today well after the
> close of business.  At first glance it appears that PVT has made
> significant changes to the operative complaint. We will not be able to

> digest these changes and determine whether we will oppose or not by
> the conference call you have unilaterally scheduled for tomorrow at at
> 2 pm Pacific.  Indeed, we are not even available for a conference all
> at that time.
>
> We will respond to your request as soon as we can analyze your draft
> Third Amended Complaint and get back to you in due course.
>
> Best regards,
>
> Lew
>
> _____
>
> From: Daniel W. Bedell [mailto:Daniel.Bedell@LanierLawFirm.com
> <mailto:Daniel.Bedell@LanierLawFirm.com> ]
> Sent: Wednesday, July 11, 2012 6:36 PM
> To: A. Boyle; A. Hertzog; A. Palius; Alan A. Wright; Allison H.
> Altersohn; Amenda J. Tessar; Amy L. Kramer; Andrew Devkar; Bruce A.
> Featherstone; Christopher Carnaval; Cooley Dist.; D. Dellisanti; D.
> Rodriguez; D.T. Williams; Deb Camp; Eamonn J. Gardner; Elizabeth Yang;

> Elliot Cook; Erin A. Kelly; Featherstone Service; Frank B. Clayton
> III; G. Parker; Gayle L. Strong; Gina Villarreal; gottesfeld; Grant E.
> Kinsel; hart; Hugh Q. Gottschalk; I. Vasquez; Ian L. Saffer; J.
> Inghram; J. Mark Smith; J. Spalding; James W. Soong; Jeff Steen; Jerry
R.
> Selinger; Jones Day Dist.; Joseph E. Palys; K. Collins; K. Johnson; K.
> Loveland; keitlen; Kourtney M. Merrill; L. A. Wilson; Popovski, Lewis;

> M. Wheatley; Mark Rosenberger; Matthew E. Johnson; Matthew J. Leary;
> Sander, Michael; Natalie Marie Hanlon-Leh; P. Curley; P. Henke; P.
> West; Patrick S. Park; R. Cusack; Renzo N. Rocchegiani; Richard A.
> Edlin; Richard de Bodo; Robert F. Perry ; S. Bitler; Sandra B. Wick

> Mulvany; Scott M. Browning; Scott R. Bialecki; Stephen C. Neal; Susan
> Bryant; T. Blakely; T. Gibbs; T. O'Brien; T. O'Flaherty; Timothy S.
> Teter; Trevor G. Bartel; Victor H. Polk, Jr.; William Esper
> Cc: Clayton, III, F. Brittin (bclayton@rcalaw.com
> <bclayton@rcalaw.com>
> )
> Subject: Potter Voice Technologies v. Apple et al. - Amended Complaint
> Importance: High
>
> Potter will be seeking leave to file a third amended complaint
tomorrow.
> I've attached a copy of Potter's third amended complaint.  The
> amendments:
>
> 1.     Remove the parties that have been dismissed (Motorola
> Solutions, Inc. and Sharp Corporation)
>
> 2.     Correct issues with party names (e.g., "Apple Inc." instead
of
> "Apple, Inc.)
>
> 3.     Clarifies Potter's infringement allegations and adds
additional
> factual allegations to support claims of induced infringement and
> willful infringement
>
> 4.     Removes allegations of contributory infringement
>
> 5.     Changes "Google Voice Actions" to "Google Voice Search" based
> on Potter Voice's discussion with Google's counsel
>
> 6.     Adds allegations against Google regarding Google Voice Search
> on the Google Nexus 7
>
>
> We will have a conference call at 2 p.m. Pacific time tomorrow (see
> the dial-in information below) to discuss any opposition to Potter's
> motion for leave to file the amended complaint.  Please let me know in

> email or on the call if your clients will oppose Potter's motion for
> leave to file the amended complaint and the reasons for the
opposition.
>
> Defendants' non-opposition to Potter's motion for leave will in no way

> preclude defendants from challenging the sufficiency of Potter's
> allegations in the third amended complaint.
>
> Thanks,
> Daniel
>
> Dial In:  1-866-910-4857
> Passcode:  110545
>
>
>
>
> Daniel Bedell
> The Lanier Law Firm
> 2200 Geng Road, Suite 200

> Palo Alto, CA 94303
> (650) 322-9100 [attachment "Comparision of Third Amended Complaint to
> Second Amended Complaint.docx" deleted by Jose L Patino/JonesDay]
>
>
>
> ==========
> This e-mail (including any attachments) may contain information that
> is private, confidential, or protected by attorney-client or other
> privilege.  If you received this e-mail in error, please delete it
> from your system without copying it and notify sender by reply e-mail,

> so that our records can be corrected.
> ==========
>
>
>
>
>