**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01096-WJM-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

  v.

APPLE, INC., et al.,

    Defendants.

---

**ENTRY OF APPEARANCE - DOUGLAS B. TUMMINELLO**

---

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel of record for Defendant Huawei Device USA Inc.

Respectfully submitted this 16th day of August, 2012.

                ROTHGERBER JOHNSON & LYONS LLP

                *s/ Douglas B. Tumminello*
                Douglas B. Tumminello, Atty. Reg. No. 27523
                Trevor G. Bartel, Esq., Atty. Reg. No. 40449
                1200 17th Street, Suite 3000
                Denver, CO  80202-5855
                Tel:    303-623-9000
                Fax:   303-623-9222
                E-mail:dtumminello@rothgerber.com

                *Attorneys for Defendant Huawei Device USA Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of August, 2012, a true and correct copy of the foregoing **ENTRY OF APPEARANCE – DOUGLAS B. TUMMINELLO** was filed with the Clerk of the Court using the CM/ECF system, which caused the following to be electronically served:

Christopher D. Banys
Daniel W. Bedell
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Email: cdb@lanierlawfirm.com
Email: dwb@lanierlawfirm.com

F. Brittin Clayton, III
RYLEY CARLOCK & APPLEWHITE, P.A.
1700 Lincoln, Suite 3500
Denver, CO 80203
Email: bclayton@rcalaw.com

*Attorneys for Plaintiff Potter Voice Technologies*

Ian L. Saffer
KILPATRICK TOWNSEND & STOCKTON, LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Email: isaffer@kilpatricktownsend.com

*Attorney for Defendant Google, Inc.*

Jose L. Patino
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130-4096
Email: jlpatino@jonesday.com

*Attorney for Defendant Kyocera International, Inc.*

Amanda J. Tessar
Kourtney Mueller Merrill
PERKINS COIE LLP
1900 16th St., Suite 1400
Denver, CO 80202-5255
Email: atessar@perkinscoie.com
Email: kmerrill@perkinscoie.com

Grant E. Kinsel
PERKINS COIE LLP
188 Century Park E., Suite 1700
Los Angeles, CA 90067
gkinsel@perkinscoie.com

*Attorneys for Defendant Microsoft Corporation*

Gayle L. Strong
Amy L. Kramer
GREENBERG TRAURIG, LLP
1200 17th St., Suite 2400
Denver, CO 80202
Email: strongg@gtlaw.com
Email kramera@gtlaw.com

*Attorneys for Defendant Samsung Telecommunications America, LLC*

Ian L. Saffer
KILPATRICK TOWNSEND & STOCKTON, LLP
1400 Wewatta St., Suite 600
Denver, CO 80202
Email: isaffer@kilpatricktownsend.com

*Attorney for Defendant Motorola Mobility, Inc.*

                                        ROTHGERBER JOHNSON & LYONS LLP

                                        *s/ Douglas B. Tumminello*
                                        Douglas B. Tumminello

                                        *Attorney for Defendant Huawei Device USA Inc.*