IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: **12-cv-01096-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: August 17, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

POTTER VOICE TECHNOLOGIES LLC,   Christopher David Banys
　　　　　　　　　　　　　　　　　Daniel Wayne Bedell
　　　　　　　　　　　　　　　　　Frank Brittin Clayton, III

　　　　Plaintiff,

v.

APPLE, INC., *et al.*,   Eamonn Joseph Gardner
　　　　　　　　　　　Matthew James Leary
　　　　Defendant.   Ian L. Saffer
　　　　　　　　　　　Lewis V. Popovski
　　　　　　　　　　　Courtney Anne Levkulich
　　　　　　　　　　　Scott Robert Bialecki
　　　　　　　　　　　Douglas B. Tumminello
　　　　　　　　　　　Sandra B. Wick Mulvany
　　　　　　　　　　　Matthew E. Johnson
　　　　　　　　　　　Natalie Marie Hanlon-Leh
　　　　　　　　　　　Srecko Vidmar
　　　　　　　　　　　Craig Evan Davis
　　　　　　　　　　　Clayton Cole James
　　　　　　　　　　　Grant Edward Kinsel
　　　　　　　　　　　Kourtney Mueller Merrill
　　　　　　　　　　　Erin Anne Kelly
　　　　　　　　　　　Gayle Lynn Strong
　　　　　　　　　　　Jose L. Patino
　　　　　　　　　　　Andrew V. Devkar
　　　　　　　　　　　Dominic Eugene Massa
　　　　　　　　　　　Timothy Scott Teter
　　　　　　　　　　　Joseph Edwin Palys
　　　　　　　　　　　Elizabeth Yang (appears by telephone)
　　　　　　　　　　　Alan Arthur Wright (appears by telephone)
　　　　　　　　　　　Elliot Charles Cook (appears by telephone)
　　　　　　　　　　　Renzo Nicola Rocchegiani (appears by telephone)
　　　　　　　　　　　Scott Robertson Miller (appears by telephone)

Elizabeth Danielle Thompson Williams (appears by telephone)
James William Soong (appears by telephone)
Jerry R. Selinger (appears by telephone)
Allison Hoch Altersohn (appears by telephone)

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      10:34 a.m.**
Court calls case. Appearances of counsel. Attorney Nick Pisano appears on the line.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

The court addresses the parties regarding their proposed scheduling order, the proposed e-discovery order, the proposed protective order, and possibly setting a status conference (parties are free to participate by telephone).

The court advises the parties that it will set a limited amount of discovery deadlines today (up to and including the November 30, 2012 proposed date) and stay all others pending deadlines until after a telephonic status conference can be held sometime in the third week of December 2012. The court further informs the parties that Judge Blackburn has agreed to forgo setting any trials dates at this time.

Mr. Banys addresses the court regarding the deadlines to be set and the deadlines to be stayed. Discussion regarding possible dates for trial, length of trial, and how to best get this case moving forward with the number of parties involved.

No parties make an objection to the suggestion of the court pertaining to the limited setting of discovery deadlines.

Discussion regarding what discovery is needed to address the claims construction issues. Discussion regarding Rule 34, Rule 26(c), and Rule 26(a).

The court would like for the parties to hold another 26(f) conference which will allow the parties a chance to work out a list of the documents that the parties all agree can be produced by August 31, 2012.

Discussion regarding Rule 26(g) and Rule 37(a)(3).

**ORDERED:**   A 26(f) conference is set for **August 21, 2012 at 1:30 p.m.** The parties shall conduct this conference in Magistrate Judge Shaffer's courtroom (A402). The court advises

> the parties that the proposed protective order, the e-discovery protocol, and any agreements regarding claims construction discovery should all be updated and ready for the 26(f) conference. *The parties appearing by telephone shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time*

Discussion regarding the plaintiff's objection to the deadlines labeled letters D & F in the proposed scheduling order.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline to join parties: **August 20, 2012**

Deadline for patentee to disclose initial claim chart: **August 17, 2012**

Deadline for alleged infringer to disclose initial claim chart: **Plaintiff: September 28, 2012**
                                                                **Defendants: N/A**

Deadline for alleged infringer's prior art statement, including but not limited to invalidity contentions: **September 28, 2012**

Deadline for patentee's prior art statement: **Plaintiff: October 9, 2012**
                                              **Defendants: N/A**

Deadline for parties to exchange terms to be construed: **October 16, 2012**

Deadline for filing of joint claim construction statement, including statements of the intended impact on the parties' proposed constructions on the merits of the case: **October 23, 2012**

Month of technology tutorial with District Judge and Magistrate Judge: **To be conducted with claim construction hearing**

Deadline for filing of patentee's opening brief regarding claim construction: **October 30, 2012**

Deadline for filing of alleged infringer's response brief regarding claim construction: **November 20, 2012**

Deadline for filing of patentee's reply brief regarding claim construction: **November 30, 2012**

**A SETTLEMENT CONFERENCE** was not set.

**FINAL PRETRIAL CONFERENCE** has not been set at this time.

HEARING CONCLUDED.

**Court in recess:**     **11:49 a.m.**

Total time in court:     01:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.