# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Acton No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE INC., et al.,

    Defendants.

**STIPULATED SCHEDULING ORDER REGARDING CLAIM CONSTRUCTION PHASE**

| Event | Date |
|---|---|
| The party opposing a claim of patent infringement must produce or make available for inspection and copying: specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified by the patent claimant in its Preliminary Infringement Contentions<br><br>Deadline for alleged infringer's prior art statement, including but not limited to invalidity contentions | September 28, 2012 |
| Deadline for parties to exchange terms to be construed and proposed constructions | October 16, 2012 |
| Deadline for filing of joint claim construction statement, including statements of the intended impact of the parties' proposed constructions on the merits of the case | October 23, 2012 |

| Event | Date |
|---|---|
| Deadline for filing of patentee's opening brief regarding claim construction | October 30, 2012 |
| If patentee makes use of expert on claim construction for patentee's opening brief, dates for when such expert will be made available for deposition<br><br>Patentee will make expert available for two consecutive days for deposition (not longer than 7 hours) | November 12-16, 2012 |
| Deadline for filing of alleged infringer's response brief regarding claim construction | November 20, 2012 |
| If accused infringer makes use of expert on claim construction for alleged infringer's response brief, date for which such expert will be made available for deposition (not longer than 7 hours) | November 28, 2012 |
| Deadline for filing of patentee's reply brief regarding claim construction | November 30, 2012 |
| If patentee makes use of expert on claim construction for patentee's reply brief, date for when such expert will be made available for deposition | December 5, 2012 |
| Month of technology tutorial with District Judge and Magistrate Judge | To be conducted with claim construction hearing |

The parties understand that the claim-construction phase of the case ends immediately after the status conference to be set by the Court following claim construction briefing. Fourteen days after the status conference the parties will exchange Rule 26(a)(1) disclosures.

The parties agree that party deposition notices, requests for admission, interrogatories, and requests for production will not be propounded during the claim-construction phase.

After the claim-construction phase has been completed, the parties agree to meet-and-confer regarding the necessity and timing of: (1) the alleged infringer's initial claim chart, and (2) patentee's prior art statement.

Due to the narrow scope of discovery during this phase, the parties agree to meet-and-confer regarding any E-Discovery stipulation or order after the claim-construction phase has been completed.

Nothing in this Stipulated Scheduling Order Regarding Claim Construction Phase waives any argument by any party regarding the sufficiency or content of the Preliminary Infringement Contentions served on August 17, 2012.

DATED THIS ___ DAY OF AUGUST, 2012.

BY THE COURT:

_____
Craig B. Shaffer
United States Magistrate Judge

APPROVED,

Dated: August 20, 2012  /s/ Christopher D. Banys
Christopher D. Banys - **Lead Attorney**

THE LANIER LAW FIRM, P.C.
Christopher D. Banys  SBN: 230038 (California)
Daniel W. Bedell  SBN: 254912 (California)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100
(650) 322-9103 (fax)
cdb@lanierlawfirm.com
dwb@lanierlawfirm.com

Local Counsel:

RYLEY CARLOCK & APPLEWHITE
F. Brittin Clayton III
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Tel: (303) 813-6713
clayton@rcalaw.com


*Attorneys for Plaintiff*
*Potter Voice Technologies, LLC*

Dated: August 20, 2012  /s/ Jose L. Patiño

Jose L. Patiño (CA Bar No. 149568)
jlpatino@jonesday.com
Nicola A. Pisano (CA Bar No. 151282)
napisano@jonesday.com
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Phone:    (858) 314-1200
Fax:       (858) 314-1150

*Attorneys for Defendant*
*Kyocera International, Inc.*

4

| | |
|---|---|
| Dated: August 20, 2012 | */s/ Jerry R. Selinger* |

FEATHERSTONE PETRIE DE SISTO, LLP
Bruce A. Featherstone
Email: bfeatherstone@featherstonelaw.com
Courtney Levkulich
Email: clevkulich@feathersonelaw.com
600 17th Street, Suite 2400-S
Denver, Colorado 80202-5424
Telephone: 303-626-7100
Facsimile: 303-626-7101

PATTERSON & SHERIDAN, LLP
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: 214-272-0957
Facsimile:   214-296-0246

