**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

      Plaintiff,

v.

APPLE INC.,
GOOGLE INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY LLC,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

      Defendants.

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Potter Voice Technologies LLC ("Plaintiff") and Defendants Apple Inc., Google Inc., HTC America, Inc., Samsung Telecommunications America, LLC, Sony Mobile Communications (U.S.A.) Inc., LG Electronics Mobilecomm U.S.A., Inc., Motorola Mobility LLC, ZTE (USA) Inc., Kyocera International, Inc., Sharp Electronics Corp., Huawei Device USA, Inc., Pantech Wireless, Inc., Research In Motion Limited, Research In Motion Corporation, Microsoft Corporation, and Nokia Inc. (collectively "Defendants") anticipate that documents, testimony, or information containing or

reflecting confidential, proprietary, trade secret, and/or commercially sensitive information are likely to be disclosed or produced during the claim construction phase in this case. For this reason, after the counsel for all parties conferred with each other, all parties believe that entry of the Protective Order in the form attached as Exhibit 1 hereto is warranted.

The fact that the parties have agreed to the proposed Protective Order for the claim construction phase of the case does not in any way indicate, and will not be interpreted as, an admission as to the reasonableness or necessity of any of the provisions in the proposed Protective Order for other phases of the case, nor is the omission of any provision or protections an admission that such provision or protections are unreasonable or unnecessary for other phases of the case. The parties agree that the purpose of the proposed Protective Order is to expedite the production and use of information during the claim construction phase and the parties agree to negotiate at a later date the terms of a protective order covering other phases of the case.

WHEREFORE, the parties respectfully request that the Court enter the Protective Order attached as Exhibit 1 hereto.

Respectfully submitted on August 20, 2012.

/s/ Christopher D. Banys
Christopher D. Banys - **Lead Attorney**

THE LANIER LAW FIRM, P.C.
Christopher D. Banys      SBN: 230038 (California)
Daniel W. Bedell          SBN: 254912 (California)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100
(650) 322-9103 (fax)
cdb@lanierlawfirm.com
dwb@lanierlawfirm.com

Local Counsel:

RYLEY CARLOCK & APPLEWHITE
F. Brittin Clayton III
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Tel: (303) 813-6713
clayton@rcalaw.com

*Attorneys for Plaintiff*
*Potter Voice Technologies, LLC*

*/s/ Elizabeth Yang*

Scott Miller (CA State Bar No. 112656)
Elizabeth Yang (CA State Bar No. 249713)
Connolly Bove Lodge & Hutz LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Tel: (213) 787-2500
Fax: (213) 687-0498
smiller@cblh.com
eyang@cblh.com

*/s/ Hugh Gottschalk*

Hugh Gottschalk
Matthew Johnson
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Email: Gottschalk@wtotrial.com
Johnson@wtotrial.com

*Attorneys for Defendant*
ZTE (USA) Inc.

*/s/ Jose L. Patiño*

Jose L. Patiño (CA Bar No. 149568)
jlpatino@jonesday.com
Nicola A. Pisano (CA Bar No. 151282)
napisano@jonesday.com
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Phone:    (858) 314-1200
Fax:       (858) 314-1150

*Attorneys for Defendant*
*Kyocera International, Inc.*

*/s/ Craig E. Davis*

Craig E. Davis
California Bar No. 221356
Craig.Davis@WilmerHale.com
Wilmer Cutler Pickering
Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

Dominic E. Massa
Massachusetts Bar No. 564694
Dominic.Massa@WilmerHale.com
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Clayton C. James
Clay.James@hoganlovells.com
Srecko "Lucky" Vidmar
Lucky.Vidmar@hoganlovells.com
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado  80202
Tel:  (303) 899-7300
Fax:  (303) 899-7333

*Attorneys for Defendants
Research In Motion Corporation and
Research In Motion Limited.*

*/s/ Jerry R. Selinger*

FEATHERSTONE PETRIE DE SISTO, LLP
Bruce A. Featherstone
Email: bfeatherstone@featherstonelaw.com
Courtney Levkulich
Email: clevkulich@featherstonelaw.com
600 17th Street, Suite 2400-S
Denver, Colorado 80202-5424
Telephone: 303-626-7100
Facsimile: 303-626-7101

PATTERSON & SHERIDAN, LLP
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: 214-272-0957
Facsimile:   214-296-0246

*Attorneys for Defendant
HTC America, Inc.*

| | |
|---|---|
| */s/ Sandra B. Wick Mulvany* | */s/ Andrew V. Devkar* |
| Sandra B. Wick Mulvany<br>MCKENNA LONG & ALDRIDGE LLP<br>1400 Wewatta Street<br>Suite 700<br>Denver, CO 80202-5556<br>Telephone: (303) 634-4330<br>Facsimile: (303) 634-4400<br>swickmulvany@mckennalong.com<br><br>Renzo N. Rocchegiani<br>MCKENNA LONG & ALDRIDGE LLP<br>4435 Eastgate Mall<br>Suite 400<br>San Diego, CA 92121<br>Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450<br>rrocchegiani@mckennalong.com<br><br>*Attorneys for Defendant*<br>*LG Electronics MobileComm U.S.A., Inc.* | Richard de Bodo<br>Andrew V. Devkar<br>Patrick S. Park<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA 90067-4704<br>Tel. (310) 595.3000<br>Fax (310) 595-3300<br>richard.debodo@dlapiper.com<br>andrew.devkar@dlapiper.com<br>patrick.park@dlapiper.com<br><br>*Attorneys for Defendant*<br>*Sharp Electronics Corporation* |

