**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01096-REB-CBX

POTTER VOICE TECHNOLOGIES LLC,

Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SONY MOBILE COMMUNICATIONS AB,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

Defendants.

**NOTICE OF CHANGE OF ADDRESS AND AFFILIATION**

Pursuant to D.C.COLO.L.CivR 10.1(M), Scott R. Bialecki, counsel of record for Defendant Nokia Inc., hereby gives notice that his address, telephone number, and law firm affiliation has changed as of September 6, 2012 to the following:

>Scott R. Bialecki
>Fox Rothschild LLP
>The Tabor Center
>1200 17th Street, Suite 975
>Denver, CO 80202
>Telephone: (720) 542-8266
>Fax: (303) 459-7540
>E-mail: sbialecki@foxrothschild.com

Please address all future pleadings, papers and correspondence as indicated above.

Dated: September 7, 2012

>Respectfully submitted,
>
>s/ Scott R. Bialecki
>Scott R. Bialecki
>Fox Rothschild LLP
>The Tabor Center
>1200 17th Street, Suite 975
>Denver, CO 80202
>Telephone: (720) 542-8266
>Facsimile: (303) 459-7540
>Email: sbialecki@foxrothschild.com
>
>**Attorneys for Nokia Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2012, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS AND AFFILIATION (DOC. NO. 225)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

| | |
|---|---|
| Eamonn Gardner<br>Matthew Leary<br>Stephen C. Neal<br>Timothy S. Teter<br>Cooley LLP<br>egardner@cooley.com<br>mleary@cooley.com<br>nealsc@cooley.com<br>teterts@cooley.com<br><br>*Attorneys for Defendant Apple Inc.* | Erin A. Kelly<br>Bryan Cave HRO<br>erin.kelly@bryancave.com<br><br>Robert F. Perry<br>Christopher C. Carnaval<br>Allison H. Altersohn<br>King & Spalding LLP<br>rperry@kslaw.com<br>ccarnaval@kslaw.com<br>aaltersohn@kslaw.com<br><br>*Attorneys for Defendant Nokia Inc.* |
| Ian L. Saffer<br>Danielle Thompson Williams<br>Kilpatrick Townsend & Stockton LLP<br>isaffer@kilpatricktownsend.com<br>dtwillams@kilpatricktownsend.com<br><br>*Attorneys for Defendants Google, Inc., and Motorola Mobility, LLC* | Natalie Hanlon-Leh<br>Faegre Baker Daniels LLP<br>natalie.hanlonleh@FaegreBD.com<br><br>Alan A. Wright<br>H.C. Park & Associates, PLC<br>awright@park-law.com<br><br>*Attorneys for Defendant Pantech Wireless, Inc.* |
| Bruce A. Featherstone<br>Courtney A. Levkulich<br>Featherstone Petrie DeSisto LLP<br>bfeatherstone@featherstonelaw.com<br>clevkulich@featherstonelaw.com<br><br>Jerry R. Selinger<br>Patterson & Sheridan, LLP<br>jselinger@pattersonsheridan.com<br><br>*Attorneys for Defendant HTC America, Inc.* | Craig E. Davis<br>Dominic E. Messa<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>craig.davis@wilmerhale.com<br>Dominic.Massa@wilmerhale.com<br><br>Clayton C. James<br>Srecko "Lucky" Vidmar<br>Hogan Lovells US LLP<br>clay.james@hoganlovells.com<br>lucky.vidmar@hoganlovells.com<br><br>*Attorneys for Defendants Research in Motion Limited and Research in Motion Corporation* |

DN1 40v1 09/07/12

Trevor Bartel James W. Soong
Scott M. Browning
Rothgerber Johnson & Lyons LLP
tbartel@rothgerber.com
sbrowning@rothgerber.com

Joseph E. Palys
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Joseoh.palys@finnegan.com

*Attorneys for Defendant Huawei Device USA, Inc.*

Jose L. Patino
Jones Day
jlpatino@JonesDay.com
pottervoice@jonesday.com

*Attorneys for Defendant Kyocera International, Inc.*

Renzo N. Rocchegiani
Sandra B. Wick Mulvany
McKenna Long & Aldridge, LLP
rrocchegiani@mckennalong.com
swickmulvany@mikennalong.com
LG-PV@mckennalong.com

*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.*

Hyun Chung
Rich Eldin
CJ Kim
Richard A. Edlin
Gayle L. Strong
Amy L. Kraner
Victor H. Polk, Jr.
Greenberg Traurig, LLP
soongj@gtlaw.com
chungh@gtlaw.com
edlinr@gtlaw.com
kimc@gtlaw.com
edlinr@gtlaw.com
strongg@gtlaw.com
kramera@gtlaw.com
polkv@gtlaw.com

*Attorneys for Defendant Samsung Telecommunications America, Inc.*

Patrick Park
Andrew Devkar
DLA Piper LLP
patrick.park@dlapiper.com
Andrew.deckar@dlapiper.com

*Attorneys for Sharp Electronics Corporation*

Lewis Popovski
Michael Sander
Kenyon & Kenyon LLP
Lpopovski@keynon.com
MSander@Kenyon.com

J. Mark Smith
Pendleton, Wilson, Hennessey & Crow, P.C.
msmith@penberg.com

*Attorneys for Defendant Sony Mobile Communications (U.S.A.) Inc.*

Amanda J. Tessar
Kourtney Mueller Merrill
Grant Kinsel
Perkins Coie LLP
atessar@perkinscoie.com
kmerrill@perkinscoie.com
gkinsel@perkinscoie.com

*Attorneys for Defendant Microsoft Corporation*

Daniel Bedell
Christopher D. Banys
The Lanier Law Firm, P.C.
dwb@lanierlawfirm.com
cdb@lanierlawfirm.com

F. Brittin Clayton, III
Ryley Carlock & Applewhite
clayton@rcalaw.com

*Attorneys for Plaintiff
Potter Voice Technologies, LLC*

Matthew W. Johnson
Hugh Q. Gottschalk
Wheeler Trigg O'Donnell LLP
johnson@wtotrial.com
gottschalk@wtotrial.com

Elizabeth Yang
Connolly Bove Lodge & Hutz LLP
eyang@cblh.com

*Attorneys for Defendant ZTE (USA) Inc.*

                                          s/ Laura F. Malizia
                                          Laura F. Malizia
                                          Legal Administrative Assistant
                                          Fox Rothschild LLP