**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-01096-REB-CBX

POTTER VOICE TECHNOLOGIES LLC,

      Plaintiff,

vs.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SONY MOBILE COMMUNICATIONS AB,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on the **Unopposed Motion For Extension of Time To Reply To Plaintiff's Opposition To Sony Mobile Communications (U.S.A.) Inc.'s Motion To Dismiss**[2] [#226] filed September 11, 2012.  The motion is **GRANTED**.  Sony Mobile Communications (U.S.A.) Inc. shall have until **September 21, 2012**, in which to file its reply.

      Dated:  September 11, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] The court notes that this motion for extension of time fails to show good cause for the extension, as required by REB Civ. Practice Standard II.G.1.  However, due to the brevity of the request, the court is inclined to grant the motion.