**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE INC., et al.,

    Defendants.

**DECLARATION OF DANIEL W. BEDELL IN OPPOSITION TO
MICROSOFT CORPORATION'S MOTION TO SEVER**

I, Daniel W. Bedell, hereby declare:

    1.    Attached to this declaration as Exhibit 1 is a true and correct copy of a website from the domain "windowsphone.com" printed on August 29, 2012. The full URL for this page is http://www.windowsphone.com/en-US/apps/220bfbf2-ee02-496ca656-651a6c0c6518. The page states that there is a "new Google Search app for Windows Phone" that includes "Voice Search: Search by voice." The page also says that this software was released for "Windows Phone 7.5 or higher" on March 6, 2012, and that Google Inc. is the publisher.

    2.    Attached to this declaration as Exhibit 3 is a true and correct copy of a website from the domain "google.com" printed on September 13, 2012. The full URL for this page is http://www.google.com/mobile/google-mobile-app/. The page has a table that shows that the Google Voice Search feature is available on Android, BlackBerry,

DECLARATION OF DANIEL W. BEDELL ISO
POTTER VOICE'S BRIEF IN OPPOSITION TO
MICROSOFT'S MOTION TO SEVER
CASE NO: 1:12-CV-01096-REB-CBS

1

iPhone, and Nokia devices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct that this declaration is executed this 13th day of September, 2012 at Palo Alto, California.

                                                */s/ Daniel W. Bedell*
                                                  Daniel W. Bedell

DECLARATION OF DANIEL W. BEDELL ISO
POTTER VOICE'S BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION FOR PROTECTIVE ORDER
CASE NO: 1:12-CV-01096-REB-CBS

2