# EXHIBIT 1

United States

 Windows Phone

search apps and games

Discover   Buy   **Marketplace**   How-to   My Phone

Sign in

Apps   Games

tools + productivity

# Google



Ratings: 457

Get free app

Like   115

Tweet

Required*:
Windows Phone 7.5 or higher
*Not available for all phones
More Info

App will use:
location services
data services
microphone
music and video library

Published by:
Google Inc.

Released:
3/6/2012

Version:
1.1.0.0

The new Google Search app for Windows Phone. Find better results using Google from your Windows Phone. Search the web faster and easier with the latest features: Google Autocomplete, My Location, and Voice Search.

Voice Search: Search by voice and skip the typing

Autocomplete: Get search results faster

Search Nearby: Find places near you without typing your location



## Reviews

by NiftySmartask
8/27/2012

great

by Player168077287
8/27/2012

Rating only

by chesterlee0717
8/27/2012

被墙了不能用

by mokoso334
8/27/2012

This app Is soooooooo Slow ....Really Frustrating!

by Player584389993
8/25/2012

Rating only

by OrangeSmile22
8/25/2012

Rating only

8/29/12 Google

| | | |
|---|---|---|
| Download Size: < 1 MB | by Player311344954 8/22/2012 | Rating only |
| Languages (5) | by snuffkr 8/22/2012 | Last version is much superior |
| | by Vv CHRONOS vV 8/21/2012 | Rating only |
| | by Player765714933 8/21/2012 | Rating only |

More

## Related Apps


Adobe® Reader®
Ratings: 3505
Free


Skype
Ratings: 3488
Free


Flashlight-X
Ratings: 25999
Free


SkyDrive
Ratings: 2534
Free


Call Recorder
Ratings: 997
Free


UC Browser
Ratings: 7843
Free


ShopSavvy
Ratings: 2440
Free


Skinery
Ratings: 131
Free


Battery Saver
Ratings: 629
Free


My Notes
Ratings: 45
Free

Site map  |  Contact us  |  Terms of Use  |  Trademarks  |  Privacy Statement  |  App Hub



© 2012 Microsoft