# EXHIBIT 2

Google Mobile

Search this site

Home | Google for Your Phone | Mobile Apps | Blog | Help

# Google Search app for your phone

Download the Google Search app to your smartphone to search fast.

**Get Google Search app**

Visit this URL in your phone's browser:
**m.google.com/search**

Send to Phone

Learn about the Nexus, with Google Search app.

## Features

Click thumbnail to see larger image

### Search by voice

Speak your queries instead of typing.

Watch video Learn more

### Google Goggles New!

Use pictures to search the web.

Watch video Learn more.

### My Location

Avoid typing your current location while searching for nearby businesses (e.g. "pizza" or "best buy").

### Google Suggest

Tap suggested queries or local businesses that appear as you type.

### Search history

Quickly search again for queries you recently performed.

### Email search

Search your phone's email.

### Contact search

Search your phone's contacts.

### Vertical search

Search Google Maps, Images, News, and Shopping.

**Links to Google applications**

Quickly navigate to other Google services, such as Maps and Gmail.

**Supported phones**

| Feature | Android | BlackBerry | iPhone | Nokia S60 | Windows |
|---|---|---|---|---|---|
| Search by voice | ✓ | ✓ | ✓ | ✓ | |
| My Location | ✓ | ✓ | ✓ | ✓ | ✓ |
| Google Suggest | ✓ | ✓ | ✓ | ✓ | ✓ |
| Search history | ✓ | ✓ | ✓ | ✓ | ✓ |
| Email search | | ✓ | | | |
| Contact search | ✓ | | | | |
| Vertical search | | | ✓ | | |
| Links to other Google applications | | ✓ | ✓ | ✓ | ✓ |

## How to get Google Search app

No matter which phone you have, you can simply visit **m.google.com/search** using your phone's web browser and we will send the right version of Google Search to you. Or you can use the links below for direct access. Send a link to your phone

| Android | BlackBerry | iPhone | Nokia S60 | Windows | Other |
|---|---|---|---|---|---|
| Use Quick Search Box | Download from **m.google.com/search** on your phone | Get from iTunes | Download from **m.google.com/search** on your phone | Download from **m.google.com/search** on your phone | Download from **m.google.com/search** on your phone |

©2011 Google - Terms of Service - Privacy Policy

United States



