IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: **12-cv-01096-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: September 14, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

POTTER VOICE TECHNOLOGIES LLC,   Daniel Wayne Bedell

    Plaintiff/Counter Defendant,

v.

APPLE, INC., *et al*.,   Eamonn Joseph Gardner
    Ian L. Saffer
    Renzo Nicola Rocchegiani
    Christopher Charles Carnaval
    Sandra B. Wick Mulvany
    Srecko Vidmar
    Craig Evan Davis
    Jamie Choi
    Grant Edward Kinsel
    Gayle Lynn Strong
    Michael Evan Sander
    Joseph Edwin Palys
    Elizabeth Yang
    Alan Arthur Wright
    Elliot Charles Cook
    Elizabeth Danielle Thompson Williams

    Defendants/Counter Claimants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:     2:36 p.m.**
Court calls case.  Appearances of counsel.

Ms. Williams addresses the court regarding the parties discovery dispute. Defendant's Google and Motorola have issues they feel could be resolved by the court entering a protective order and limiting discovery.

Mr. Bedell addresses the court regarding the parties discovery dispute. Mr. Bedell informs the court that there is an issue with Google Voice Action (which does not appear anywhere in the third amended complaint Docket No. 165, filed on 7/24/2012) and Google Voice Search being requested.

Discussion regarding Rule 26(b)(1) and conducting discovery of any non-privilege material, Rule 15(a), possibly allowing the filing of a fourth amended complaint to assert actions against other product, Rule 11, and Rule 41.

Discussion between the court and Ms. Williams regarding having additional time to submit documents related to Google Voice Search as well as Google Voice Actions. Ms. Williams informs the court that it will be difficult to meet the current deadline if both Google Voice Search and Google Voice Actions have to be searched and produced. Ms. Williams is requesting an additional 30 days. Discussion regarding how the granting of additional time would effect the other deadlines that are currently set in this case. Ms. Williams informs the court that she does not feel that any of the other dates will be impacted as a result of the court granting additional time.

**ORDERED:** The court shall require the production of Google Voice Search materials **no later than September 28, 2012**. An additional 30 days shall be given to produce materials on the other product (Google Voice Actions).

Discussion regarding 28 U.S.C. § 1927 and Rule 7.1a.

Ms. Williams addresses the court regarding another discovery issue: claims chart served on August 15, 2012. Discussion regarding Magistrate Judge Shaffer's ORDER setting a Scheduling Conference (Docket No. 13, filed on 5/11/2012) and the plaintiff's initial claims chart. Ms. Williams informs the court that she feels that the initial claims chart submitted is incomplete. Discussion regarding Rule 33 and Rule 26(g).

HEARING CONCLUDED.

**Court in recess**:     **4:11 p.m.**
Total time in court:     01:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.