**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-CV-01096-WJM-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

    v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, AND
NOKIA INC.,

    Defendants.

## ENTRY OF APPEARANCE

    Nicola A. Pisano of the law firm Jones Day hereby enters his appearance in this matter on behalf of the Defendant, Kyocera International, Inc.

- 2 -

Dated: September 21, 2012　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JONES DAY


　　　　　　　　　　　　　　　　　　　　 /s/ Nicola A. Pisano
　　　　　　　　　　　　　　　　　　　　Nicola A. Pisano
　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　12265 El Camino Real, Suite 200
　　　　　　　　　　　　　　　　　　　　San Diego, CA  92130
　　　　　　　　　　　　　　　　　　　　Telephone:  (858) 314-1200
　　　　　　　　　　　　　　　　　　　　Facsimile:   (858) 314-1150

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　KYOCERA INTERNATIONAL, INC.

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per D.C. Colo. LCivR 5.6(D) this 21st day of September 2012.

/s/ Nicola A. Pisano
Nicola A. Pisano