IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

        Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBIL COMMUNICAITONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

        Defendants.

---

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS FOR COUNSEL
REPRESENTING DEFENDANT ZTE (USA) INC.**

---

Scott R. Miller, counsel for Defendant ZTE (USA) Inc., has changed law firms

from Connolly Bove Lodge & Hutz, LLP to Sheppard Mullin Richter & Hampton, LLP,

effective October 8, 2012.  The new address and contact information for Mr. Miller is as follows:

> Scott R. Miller, Esq.
> Sheppard Mullin Richter & Hampton, LLP
> 333 South Hope Street, 43rd Floor
> Los Angeles, CA 90071
> Direct: (213) 617-4177
> Facsimile: (213) 443-2817
> E-mail: smiller@sheppardmullin.com

Defendant ZTE (USA) Inc. will continue to be represented by Scott R. Miller, Sheppard Mullin Richter & Hampton, LLP, 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071 and Hugh Q. Gottschalk and Matthew E. Johnson of Wheeler Trigg O'Donnell LLP, 370 Seventeenth Street, Suite 4500, Denver, Colorado, 80202.

Dated:  October 9, 2012            Respectfully submitted

> *s/ Scott R. Miller*
> Scott R. Miller (CA State Bar No. 112656)
> Sheppard Mullin Richter & Hampton, LLP
> 333 South Hope Street, 43rd Floor
> Los Angeles, CA 90071
> Tel:  (213) 617-4177
> Fax:  (213) 443-2817
> smiller@sheppardmullin.com

> Attorneys for Defendant ZTE (USA) Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 9, 2012, I electronically filed the foregoing NOTICE OF CHANGE OF LAW FIRM AND ADDRESS FOR COUNSEL REPRESENTING DEFENDANT ZTE (USA) INC. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Allison Hoch Altersohn**
  aaltersohn@kslaw.com,csplaine@kslaw.com
- **Christopher David Banys**
  cdb@lanierlawfirm.com,rps@lanierlawfirm.com,vac@lanierlawfirm.com,lcm@lanierlawfirm.com,cma@lanierlawfirm.com,mgl@lanierlawfirm.com,gap@lanierlawfirm.com,nsm@lanierlawfirm.com
- **Trevor G. Bartel**
  tbartel@rothgerber.com,ahertzog@rothgerber.com
- **Daniel Wayne Bedell**
  dwb@lanierlawfirm.com,lcm@lanierlawfirm.com,gap@lanierlawfirm.com
- **Scott Robert Bialecki**
  sbialecki@foxrothschild.com,pyoung@foxrothschild.com
- **Scott Mark Browning**
  sbrowning@rothgerber.com,phenke@rothgerber.com
- **Christopher Charles Carnaval**
  ccarnaval@kslaw.com,drodriguez@kslaw.com
- **Frank Brittin Clayton , III**
  bclayton@rcalaw.com,apalius@rcalaw.com
- **Elliot Charles Cook**
  elliot.cook@finnegan.com
- **Craig Evan Davis**
  craig.davis@wilmerhale.com,erik.marshall@wilmerhale.com
- **Andrew V. Devkar**
  Andrew.Devkar@dlapiper.com
- **Richard Aframe Edlin**
  edlinr@gtlaw.com
- **Bruce A. Featherstone**
  bfeatherstone@featherstonelaw.com,service@featherstonelaw.com,rcusack@featherstonelaw.com
- **Eamonn Joseph Gardner**
  egardner@cooley.com,sbitler@cooley.com,tgibbs@cooley.com,jinghram@cooley.com,calendarreq@cooley.com
- **Hugh Q. Gottschalk**
  gottschalk@wtotrial.com,hart@wtotrial.com,gottesfeld@wtotrial.com

