**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

        Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

        Defendants.

**SONY MOBILE COMMUNICATIONS (U.S.A.) INC.'S
MOTION TO JOIN GOOGLE'S MOTION TO SEVER**

Defendant Sony Mobile Communications (U.S.A.) Inc. ("SoMC") hereby joins in Google, Inc.'s ("Google") Motion to Sever, Dkt. No. 233 ("Google's Motion"), which is incorporated by reference in this motion, and moves the Court to sever the claims against SoMC pursuant to 35 U.S.C. §299 into a new case with Google for the reasons set forth in Google's Motion.

## I. CERTIFICATION PURSUANT TO D.C. COLO. L CivR 7.1A

Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned counsel certifies that counsel for SoMC contacted counsel for Potter Voice Technologies LLC ("PVT") on October 3, 2012 to confer regarding SoMC's joinder in Google's Motion. Counsel for PVT informed SoMC's counsel that Potter Voice opposes SoMC's joinder motion and the relief requested herein.

## II. STATEMENT OF THE FACTS

SoMC is one of more than fifteen defendants accused by PVT of infringing U.S. Patent No. 5,729,659 ("the '659 patent"). These defendants include software providers Google, Microsoft Corporation, Research In Motion Corporation and Research In Motion Limited, and Apple, Inc. (collectively the "software providers"), and numerous handset companies, including SoMC. SoMC is accused of infringement solely on the basis that it includes software designed by Google into its products. *See* Third Amended Complaint, Dkt. No. 165, ¶ 42-46. PVT makes no allegations against SoMC that relate SoMC's product to any software provider other than Google. *See id.*

## III. ARGUMENT AND CONCLUSION

For the reasons set forth in Google's Motion, SoMC has been improperly joined in this case and should be severed. Thus, to the extent this Court grants Google's request to sever, SoMC respectfully requests the Court join SoMC with Google in any severed case.

Dated October 9, 2012

*/s/ Lewis Popovski*
_____
Lewis Popovski (lpopovski@keynon.com)
Michael E. Sander (msander@kenyon.com)
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
(212) 908-6078


*/s/ J. Mark Smith*
_____
J. Mark Smith (msmith@penberg.com)
PENDLETON WILSON HENNESSEY & CROW. P.C.
1875 Lawrence Street, 10th Floor
Denver, CO 80202-1898
(303) 839-1204

*Attorneys for Sony Mobile Communications (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2012, I electronically filed the foregoing **SONY MOBILE COMMUNICATIONS (U.S.A.) INC.'S MOTION TO JOIN GOOGLE'S MOTION TO SEVER** with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

Dated October 9, 2012  */s/ Lewis Popovski*
_____
Lewis Popovski
Michael E. Sander
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
lpopovski@keynon.com
msander@kenyon.com
(212) 908-6078

*/s/ J. Mark Smith*
_____
J. Mark Smith
PENDLETON WILSON HENNESSEY & CROW. P.C.
1875 Lawrence Street, 10th Floor
Denver, CO 80202-1898
(303) 839-1204
msmith@penberg.com

*Attorneys for Sony Mobile Communications (U.S.A.) Inc.*