IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBIL COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

    Defendants.

---

**NOTICE OF WITHDRAWAL OF ELIZABETH YANG AS COUNSEL FOR DEFENDANT ZTE (USA) INC.**

---

Defendant ZTE (USA) Inc. provides notice to the Court and other parties that

Defendant ZTE (USA) Inc. has consented to the withdrawal of Elizabeth Yang,

Connolly, Bove, Lodge & Hutz, LLP, 333 South Grand Ave., Suite 2300, Los Angeles,

CA 90071 as one of its attorneys of record, effective immediately.  Defendant ZTE (USA) Inc. respectfully requests the Court terminate electronic service for filings in this case to Elizabeth Yang, as the withdrawing attorney, and to remove Ms. Yang as a designated attorney for Defendant ZTE (USA) Inc.  Defendant ZTE (USA) Inc. will continue to be represented by Scott R. Miller, Sheppard Mullin Richter & Hampton, LLP, 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071 and Hugh Q. Gottschalk and Matthew E. Johnson of Wheeler Trigg O'Donnell LLP, 370 Seventeenth Street, Suite 4500, Denver, Colorado, 80202.

Dated:  October 10, 2012			Respectfully submitted,


					*s/ Elizabeth Yang*
					Elizabeth Yang
					Connolly Bove Lodge & Hutz LLP
					333 South Grand Ave., Suite 2300
					Los Angeles, CA 90071
					Tel:  (213) 757-2500
					Fax:  (213) 687-0498
					E-mail: eyang@cblh.com

					Attorneys for Defendant ZTE (USA) Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 10, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Christopher David Banys**
  cdb@lanierlawfirm.com,rps@lanierlawfirm.com,mgl@lanierlawfirm.com,nsm@lanierlawfirm.com,gap@lanierlawfirm.com
- **Trevor G. Bartel**
  tbartel@rothgerber.com,ahertzog@rothgerber.com
- **Daniel Wayne Bedell**
  dwb@lanierlawfirm.com,gap@lanierlawfirm.com
- **Scott Robert Bialecki**
  scott.bialecki@bryancave.com,jennifer.pearce@bryancave.com,gina.villarreal@bryancave.com
- **Scott Mark Browning**
  sbrowning@rothgerber.com,phenke@rothgerber.com
- **Christopher Charles Carnaval**
  ccarnaval@kslaw.com,drodriguez@kslaw.com
- **Frank Brittin Clayton , III**
  bclayton@rcalaw.com,apalius@rcalaw.com
- **Richard Aframe Edlin**
  edlinr@gtlaw.com
- **Bruce A. Featherstone**
  bfeatherstone@featherstonelaw.com,service@featherstonelaw.com,rcusack@featherstonelaw.com
- **Eamonn Joseph Gardner**
  egardner@cooley.com,sbitler@cooley.com,tgibbs@cooley.com,jinghram@cooley.com,calendarreq@cooley.com
- **Hugh Q. Gottschalk**
  gottschalk@wtotrial.com,hart@wtotrial.com,gottesfeld@wtotrial.com
- **Natalie Marie Hanlon-Leh**
  natalie.hanlonleh@faegrebd.com,deb.camp@faegrebd.com
- **Matthew E. Johnson**
  johnson@wtotrial.com,keitlen@wtotrial.com
- **Erin Anne Kelly**
  erin.kelly@bryancave.com,jennifer.pearce@bryancave.com,gina.villarreal@bryancave.com
- **Grant Edward Kinsel**
  gkinsel@perkinscoie.com,ivasquez@perkinscoie.com
- **Amy Leigh Kramer**
  kramera@gtlaw.com,lovelandk@gtlaw.com

- **Matthew James Leary**
  mleary@cooley.com,jinghram@cooley.com,jspalding@cooley.com
- **Kourtney Mueller Merrill**
  kmerrill@perkinscoie.com,KMerrill-efile@perkinscoie.com
- **Stephen C. Neal**
  nealsc@cooley.com,wilsonla@cooley.com
- **Joseph Edwin Palys**
  joseph.palys@finnegan.com,elliot.cook@finnegan.com,mark.rosenberger@finnegan.com,william.esper@finnegan.com
- **Patrick S. Park**
  patrick.park@dlapiper.com,dmetria.bolden@dlapiper.com,Docketingla@dlapiper.coom,susan.bryant@dlapiper.com
- **Jose L. Patino**
  jlpatino@jonesday.com,kmoody@jonesday.com
- **Robert F. Perry**
  rperry@kslaw.com,csplaine@kslaw.com
- **Victor H. Polk , Jr**
  polkv@gtlaw.com,curleyp@gtlaw.com
- **Lewis V. Popovski**
  lpopovski@kenyon.com
- **Renzo Nicola Rocchegiani**
  rrocchegiani@mckennalong.com,kjohnson@mckennalong.com,aellis@mckennalong.com
- **Ian L. Saffer**
  isaffer@kilpatricktownsend.com,tobrien@kilpatricktownsend.com,dtwilliams@kilpatricktownsend.com,denverecf@kilpatricktownsend.com
- **Michael Evan Sander**
  msander@kenyon.com
- **Jerry R. Selinger**
  jselinger@pattersonsheridan.com,gparker@pattersonsheridan.com
- **J. Mark Smith**
  msmith@penberg.com,toflaherty@penberg.com,mwheatley@penberg.com
- **James William Soong**
  soongj@gtlaw.com
- **Gayle Lynn Strong**
  strongg@gtlaw.com,DENLITDOCK@gtlaw.com,collinsk@gtlaw.com,westp@gtlaw.com,lovelandk@gtlaw.com
- **Amanda J. Tessar**
  atessar@perkinscoie.com,ATessar-efile@perkinscoie.com
- **Timothy Scott Teter**
  teterts@cooley.com,tgibbs@cooley.com
- **Sandra B. Wick Mulvany**
  swickmulvany@mckennalong.com,aboyle@mckennalong.com

        *s/ Elizabeth Yang by Catherine Zukowski*
        Elizabeth Yang
        Connolly Bove Lodge & Hutz LLP
        333 South Grand Ave., Suite 2300
        Los Angeles, CA 90071
        Tel:  (213) 757-2500
        Fax:  (213) 687-0498
        E-mail: eyang@cblh.com

        Attorneys for Defendant ZTE (USA) Inc.