IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBIL COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

    Defendants.

---

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANT ZTE (USA) INC. BY ELIZABETH YANG**

---

Pursuant to D.C.COLO.LCivR 83.3(D), Elizabeth Yang hereby moves the Court to grant her withdrawal as counsel for Defendant ZTE (USA) Inc.

1.      Defendant ZTE (USA) Inc. ("ZTE") was previously represented by Scott Miller and Elizabeth Yang of Connolly, Bove, Lodge & Hutz, LLP, 333 South Grand Ave., Suite 2300, Los Angeles, CA 90071.  Mr. Miller has changed law firms and thus Ms. Yang will no longer be representing ZTE in this matter as ZTE will be represented by Mr. Miller and his new law firm.

2.      ZTE consents to the withdrawal of Elizabeth Yang of Connolly, Bove, Lodge & Hutz, LLP, 333 South Grand Ave., Suite 2300, Los Angeles, CA 90071 as one of its attorneys of record, effective immediately.

3.      ZTE respectfully requests the Court terminate electronic service for filings in this case to Elizabeth Yang, as the withdrawing attorney, and to remove Ms. Yang as a designated attorney for ZTE.

4.      ZTE will continue to be represented in this matter by Scott R. Miller, Sheppard Mullin Richter & Hampton, LLP, 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071 and Hugh Q. Gottschalk and Matthew E. Johnson of Wheeler Trigg O'Donnell LLP, 370 Seventeenth Street, Suite 4500, Denver, Colorado, 80202.

5.      Pursuant to D.C.Colo.L.CivR 7.1(A) counsel for ZTE (USA) Inc., Matthew Johnson, conferred with all parties by email and no party objected to the withdrawal of Ms. Yang.

WHEREFORE, for the foregoing reasons, ZTE and Elizabeth Yang respectfully request that the Court grant Ms. Yang's Motion to Withdraw as counsel for ZTE (USA) Inc.

Dated:  October 15, 2012                Respectfully submitted,


                                        s/ Elizabeth Yang
                                        Elizabeth Yang
                                        Connolly Bove Lodge & Hutz LLP
                                        333 South Grand Ave., Suite 2300
                                        Los Angeles, CA 90071
                                        Tel:  (213) 757-2500
                                        Fax:  (213) 687-0498
                                        E-mail: eyang@cblh.com

                                        Attorneys for Defendant ZTE (USA) Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 15, 2012, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ZTE (USA) INC. BY ELIZABETH YANG** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Allison Hoch Altersohn**
  aaltersohn@kslaw.com,csplaine@kslaw.com
- **Christopher David Banys**
  cdb@lanierlawfirm.com,rps@lanierlawfirm.com,vac@lanierlawfirm.com,lcm@lanierlawfirm.com,cma@lanierlawfirm.com,mgl@lanierlawfirm.com,gap@lanierlawfirm.com,nsm@lanierlawfirm.com
- **Trevor G. Bartel**
  tbartel@rothgerber.com,ahertzog@rothgerber.com
- **Daniel Wayne Bedell**
  dwb@lanierlawfirm.com,lcm@lanierlawfirm.com,gap@lanierlawfirm.com
- **Scott Robert Bialecki**
  sbialecki@foxrothschild.com,krosenstock@foxrothschild.com,pyoung@foxrothschild.com
- **Scott Mark Browning**
  sbrowning@rothgerber.com,phenke@rothgerber.com
- **Christopher Charles Carnaval**
  ccarnaval@kslaw.com,drodriguez@kslaw.com
- **Frank Brittin Clayton , III**
  bclayton@rcalaw.com,apalius@rcalaw.com
- **Elliot Charles Cook**
  elliot.cook@finnegan.com
- **Craig Evan Davis**
  craig.davis@wilmerhale.com,erik.marshall@wilmerhale.com
- **Andrew V. Devkar**
  Andrew.Devkar@dlapiper.com
- **Richard Aframe Edlin**
  edlinr@gtlaw.com
- **Bruce A. Featherstone**
  bfeatherstone@featherstonelaw.com,service@featherstonelaw.com,rcusack@featherstonelaw.com
- **Eamonn Joseph Gardner**
  egardner@cooley.com,sbitler@cooley.com,tgibbs@cooley.com,jinghram@cooley.com,calendarreq@cooley.com
- **Hugh Q. Gottschalk**
  gottschalk@wtotrial.com,hart@wtotrial.com,gottesfeld@wtotrial.com

