**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-1096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff

v.

APPLE, INC., et al.,

    Defendants.

_____

**HUAWEI DEVICE USA INC.'S JOINDER IN GOOGLE INC.'S MOTION TO SEVER**
_____

    Huawei Device USA Inc. ("Huawei") respectfully joins in Google Inc.'s ("Google") Motion to Sever (Dkt. 233, "Google's Motion"), which is incorporated herein by reference for purposes of brevity.  Specifically, Huawei requests that Plaintiff Potter Voice Technologies LLC's ("Potter Voice") claims against Huawei be severed and joined in a new case with Google.

### I.    FACTUAL BACKGROUND

    Potter Voice filed its Third Amended Complaint on July 24, 2012.  Dkt. 165. Potter Voice alleges that Huawei's M835 phone, when using Google Voice Search, infringes U.S. Patent No. 5,729,659 ("the '659 patent") and that Huawei has induced its customers to infringe the '659 patent by using the M835 phone with Google Voice Search.  Dkt. 165 at ¶¶ 67-68.  In Potter Voice's Initial Claim Chart for Huawei, served on August 17, 2012 (Ex. 1), Potter Voice also asserts that Huawei infringes and induces infringement of the '659 patent by virtue of the M835 phone with Google Voice Actions.

## II.     ARGUMENT

By joining Huawei in the same case as Apple Inc. ("Apple"), Research in Motion Limited ("RIM"), and Microsoft Corporation ("Microsoft"), Potter Voice falls short of the joinder standard of Fed. R. Civ. P. 20(a)(2)(A), which requires that claims against defendants "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences."  Potter Voice also contravenes 35 U.S.C. § 299(a)(1), which requires that a patentee's claims against multiple defendants be based on "the same accused product or process."  35 U.S.C. § 299(a)(1).  Contrary to these requirements, Potter Voice alleges that Huawei, Apple, RIM, and Microsoft infringe by virtue of different products.

For Huawei, the accused products are mobile phones running Google Voice Search and Google Voice Actions.[1]  For Apple, the products include mobile phones running Siri Voice Commands.  For RIM the products include mobile phones running Blackberry Voice Commands.  And for Microsoft the products include mobile phones running Windows Speech Commands.  Dkt. 233 at 2, 5.  Because Huawei is accused of infringement on the basis of different products than Apple, RIM, and Microsoft, Huawei's alleged infringement does not arise from the same transaction or occurrence as these defendants and cannot justify Huawei's joinder in this case.

For the reasons stated in Google's Motion, judicial economy and the potential of prejudice to the defendants also supports severance.  Dkt. 233 at 8-9.  In particular, by asking a jury to consider infringement and damages with regard to not only the accused

---

[1] While Potter Voice does not currently accuse products running Google Voice Actions, Potter Voice's forthcoming Motion for Leave to file a Fourth Amended Complaint seeks to add mobile phones that use Google Voice Actions as accused products.

2

Google software, but also the accused software of Apple, RIM, and Microsoft, the risk of jury confusion greatly escalates. The risk of jury confusion for Huawei is already high, given that it is one defendant among many accused of infringement on the basis of Google software. Adding the different accused products of Apple, RIM, and Microsoft in the same case further increases the risk of Huawei's voice being drowned out at trial and Huawei's defenses not being understood by the jury.

### III. CONCLUSION

Accordingly, for the reasons presented herein, and more fully in Google's Motion, Huawei respectfully requests that Potter Voice's claims of against Huawei be severed and joined in a new case with Google.

Date: October 16, 2012

Respectfully submitted,

By: *s/ Joseph E. Palys*
Joseph E. Palys
Elliot C. Cook
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
joseph.palys@finnegan.com
elliot.cook@finnegan.com

Scott M. Browning
Trevor G. Bartel
ROTHGERBER, JOHNSON, LYONS LLP
1200 17th Street, Suite 3000
Denver, CO 80202
Telephone: (303) 628-9540
Facsimile: (303) 623-9222
sbrowning@rothgerber.com
tbartel@rothgerber.com
*Attorneys for Defendant Huawei Device USA Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to D.C.Colo.LCivR 7.1(A), I hereby certify that counsel for Defendant Huawei Device USA Inc. ("Huawei") conferred with Plaintiff Potter Voice Technologies LLC ("Potter Voice") on September 19-20, 2012, about whether Potter Voice would oppose Huawei's joinder in Google's Motion to Sever.  On September 20, 2012, counsel for Potter Voice informed counsel for Huawei that Potter Voice opposes Huawei's joinder and the relief sought by Huawei.

