IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE INC., et al.,

    Defendants.

## POTTER VOICE TECHNOLOGIES LLC'S INITIAL CLAIM CHART HUAWEI DEVICE USA, INC.

Plaintiff Potter Voice Technologies LLC ("Potter Voice") hereby discloses its initial claim chart with respect to

defendant Huawei Device USA, Inc.'s infringement of U.S. Patent No. 5,729,659.

Dated: August 17, 2012

    Respectfully submitted,

    /s/ Christopher D. Banys
    Christopher D. Banys - *Lead Attorney*

1

EXHIBIT

tabbies

1

THE LANIER LAW FIRM, P.C.
Christopher D. Banys        SBN: 230038 (California)
Daniel W. Bedell            SBN: 254912 (California)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100         (650) 322-9103 (fax)
cdb@lanierlawfirm.com
dwb@lanierlawfirm.com

Local Counsel:

RYLEY CARLOCK & APPLEWHITE
F. Brittin Clayton III
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Tel: (303) 813-6713
clayton@rcalaw.com

**ATTORNEYS FOR PLAINTIFF
POTTER VOICE TECHNOLOGIES, LLC**

| Claim Language | Accused Instrumentality (Huawei M835 with Google Voice Actions and all reasonably similar products) |
| --- | --- |
| 1. A method for controlling a digital computer using oral input, comprising: | Huawei infringes by using the Huawei M835 with Google Voice Actions, and all reasonably similar products. Huawei indirectly infringes by inducing its customers to use the Huawei M835 with Google Voice Actions, and all reasonably similar products.<br><br>The Huawei M835 and Google's servers used to perform Google Voice Actions comprise a digital computer that uses oral input. |
| (a) providing receiving means and a digital computer; | The Huawei M835 with Google Voice Actions provides receiving means and a digital computer.<br><br>The Huawei M835 with Google Voice Actions provides a receiving means. For example, the Huawei M835 includes a microphone.<br><br>The Huawei M835 and Google's servers used to perform Google Voice Actions comprise a digital computer. |
| (b) receiving oral input comprising a plurality of words; | The Huawei M835 with Google Voice Actions receives oral input comprising a plurality of words. |
| (c) generating input information corresponding to said oral input; | The Huawei M835 with Google Voice Actions receives signals from the microphone in the Huawei M835 and converts the signals to input information, including a digital representation of the spoken words, and thereby generates input information corresponding to the oral input. |
| (d) associatively searching a tabular data structure comprising labels using at least a first part of said input information to locate at least a first label in such tabular data structure relating to said input information; and | The Huawei M835 with Google Voice Search associatively searches a tabular data structure comprising labels using at least a first part of the input information to locate at least a first label in the tabular data structure relating to the input information.<br><br>The tabular data structure comprising labels (e.g., row and/or column labels) resides in memory on the Huawei M835 and/or the servers used to perform Google Voice Search. The input information, including a digital representation of the oral input, is used by the Huawei M835 and/or Google's servers to locate at least one label that relates to the input information. |
| (e) determining content information | The Huawei M835 with Google Voice Search determines content information relating to |

| Claim Language | Accused Instrumentality (Huawei M835 with Google Voice Actions and all reasonably similar products) |
|---|---|
| relating to said oral input. | the oral input.<br><br>The Huawei M835 and/or Google's servers determine content information relating to the oral input. The content information may include action words/commands (e.g., call, search, locate, find, etc.) and/or data such as, for example, a contact name, a phone number, a physical address, a URL, an email address, a calendar item, etc. |
| 4. A method, as claimed in claim 1, further comprising:<br>(i) using said content information to identify an operation to be performed on said data; and<br>(ii) performing the identified operation on said data in a digital computer. | The Huawei M835 with Google Voice Search uses content information to identify an operation to be performed on the data and performs the identified operation.<br><br>For example, the Huawei M835 and/or Google's servers use the content information from the phrase "directions to SFO" to determine an operation (find directions to) on the data (SFO). The Huawei M835 with Google Voice Search then performs the operation by, for example, finding directions to SFO. |
| 6. A method, as claimed in claim 1, further comprising:<br>(i) outputting a request for further input information relating to said input information. | The Huawei M835 with Google Voice Search outputs a request for further input information relating to the input information.<br><br>For example, the Huawei M835 and/or Google's servers may output a request for further input information (e.g., repeat, clarify, confirm, select from multiple options, etc.) when, for example, there is a network or recognition error or further input for a request. |
| 7. A method, as claimed in claim 1, wherein said plurality of words comprises a verb or verb phrase and at least a first noun or noun phrase. | The Huawei M835 with Google Voice Actions can receive a plurality of words (e.g., "Call Bob at work") which comprises a verb or verb phrase (e.g., "Call") and at least a first noun or noun phrase (e.g., "Bob at work"). |
| 22. An apparatus for using oral input to control a digital computer, comprising: | The Huawei M835 and Google's servers used to perform Google Voice Actions comprise a digital computer that uses oral input. |
| (a) receiving means for receiving oral input; | The Huawei M835 with Google Voice Actions provides receiving means and a digital computer. |