*Attorneys for Defendant*
*HTC America, Inc.*

| | |
|---|---|
| Dated: August 20, 2012 | /s/ *Andrew V. Devkar* |

Richard de Bodo
Andrew V. Devkar
Patrick S. Park
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4704
Tel. (310) 595.3000
Fax (310) 595-3300
richard.debodo@dlapiper.com
andrew.devkar@dlapiper.com
patrick.park@dlapiper.com

*Attorneys for Defendant*
*Sharp Electronics Corporation*

5

Dated: August 20, 2012            */s/ Lewis Popovski*

                                        Lewis Popovski
Michael E. Sander
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
lpopovski@keynon.com
msander@kenyon.com
(212) 908-6078

J. Mark Smith
Pendleton Wilson Hennessey & Crow. P.C.
1875 Lawrence Street, 10th Floor
Denver, CO 80202-1898
(303) 839-1204
msmith@penberg.com

*Attorneys for Defendant*
*Sony Mobile Communications (U.S.A.) Inc.*

Dated: August 20, 2012         */s/ Allison H. Altersohn*

    Scott R. Bialecki
Erin A. Kelly
BRYAN CAVE LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile:   (303) 866-0200
Email: scott.bialecki@bryancave.com
Email: erin.kelly@bryancave.com

Robert F. Perry
Allison H. Altersohn
Christopher C. Carnaval
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile:   (212) 556-2222
Email: rperry@kslaw.com
Email: aaltersohn@kslaw.com
Email: ccarnaval@kslaw.com

*Attorneys for Defendant
Nokia Inc.*

| | |
|---|---|
| Dated: August 20, 2012 | /s/ *Grant Kinsel* |

                                      Grant Kinsel
                                      PERKINS COIE LLP
                                      1888 Century Park East, 17th Floor
                                      Los Angeles, CA 90067
                                      Telephone: (310) 788-3215
                                      Facsimile:   (310) 843-1273
                                      Email: gkinsel@perkinscoie.com

                                      Amanda J. Tessar
                                      atessar@perkinscoie.com
                                      Kourtney Mueller Merrill
                                      kmerrill@perkinscoie.com
                                      1900 16th Street, Suite 1400
                                      Denver, CO 80202-5255
                                      Tel:     303.291.2300
                                      Fax:    303.291.2400

                                      *Attorneys for Defendant*
                                      *Microsoft Corporation*

| | |
|---|---|
| Dated: August 20, 2012 | */s/ Joseph E. Palys* |

                                      Joseph E. Palys
                                      Elliot C. Cook
                                      FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, LLP
                                      11955 Freedom Drive
                                      Reston, VA 20190-5675
                                      Telephone: (571) 203-2700
                                      Facsimile:   (202) 408-4400
                                      joseph.palys@finnegan.com
                                      elliot.cook@finnegan.com

                                      Scott M. Browning
                                      Trevor G. Bartel
                                      ROTHGERBER, JOHNSON, LYONS LLP
                                      One Tabor Center
                                      1200 17th St
                                      Suite 3000
                                      Denver, CO 80202
                                      Telephone: (303) 628-9540
                                      Facsimile:   (303) 623-9222
                                      sbrowning@rothgerber.com
                                      tbartel@rothgerber.com

                                      *Attorneys for Defendant Huawei*
                                      *Device USA Inc.*

Dated: August 20, 2012                    */s/ Natalie Hanlon-Leh*

                                                  Natalie Hanlon-Leh
FAEGRE BAKER DANIELS
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: (303) 607 3639
Facsimile: (303) 607 3600
natalie.hanlonleh@FaegreBD.com

Alan A. Wright
H.C. PARK & ASSOCIATES, PLC
8500 Leesburg Pike, Suite 7500
Vienna, Virginia 22182
Telephone: (703) 288-5105
Facsimile:   (703) 288-5139
awright@park-law.com

*Attorneys for Defendant*
*Pantech Wireless, Inc.*

Dated: August 20, 2012  /s/ Victor H. Polk, Jr.