| | |
|---|---|
| /s/ Timothy S. Teter | */s/ Lewis Popovski* |
| | |
| Eamonn Gardner (#38088) | Lewis Popovski |
| egardner@cooley.com | Michael E. Sander |
| Matthew Leary (#43610) | Kenyon & Kenyon LLP |
| mleary@cooley.com | One Broadway |
| Cooley LLP | New York, NY 10004-1007 |
| 380 Interlocken Crescent, Suite 900 | lpopovski@keynon.com |
| Broomfield, CO  80021-8023 | msander@kenyon.com |
| Telephone:     (720) 566-4000 | (212) 908-6078 |
| Facsimile: (720) 566-4099 | |
| | J. Mark Smith |
| Stephen Neal (CA #170085) | Pendleton Wilson Hennessey & Crow. P.C. |
| nealsc@cooley.com | |
| Timothy S. Teter (CA #171451) | 1875 Lawrence Street, 10th Floor |
| teterts@cooley.com | Denver, CO 80202-1898 |
| Cooley LLP | (303) 839-1204 |
| Five Palo Alto Square | msmith@penberg.com |
| 3000 El Camino Real | |
| Palo Alto, CA 94304 | *Attorneys for Defendant* |
| Telephone: (650) 843-5000 | *Sony Mobile Communications (U.S.A.) Inc.* |
| Facsimile: (650) 849-7400 | |
| | |
| *Attorneys for Defendant* | |
| *Apple Inc.* | |

| | |
|---|---|
| */s/ Ian L. Saffer* | */s/ Allison H. Altersohn* |
| | |
| Ian L. Saffer | Scott R. Bialecki |
| Kilpatrick Townsend & Stockton LLP | Erin A. Kelly |
| 1400 Wewatta Street, Suite 600 | BRYAN CAVE LLP |
| Denver, Colorado 80202 | 1700 Lincoln Street, Suite 4100 |
| Telephone:  303.571.4000 | Denver, CO 80203 |
| Facsimile:   303.571.4321 | Telephone: (303) 861-7000 |
| Email: isaffer@kilpatricktownsend.com | Facsimile:   (303) 866-0200 |
| | Email: scott.bialecki@bryancave.com |
| E. Danielle T. Williams | Email: erin.kelly@bryancave.com |
| Kilpatrick Townsend & Stockton LLP | |
| 1001 West Fourth Street | Robert F. Perry |
| Winston-Salem, NC 27101 | Allison H. Altersohn |
| Telephone:  336.607.7300 | Christopher C. Carnaval |
| Email: dtwilliams@kilpatricktownsend.com | KING & SPALDING LLP |
| | 1185 Avenue of the Americas |
| | New York, NY 10036 |
| *Attorneys for Defendants* | Telephone: (212) 556-2100 |
| *Google Inc. and Motorola Mobility LLC.* | Facsimile:   (212) 556-2222 |
| | Email: rperry@kslaw.com |
| | Email: aaltersohn@kslaw.com |
| | Email: ccarnaval@kslaw.com |
| | |
| | *Attorneys for Defendant* |
| | *Nokia Inc.* |

*/s/ Victor H. Polk, Jr.*  /s/ *Grant Kinsel*

Victor H. Polk, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA  02110
polkv@gtlaw.com
Tele:  617.310.6000
Fax:  617.310.6001

Richard Aframe Edlin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166
Phone:  212-801-6528
Fax:  212-805-5528

James W. Soong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
soongj@gtlaw.com
Tel: 650.328.8500
Fax: 650.328.8508

Gayle L. Strong
Amy L. Kramer
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO  80202
strongg@gtlaw.com
kramera@gtlaw.com
Tele:  303-572-6500
Fax:  303-572-6540

*Attorneys for Defendant*
*Samsung Telecommunications America, LLC.*

Grant Kinsel
PERKINS COIE LLP
1888 Century Park East, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 788-3215
Facsimile:   (310) 843-1273
Email: gkinsel@perkinscoie.com

Amanda J. Tessar
atessar@perkinscoie.com
Kourtney Mueller Merrill
kmerrill@perkinscoie.com
1900 16th Street, Suite 1400
Denver, CO 80202-5255
Tel:     303.291.2300
Fax:    303.291.2400

*Attorneys for Defendant*
*Microsoft Corporation*

*/s/ Natalie Hanlon-Leh*

Natalie Hanlon-Leh
FAEGRE BAKER DANIELS
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: (303) 607 3639
Facsimile: (303) 607 3600
natalie.hanlonleh@FaegreBD.com

Alan A. Wright
H.C. PARK & ASSOCIATES, PLC
8500 Leesburg Pike, Suite 7500
Vienna, Virginia 22182
Telephone: (703) 288-5105
Facsimile:  (703) 288-5139
awright@park-law.com

*Attorneys for Defendant
Pantech Wireless, Inc.*

*/s/ Joseph E. Palys*

Joseph E. Palys
Elliot C. Cook
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile:   (202) 408-4400
joseph.palys@finnegan.com
elliot.cook@finnegan.com

Scott M. Browning
Trevor G. Bartel
ROTHGERBER, JOHNSON, LYONS LLP
One Tabor Center
1200 17th St
Suite 3000
Denver, CO 80202
Telephone: (303) 628-9540
Facsimile:   (303) 623-9222
sbrowning@rothgerber.com
tbartel@rothgerber.com

*Attorneys for Defendant Huawei
Device USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2012, I filed a true and correct copy of the foregoing **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** using the Court's CM/ECF system, which will send notification of such filing to all registered counsel.

*s/Lucky Vidmar*
Lucky Vidmar