- **Natalie Marie Hanlon-Leh**
  natalie.hanlonleh@faegrebd.com,deb.camp@faegrebd.com,amy.titus@faegrebd
  .com,margaret.zylstra@faegrebd.com,joel.sayres@faegrebd.com
- **Clayton Cole James**
  clay.james@hoganlovells.com,bonnie.sauer@hoganlovells.com,ecfnotices@hog
  anlovells.com
- **Matthew E. Johnson**
  johnson@wtotrial.com,keitlen@wtotrial.com
- **Erin Anne Kelly**
  erin.kelly@bryancave.com,jennifer.pearce@bryancave.com,gina.villarreal@brya
  ncave.com
- **Grant Edward Kinsel**
  gkinsel@perkinscoie.com,ivasquez@perkinscoie.com
- **Amy Leigh Kramer**
  kramera@gtlaw.com,DENLitDock@gtlaw.com,westp@gtlaw.com,lovelandk@gtla
  w.com
- **Matthew James Leary**
  mleary@cooley.com,jinghram@cooley.com,jspalding@cooley.com
- **Courtney Anne Levkulich**
  clevkulich@featherstonelaw.com,service@featherstonelaw.com
- **Nicholas Stephan Mancuso**
  nsm@lanierlawfirm.com,gap@lanierlawfirm.com
- **Dominic Eugene Massa**
  dominic.massa@wilmerhale.com
- **Kourtney Mueller Merrill**
  kmerrill@perkinscoie.com,KMerrill-efile@perkinscoie.com
- **Scott Robertson Miller**
  smiller@cblh.com,dkt@cblh.com,nphillips@cblh.com
- **Stephen C. Neal**
  nealsc@cooley.com,wilsonla@cooley.com
- **Joseph Edwin Palys**
  joseph.palys@finnegan.com,elliot.cook@finnegan.com,mark.rosenberger@finne
  gan.com,william.esper@finnegan.com
- **Patrick S. Park**
  patrick.park@dlapiper.com,dmetria.bolden@dlapiper.com,Docketingla@dlapiper.
  com,susan.bryant@dlapiper.com
- **Jose L. Patino**
  jlpatino@jonesday.com,kmoody@jonesday.com
- **Robert F. Perry**
  rperry@kslaw.com,csplaine@kslaw.com
- **Nicola Anthony Pisano**
  napisano@jonesday.com
- **Victor H. Polk , Jr**
  polkv@gtlaw.com,curleyp@gtlaw.com

- **Lewis V. Popovski**
  lpopovski@kenyon.com
- **Renzo Nicola Rocchegiani**
  rrocchegiani@mckennalong.com,kjohnson@mckennalong.com,aellis@mckennal
  ong.com
- **Ian L. Saffer**
  isaffer@kilpatricktownsend.com,tobrien@kilpatricktownsend.com,dtwilliams@kilp
  atricktownsend.com,denverecf@kilpatricktownsend.com
- **Michael Evan Sander**
  msander@kenyon.com
- **Jerry R. Selinger**
  jselinger@pattersonsheridan.com,gparker@pattersonsheridan.com
- **J. Mark Smith**
  msmith@penberg.com,tkeelick@pwhclaw.com,mwheatley@penberg.com
- **James William Soong**
  soongj@gtlaw.com
- **Gayle Lynn Strong**
  strongg@gtlaw.com,DENLITDOCK@gtlaw.com,collinsk@gtlaw.com,westp@gtla
  w.com,lovelandk@gtlaw.com
- **Amanda J. Tessar**
  atessar@perkinscoie.com,ATessar-efile@perkinscoie.com
- **Timothy Scott Teter**
  teterts@cooley.com,tgibbs@cooley.com
- **Douglas B. Tumminello**
  dtumminello@rothgerber.com,lhess@rothgerber.com,mhess@rothgerber.com,cg
  ilchrist@rothgerber.com
- **Srecko Vidmar**
  lucky.vidmar@hoganlovells.com,bonnie.sauer@hoganlovells.com,tyann.cyrus@
  hoganlovells.com
- **Sandra B. Wick Mulvany**
  swickmulvany@mckennalong.com,aboyle@mckennalong.com
- **Elizabeth Danielle Thompson Williams**
  dtwilliams@kilpatricktownsend.com,sjarrell@kilpatricktownsend.com,sumoore@k
  tslaw.com
- **Alan Arthur Wright**
  awright@park-law.com,esong@park-law.com
- **Elizabeth Yang**
  EYang@cblh.com,DKT@cblh.com,DDellisanti@cblh.com
- **Richard de Bodo**
  richard.debodo@dlapiper.com,Docketingla@dlapiper.com

*s/ Scott R. Miller by Janean C. Hart*
Scott R. Miller (CA State Bar No. 112656)
Sheppard Mullin Richter & Hampton, LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Tel:  (213) 617-4177
Fax:  (213) 443-2817
E-mail: smiller@sheppardmullin.com