- **Natalie Marie Hanlon-Leh**
  natalie.hanlonleh@faegrebd.com,deb.camp@faegrebd.com,amy.titus@faegrebd.com,margaret.zylstra@faegrebd.com,joel.sayres@faegrebd.com
- **Clayton Cole James**
  clay.james@hoganlovells.com,bonnie.sauer@hoganlovells.com,ecfnotices@hoganlovells.com
- **Matthew E. Johnson**
  johnson@wtotrial.com,keitlen@wtotrial.com
- **Erin Anne Kelly**
  erin.kelly@bryancave.com,jennifer.pearce@bryancave.com,gina.villarreal@bryancave.com
- **Grant Edward Kinsel**
  gkinsel@perkinscoie.com,ivasquez@perkinscoie.com
- **Amy Leigh Kramer**
  kramera@gtlaw.com,DENLitDock@gtlaw.com,westp@gtlaw.com,lovelandk@gtlaw.com
- **Matthew James Leary**
  mleary@cooley.com,jinghram@cooley.com,jspalding@cooley.com
- **Courtney Anne Levkulich**
  clevkulich@featherstonelaw.com,service@featherstonelaw.com
- **Nicholas Stephan Mancuso**
  nsm@lanierlawfirm.com,gap@lanierlawfirm.com
- **Dominic Eugene Massa**
  dominic.massa@wilmerhale.com
- **Kourtney Mueller Merrill**
  kmerrill@perkinscoie.com,KMerrill-efile@perkinscoie.com
- **Scott Robertson Miller**
  smiller@sheppardmullin.com,nphillips@cblh.com
- **Stephen C. Neal**
  nealsc@cooley.com,wilsonla@cooley.com
- **Joseph Edwin Palys**
  joseph.palys@finnegan.com,elliot.cook@finnegan.com,mark.rosenberger@finnegan.com,william.esper@finnegan.com
- **Patrick S. Park**
  patrick.park@dlapiper.com,dmetria.bolden@dlapiper.com,Docketingla@dlapiper.com,susan.bryant@dlapiper.com
- **Jose L. Patino**
  jlpatino@jonesday.com,kmoody@jonesday.com
- **Robert F. Perry**
  rperry@kslaw.com,csplaine@kslaw.com
- **Nicola Anthony Pisano**
  napisano@jonesday.com
- **Victor H. Polk , Jr**
  polkv@gtlaw.com,curleyp@gtlaw.com

- **Lewis V. Popovski**
  lpopovski@kenyon.com
- **Renzo Nicola Rocchegiani**
  rrocchegiani@mckennalong.com,kjohnson@mckennalong.com,aellis@mckennalong.com
- **Ian L. Saffer**
  isaffer@kilpatricktownsend.com,tobrien@kilpatricktownsend.com,dtwilliams@kilpatricktownsend.com,denverecf@kilpatricktownsend.com
- **Michael Evan Sander**
  msander@kenyon.com
- **Jerry R. Selinger**
  jselinger@pattersonsheridan.com,gparker@pattersonsheridan.com
- **J. Mark Smith**
  msmith@penberg.com,tkeelick@pwhclaw.com,mwheatley@penberg.com
- **James William Soong**
  soongj@gtlaw.com
- **Gayle Lynn Strong**
  strongg@gtlaw.com,DENLITDOCK@gtlaw.com,collinsk@gtlaw.com,westp@gtlaw.com,lovelandk@gtlaw.com
- **Amanda J. Tessar**
  atessar@perkinscoie.com,ATessar-efile@perkinscoie.com
- **Timothy Scott Teter**
  teterts@cooley.com,tgibbs@cooley.com
- **Douglas B. Tumminello**
  dtumminello@rothgerber.com,lhess@rothgerber.com,mhess@rothgerber.com,cgilchrist@rothgerber.com
- **Srecko Vidmar**
  lucky.vidmar@hoganlovells.com,bonnie.sauer@hoganlovells.com,tyann.cyrus@hoganlovells.com
- **Sandra B. Wick Mulvany**
  swickmulvany@mckennalong.com,aboyle@mckennalong.com
- **Elizabeth Danielle Thompson Williams**
  dtwilliams@kilpatricktownsend.com,sjarrell@kilpatricktownsend.com,sumoore@ktslaw.com
- **Alan Arthur Wright**
  awright@park-law.com,esong@park-law.com
- **Elizabeth Yang**
  EYang@cblh.com,DKT@cblh.com,czukowski@cblh.com
- **Richard de Bodo**
  richard.debodo@dlapiper.com,Docketingla@dlapiper.com

s/ Elizabeth Yang by Janean C. Hart
Elizabeth Yang
Connolly Bove Lodge & Hutz LLP
333 South Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel:  (213) 757-2500
Fax:  (213) 687-0498
E-mail: eyang@cblh.com

Attorneys for Defendant ZTE (USA) Inc.