*s/ Joseph E. Palys*
Joseph E. Palys
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
Joseph.Palys@finnegan.com

*Attorneys for Defendant Huawei Device USA Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2012, the foregoing **HUAWEI DEVICE USA INC.'S JOINDER IN GOOGLE INC.'S MOTION TO SEVER** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christopher D. Banys
Daniel W. Bedell
Nicholas S. Mancuso
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 322-9100
Facsimile: (650) 322-9103
cdb@lanierlawfirm.com
dwb@lanierlawfirm.com
nsm@lanierlawfirm.com

F. Brittin Clayton, III
RYLEY CARLOCK & APPLEWHITE, P.A.
1700 Lincoln, Suite 3500
Denver, CO 80203
Telephone: (303) 813-7500
Facsimile: (303) 595-3159
bclayton@rcalaw.com

Attorneys for Plaintiff Potter Voice Technologies LLC

Ian L. Saffer
Kilpatrick Townsend & Stockton, LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
isaffer@kilpatricktownsend.com

Elizabeth Danielle Thompson Williams
Kilpatrick Townsend & Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7306
Facsimile: (336) 607-7500
dtwilliams@kilpatricktownsend.com

Attorneys for Defendant Google, Inc.

Jose L. Patino
Nicola A. Pisano
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130-4096
Telephone: (858) 314-1200
Facsimile: (858) 314-1255
jlpatino@jonesday.com
napisano@jonesday.com

Attorney for Defendant Kyocera International, Inc.

Renzo N. Rocchegiani
McKENNA LONG & ALDRIDGE LLP
4435 Eastgate Mall, Suite 400
San Diego, CA 92121
Telephone: (619) 595-5400
Facsimile: (619) 595-5450
rrocchegiani@mckennalong.com

5

Sandra B. Wick Mulvany
McKenna Long & Aldridge, LLP-Denver
1400 Wewatta Street, #700
Denver, CO 80202-5556
Telephone: (303) 634-4000
Facsimile: (303) 634-4400
swickmulvany@mckennalong.com

Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.

Amanda J. Tessar
Kourtney Mueller Merrill
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
atessar@perkinscoie.com
kmerrill@perkinscoie.com

Grant E. Kinsel
PERKINS COIE LLP
188 Century Park E., Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
gkinsel@perkinscoie.com

Attorneys for Defendant Microsoft Corporation

Ian L. Saffer
Kilpatrick Townsend & Stockton, LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
isaffer@kilpatricktownsend.com

Elizabeth Danielle Thompson Williams
Kilpatrick Townsend & Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7306
Facsimile: (336) 607-7500
dtwilliams@kilpatricktownsend.com

Attorneys for Defendant Motorola Mobility LLC

Erin Anne Kelly
Bryan Cave HRO-Denver
1700 Lincoln Street, #4100
Denver, CO 80203-4541
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
erin.kelly@bryancave.com

Scott Robert Bialecki
Fox Rothschild LLP
1200 17th Street, Suite 975
Denver, CO 80202
Telephone: (720) 542-8266
Fax: (303) 459-7540
sbialecki@foxrothschild.com

Allison Hoch Altersohn
Christopher Charles Carnaval
Robert F. Perry
King & Spalding, LLP-New York
1185 Avenue of the Americas
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
aaltersohn@kslaw.com
ccarnaval@kslaw.com
rperry@kslaw.com

Attorneys for Defendant Nokia, Inc.

6

Eamonn Joseph Gardner
Matthew James Leary
Cooley LLP-Broomfield
380 Interlocken Crescent, #900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
egardner@cooley.com
mleary@cooley.com

Stephen C. Neal
Timothy Scott Teter
Cooley LLP-Palo Alto
3000 El Camino Real
Palo Alto Square, Suite 5
Palo Alto, CA 94306-2155
Telephone: (650) 843-5182
Facsimile: (650) 857-0663
nealsc@cooley.com
teterts@cooley.com

Attorneys for Defendant Apple, Inc.