| Claim Language | Accused Instrumentality (Huawei M835 with Google Voice Actions and all reasonably similar products) |
|---|---|
|  | The Huawei M835 with Google Voice Actions provides a receiving means. For example, the Huawei M835 includes a microphone.<br><br>The Huawei M835 and Google's servers used to perform Google Voice Actions comprise a digital computer. |
| (b) word recognition means, operatively associated with said receiving means, for generating input information; | The Huawei M835 with Google Voice Actions contains software that functions as a word recognition means to generate input information. |
| (c) a digital computer, operatively associated with said word recognition means; | The Huawei M835 and/or Google's servers used to perform Google Voice Search comprise a digital computer operatively associated with the software functioning as a word recognition means. |
| (d) storage means, located within said digital computer, for storing data in a tabular data structure; | The Huawei M835 with Google Voice Actions contains memory that is a storage means for storing data in a tabular data structure located within the digital computer, on the Huawei M835 and/or on Google's servers used to perform Google Voice Actions. |
| (e) search means, located within said digital computer, for associatively searching said tabular data structure, comprising means for identifying labels within said tabular data structure which relate to at least a first part of such input information; | The Huawei M835 with Google Voice Actions contains a search means in the form of software on the Huawei M835 and/or Google's servers used to perform Google Voice Actions. This software searches the tabular data structure, which identifies labels within said tabular data structure which relate to at least a first part of such input information. |
| (f) content determination means, located within said digital computer, for determining content information relating to input information; and | The Huawei M835 with Google Voice Actions contains a content determination means in the form of software located on the Huawei M835 and/or Google's servers used to perform Google Voice Actions. This software determines content information relating to input information. |
| (g) processing means, located within said digital computer, for processing data. | The Huawei M835 with Google Voice Actions contains a processor on the Huawei M835 and/or the Google Voice Actions servers that are a processing means for processing data. |
| 23. An apparatus, as claimed in claim 22, | The Huawei M835 with Google Voice Search contains an output means operatively |

| Claim Language | Accused Instrumentality (Huawei M835 with Google Voice Actions and all reasonably similar products) |
| --- | --- |
| further comprising output means operatively associated with the digital computer. | associated with the digital computer.  For example, the Huawei M835 with Google Voice Search contains a speaker and a display screen. |
| 24. An apparatus, as claimed in claim 22, further comprising:<br>(i) audio generator means for generating audio output information;<br>(ii) speech synthesizer means for generating output signals; and<br>(iii) audio output means for outputting audible speech. | The Huawei M835 with Google Voice Actions contains audio generator means for generating audio output information, speech synthesizer means for generating output signals, and audio output means for outputting audible speech.  The audio generator means and the speech synthesizer means are software in Google Voice Actions and the Huawei M835.  The audio output means on the Huawei M835 is a speaker. |

| Claim Language | Accused Instrumentality (Huawei M835 with Google Voice Search and all reasonably similar products) |
| --- | --- |
| 1. A method for controlling a digital computer using oral input, comprising: | Huawei infringes by using the Huawei M835 with Google Voice Search, and all reasonably similar products. Huawei indirectly infringes by inducing its customers to use the Huawei M835 with Google Voice Search, and all reasonably similar products.<br><br>The Huawei M835 and Google's servers used to perform Google Voice Search comprise a digital computer that uses oral input. |
| (a) providing receiving means and a digital computer; | The Huawei M835 with Google Voice Search provides receiving means and a digital computer.<br><br>The Huawei M835 with Google Voice Search provides a receiving means. For example, the Huawei M835 includes a microphone.<br><br>The Huawei M835 and Google's servers used to perform Google Voice Search comprise a digital computer. |
| (b) receiving oral input comprising a plurality of words; | The Huawei M835 with Google Voice Search receives oral input comprising a plurality of words. |
| (c) generating input information corresponding to said oral input; | The Huawei M835 with Google Voice Search receives signals from the microphone in the Huawei M835 and converts the signals to input information, including a digital representation of the spoken words, and thereby generates input information corresponding to the oral input. |
| (d) associatively searching a tabular data structure comprising labels using at least a first part of said input information to locate at least a first label in such tabular data structure relating to said input information; and | The Huawei M835 with Google Voice Search associatively searches a tabular data structure comprising labels using at least a first part of the input information to locate at least a first label in the tabular data structure relating to the input information.<br><br>The tabular data structure comprising labels (e.g., row and/or column labels) resides in memory on the Huawei M835 and/or the servers used to perform Google Voice Search. The input information, including a digital representation of the oral input, is used by the Huawei M835 and/or Google's servers to locate at least one label that relates to the input information. |
| (e) determining content information | The Huawei M835 with Google Voice Search determines content information relating to |