Victor H. Polk, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA  02110
polkv@gtlaw.com
Tele:  617.310.6000
Fax:  617.310.6001

Richard Aframe Edlin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166
Phone:  212-801-6528
Fax:  212-805-5528

James W. Soong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
soongj@gtlaw.com
Tel: 650.328.8500
Fax: 650.328.8508

Gayle L. Strong
Amy L. Kramer
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO  80202
strongg@gtlaw.com
kramera@gtlaw.com
Tele:  303-572-6500
Fax:  303-572-6540

*Attorneys for Defendant*
*Samsung Telecommunications America, LLC*

Dated: August 20, 2012  /s/ Ian L. Saffer

Ian L. Saffer
Kilpatrick Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone:  303.571.4000
Facsimile:   303.571.4321
Email: isaffer@kilpatricktownsend.com

E. Danielle T. Williams
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone:  336.607.7300
Email:  dtwilliams@kilpatricktownsend.com

*Attorneys for Defendants*
*Google Inc. and Motorola Mobility LLC*

Dated: August 20, 2012  /s/ Timothy S. Teter

Eamonn Gardner (#38088)
egardner@cooley.com
Matthew Leary (#43610)
mleary@cooley.com
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:      (720) 566-4000
Facsimile: (720) 566-4099

Stephen Neal (CA #170085)
nealsc@cooley.com
Timothy S. Teter (CA #171451)
teterts@cooley.com
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
*Apple Inc.*

Dated: August 20, 2012             /s/   *Sandra B. Wick Mulvany*

Sandra B. Wick Mulvany
MCKENNA LONG & ALDRIDGE LLP
1400 Wewatta Street
Suite 700
Denver, CO 80202-5556
Telephone: (303) 634-4330
Facsimile: (303) 634-4400
swickmulvany@mckennalong.com

Renzo N. Rocchegiani
MCKENNA LONG & ALDRIDGE LLP
4435 Eastgate Mall
Suite 400
San Diego, CA  92121
Telephone:  (619) 595-5400
Facsimile:  (619) 595-5450
rrocchegiani@mckennalong.com

*Attorneys for Defendant*
*LG Electronics MobileComm U.S.A., Inc.*

Dated: August 20, 2012 /s/ Craig E. Davis

Craig E. Davis
California Bar No. 221356
Craig.Davis@WilmerHale.com
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

Dominic E. Massa
Massachusetts Bar No. 564694
Dominic.Massa@WilmerHale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Clayton C. James
Clay.James@hoganlovells.com
Srecko "Lucky" Vidmar
Lucky.Vidmar@hoganlovells.com
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado  80202
Tel:  (303) 899-7300
Fax:  (303) 899-7333

*Attorneys for Defendants*
*Research In Motion Corporation and*
*Research In Motion Limited*

Dated: August 20, 2012    */s/ Elizabeth Yang*

Scott Miller (CA State Bar No. 112656)
Elizabeth Yang (CA State Bar No. 249713)
Connolly Bove Lodge & Hutz LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Tel: (213) 787-2500
Fax: (213) 687-0498
smiller@cblh.com
eyang@cblh.com

Hugh Gottschalk
Matthew Johnson
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Email: Gottschalk@wtotrial.com
Johnson@wtotrial.com

*Attorneys for Defendant*
ZTE (USA) Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2012, I filed a true and correct copy of the forgoing **STIPULATED SCHEDULING ORDER REGARDING CLAIM CONSTRUCTION PHASE** via the Court's CM/ECF system which will send notification of such filing to all counsel at the following email addresses:

| | |
|---|---|
| **Eamonn Gardner**<br>**Matthew Leary**<br>**Stephen C. Neal**<br>**Timothy S. Teter**<br>Cooley LLP<br>egardner@cooley.com<br>mleary@cooley.com<br>nealsc@cooley.com<br>teterts@cooley.com<br><br>*Attorneys for Defendant Apple Inc.* | **Scott Robert Bialecki**<br>**Erin A. Kelly**<br>Bryan Cave HRO<br>scott.bialecki@bryancave.com<br>erin.kelly@bryancave.com<br><br>**Robert F. Perry**<br>**Christopher C. Carnaval**<br>**Allison H. Altersohn**<br>King & Spalding LLP<br>rperry@kslaw.com<br>ccarnaval@kslaw.com<br>aaltersohn@kslaw.com<br><br>*Attorneys for Defendant Nokia Inc.* |
| **Ian L. Saffer**<br>**Danielle Thompson Williams**<br>Kilpatrick Townsend & Stockton LLP<br>isaffer@kilpatricktownsend.com<br>dtwillams@kilpatricktownsend.com<br><br>*Attorneys for Defendants Google, Inc., and Motorola Mobility, LLC* | **Natalie Hanlon-Leh**<br>Faegre Baker Daniels LLP<br>natalie.hanlonleh@FaegreBD.com<br><br>**Alan A. Wright**<br>H.C. Park & Associates, PLC<br>awright@park-law.com<br><br>*Attorneys for Defendant Pantech Wireless, Inc.* |
| **Bruce A. Featherstone**<br>Featherstone Petrie DeSisto LLP<br>bfeatherstone@featherstonelaw.com<br><br>**Jerry R. Selinger**<br>Patterson & Sheridan, LLP<br>jselinger@pattersonsheridan.com<br><br>*Attorneys for Defendant HTC America, Inc.* | **Craig E. Davis**<br>**Dominic E. Messa**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>craig.davis@wilmerhale.com<br>Dominic.Massa@wilmerhale.com<br><br>**Clayton C. James**<br>**Srecko "Lucky" Vidmar**<br>Hogan Lovells US LLP<br>clay.james@hoganlovells.com<br>lucky.vidmar@hoganlovells.com<br><br>*Attorneys for Defendants Research in Motion* |

|  |  |
|---|---|
|  | *Limited and Research in Motion Corporation* |
| **Trevor Bartel**<br>**Scott M. Browning**<br>Rothgerber Johnson & Lyons LLP<br>tbartel@rothgerber.com<br>sbrowning@rothgerber.com<br><br>**Joseph E. Palys**<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Joseoh.palys@finnegan.com<br><br>*Attorneys for Defendant Huawei Device USA, Inc.* | **James W. Soong**<br>**Hyun Chung**<br>**Rich Eldin**<br>**CJ Kim**<br>**Richard A. Edlin**<br>**Gayle L. Strong**<br>**Amy L. Kraner**<br>**Victor H. Polk, Jr.**<br>Greenberg Traurig, LLP<br>soongj@gtlaw.com<br>chungh@gtlaw.com<br>edlinr@gtlaw.com<br>kimc@gtlaw.com<br>edlinr@gtlaw.com<br>strongg@gtlaw.com<br>kramera@gtlaw.com<br>polkv@gtlaw.com<br><br>*Attorneys for Defendant Samsung Telecommunications America, Inc.* |
| **Jose L. Patino**<br>Jones Day<br>jlpatino@JonesDay.com<br>pottervoice@jonesday.com<br>*Attorneys for Defendant Kyocera International, Inc.* | **Patrick Park**<br>**Andrew Devkar**<br>DLA Piper LLP<br>patrick.park@dlapiper.com<br>Andrew.deckar@dlapiper.com<br><br>*Attorneys for Sharp Electronics Corporation* |
| **Renzo N. Rocchegiani**<br>**Sandra B. Wick Mulvany**<br>McKenna Long & Aldridge, LLP<br>rrocchegiani@mckennalong.com<br>swickmulvany@mikennalong.com<br>LG-PV@mckennalong.com<br><br>*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.* | **Lewis Popovski**<br>**Michael Sander**<br>Kenyon & Kenyon LLP<br>Lpopovski@keynon.com<br>MSander@Kenyon.com<br><br>**J. Mark Smith**<br>Pendleton, Wilson, Hennessey & Crow, P.C.<br>msmith@penberg.com<br><br>*Attorneys for Defendant Sony Mobile Communications (U.S.A.) Inc.* |
| **Amanda J. Tessar**<br>**Kourtney Mueller Merrill**<br>**Grant Kinsel**<br>Perkins Coie LLP<br>atessar@perkinscoie.com<br>kmerrill@perkinscoie.com<br>gkinsel@perkinscoie.com<br><br>*Attorneys for Defendant Microsoft Corporation* | **Matthew W. Johnson**<br>**Hugh Q. Gottschalk**<br>Wheeler Trigg O'Donnell LLP<br>johnson@wtotrial.com<br>gottschalk@wtotrial.com<br><br>**Elizabeth Yang**<br>Connolly Bove Lodge & Hutz LLP<br>eyang@cblh.com<br><br>*Attorneys for Defendant ZTE (USA) Inc.* |

*/s/ Ryan Smith*
Ryan Smith