Bruce A. Featherstone
Courtney A. Levkulich
Featherstone Petrie DeSisto, LLP
600 17th Street, #2400 South
Denver, CO 80202-5424
Telephone: (303) 626-7100
Facsimile: (303) 626-7101
bfeatherstone@featherstonelaw.com

Jerry R. Selinger
Patterson & Sheridan, LLP-Dallas
1700 Pacific Avenue, #2650
Dallas, TX 75201
Telephone: (214) 272-0957
Facsimile: (214) 296-0246
jselinger@pattersonsheridan.com

Attorneys for Defendant HTC America, Inc.

Richard Aframe Edlin
GREENBERG TAURIG, LLP-New York
200 Park Avenue
Metlife Building, 20th Floor
New York, NY 10166-0005
Telephone (212) 801-9200
Facsimile: (212) 801-6400
edlinr@gtlaw.com

James W. Soong
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
soongj@gtlaw.com

Gayle L. Strong
Amy L. Kramer
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
strongg@gtlaw.com
kramera@gtlaw.com

Victor H. Polk, Jr.
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001
polkv@gtlaw.com

Attorneys for Defendant Samsung Telecomunications America, LLC

Patrick S. Park
Andrew V. Devkar
Richard de Bodo
DLA Piper US, LLP-Los Angeles
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
patrick.park@dlapiper.com
andrew.devkar@dlapiper.com
richard.debodo@dlapiper.com

Attorneys for Defendants Sharp Electronics Corporation and Sharp Corporation

Lewis V. Popovski
Michael Evan Sander
Kenyon & Kenyon, LLP-New York
One Broadway
New York, NY 10004
Telephone: (212) 908-6078
Facsimile: (212) 425-5288
lpopovski@kenyon.com
msander@kenyon.com

Attorneys for Defendant Sony Mobile Communications (U.S.A.) Inc.

Hugh Q. Gottschalk
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
gottschalk@wtotrial.com

Matthew E. Johnson
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1864
Facsimile: (303) 244-1879
johnson@wtotrial.com

Scott Robertson Miller
Sheppard Mullin Richter & Hampton, LLP
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 617-4177
Facsimile: (213) 443-2817
smiller@sheppardmullin.com

Elizabeth Yang
Connolly Bove Lodge & Hutz, LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498
eyang@cblh.com

Attorneys for Defendant ZTE (USA) Inc.

Natalie Marie Hanlon-Leh
Faegre Baker Daniels LLP-Denver
1700 Lincoln Street
Wells Fargo Center, #3200
Denver, CO 80203-4532
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
natalie.hanlonleh@faegrebd.com

Alan Arthur Wright
H.C. Park & Associates, PLC
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone: (703) 288-5105
Facsimile: (703) 288-5139
awright@park-law.com

Attorneys for Defendant Pantech Wireless, Inc.

Craig Evan Davis
Wilmer Cutler Pickering Hale & Dorr, LLP-Palo Alto
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
craig.davis@wilmerhale.com

Clayton Cole James
Hogan Lovells US LLP-Denver
1200 Seventeenth Street, #1500
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
clay.james@hoganlovells.com

Dominic Eugene Massa
Wilmer Cutler Pickering Hale & Dorr, LLP-Boston
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
dominic.massa@wilmerhale.com

Srecko Vidmar
Hogan Lovells US LLP-Denver
1200 Seventeenth Street, #1500
Denver, CO 80202
Telephone: (303) 899-7328
Facsimile: (303-899-7333
lucky.vidmar@hoganlovells.com

Attorneys for Defendants Research in Motion Corporation and Research in Motion Limited

*s/ Trevor G. Bartel*
ROTHGERBER JOHNSON & LYONS LLP
1200 17th Street, Suite 3000
Denver, CO 80202
Telephone: (303) 623-9000
Facsimile: (303) 623-9222
sbrowning@rothgerber.com
tbartel@rothgerber.com

*Attorneys for Defendant Huawei Device USA Inc.*

2003892952_1