7

| Claim Language | Accused Instrumentality (Huawei M835 with Google Voice Search and all reasonably similar products) |
|---|---|
| relating to said oral input. | the oral input.<br><br>The Huawei M835 and/or Google's servers determine content information relating to the oral input. The content information may include action words/commands (e.g., call, search, locate, find, etc.) and/or data such as, for example, a contact name, a phone number, a physical address, a URL, an email address, a calendar item, etc. |
| 4. A method, as claimed in claim 1, further comprising:<br>(i) using said content information to identify an operation to be performed on said data; and<br>(ii) performing the identified operation on said data in a digital computer. | The Huawei M835 with Google Voice Search uses content information to identify an operation to be performed on the data and performs the identified operation.<br><br>For example, the Huawei M835 and/or Google's servers use the content information from the phrase "directions to SFO" to determine an operation (find directions to) on the data (SFO). The Huawei M835 with Google Voice Search then performs the operation by, for example, finding directions to SFO. |
| 6. A method, as claimed in claim 1, further comprising:<br>(i) outputting a request for further input information relating to said input information. | The Huawei M835 with Google Voice Search outputs a request for further input information relating to the input information.<br><br>For example, the Huawei M835 and/or Google's servers may output a request for further input information (e.g., repeat, clarify, confirm, select from multiple options, etc.) when, for example, there is a network or recognition error or further input for a request. |
| 7. A method, as claimed in claim 1, wherein said plurality of words comprises a verb or verb phrase and at least a first noun or noun phrase. | The Huawei M835 with Google Voice Search can receive a plurality of words (e.g., "How big is a giant squid?") which comprises a verb or verb phrase (e.g., "How big is") and at least a first noun or noun phrase (e.g., "a giant squid"). |
| 22. An apparatus for using oral input to control a digital computer, comprising: | The Huawei M835 and Google's servers used to perform Google Voice Search comprise a digital computer that uses oral input. |
| (a) receiving means for receiving oral input; | The Huawei M835 with Google Voice Search provides receiving means and a digital computer. |

| Claim Language | Accused Instrumentality (Huawei M835 with Google Voice Search and all reasonably similar products) |
| --- | --- |
| | The Huawei M835 with Google Voice Search provides a receiving means. For example, the Huawei M835 includes a microphone. |
| | The Huawei M835 and Google's servers used to perform Google Voice Search comprise a digital computer. |
| (b) word recognition means, operatively associated with said receiving means, for generating input information; | The Huawei M835 with Google Voice Search contains software that functions as a word recognition means to generate input information. |
| (c) a digital computer, operatively associated with said word recognition means; | The Huawei M835 and/or Google's servers used to perform Google Voice Search comprise a digital computer operatively associated with the software functioning as a word recognition means. |
| (d) storage means, located within said digital computer, for storing data in a tabular data structure; | The Huawei M835 with Google Voice Search contains memory that is a storage means for storing data in a tabular data structure located within the digital computer, on the Huawei M835 and/or on Google's servers used to perform Google Voice Search. |
| (e) search means, located within said digital computer, for associatively searching said tabular data structure, comprising means for identifying labels within said tabular data structure which relate to at least a first part of such input information; | The Huawei M835 with Google Voice Search contains a search means in the form of software on the Huawei M835 and/or Google's servers used to perform Google Voice Search. This software searches the tabular data structure, which identifies labels within said tabular data structure which relate to at least a first part of such input information. |
| (f) content determination means, located within said digital computer, for determining content information relating to input information; and | The Huawei M835 with Google Voice Search contains a content determination means in the form of software located on the Huawei M835 and/or Google's servers used to perform Google Voice Search. This software determines content information relating to input information. |
| (g) processing means, located within said digital computer, for processing data. | The Huawei M835 with Google Voice Search contains a processor on the Huawei M835 and/or the Google Voice Search servers that are a processing means for processing data. |

9

| Claim Language | Accused Instrumentality (Huawei M835 with Google Voice Search and all reasonably similar products) |
|---|---|
| 23. An apparatus, as claimed in claim 22, further comprising output means operatively associated with the digital computer. | The Huawei M835 with Google Voice Search contains an output means operatively associated with the digital computer. For example, the Huawei M835 with Google Voice Search contains a speaker and a display screen. |
| 24. An apparatus, as claimed in claim 22, further comprising:<br>(i) audio generator means for generating audio output information;<br>(ii) speech synthesizer means for generating output signals; and<br>(iii) audio output means for outputting audible speech. | The Huawei M835 with Google Voice Search contains audio generator means for generating audio output information, speech synthesizer means for generating output signals, and audio output means for outputting audible speech. The audio generator means and the speech synthesizer means are software in Google Voice Search and the Huawei M835. The audio output means on the Huawei M835 is a speaker. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2012, I served a true and correct copy of the forgoing **POTTER VOICE TECHNOLOGIES** LLC'S INITIAL CLAIM CHART FOR HUAWEI **DEVICE USA, INC.** via email:

**Trevor Bartel**
**Scott M. Browning**
**Douglas B. Tumminello**
Rothgerber Johnson & Lyons LLP
tbartel@rothgerber.com
sbrowning@rothgerber.com
dtumminello@rothgerber.com

**Joseph E. Palys**
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
Joseoh.palys@finnegan.com

*Attorneys for Defendant Huawei Device USA,*
*Inc.*

*/s/ Daniel Bedell*
Daniel Bedell

11