**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

        Plaintiff,

v.

APPLE INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY LLC,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

        Defendants.

---

**SHARP ELECTRONICS CORPORATION'S
MOTION TO JOIN GOOGLE'S MOTION TO SEVER**

---

Defendant Sharp Electronics Corporation ("Sharp") hereby joins in Google, Inc.'s ("Google") Motion to Sever, Dkt. No. 233 ("Google's Motion"), which Sharp incorporates by reference in this motion. Sharp moves the Court to sever the claims against Sharp pursuant to 35 U.S.C. § 299 into a new case with Google for the reasons set forth in Google's Motion.

## I. CERTIFICATION PURSUANT TO D.C. COLO. L CivR 7.1A

Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned counsel certifies that counsel for Sharp contacted counsel for Potter Voice Technologies LLC ("PVT") on October 18, 2012 to confer regarding Sharp's joinder in Google's Motion. Counsel for PVT informed Sharp's counsel that Potter Voice opposes Sharp's joinder motion and the relief requested herein.

## II. STATEMENT OF THE FACTS

Sharp is one of more than fifteen defendants accused by PVT of infringing U.S. Patent No. 5,729,659 ("the '659 patent"). These defendants include software providers Google, Microsoft Corporation, Research In Motion Corporation and Research In Motion Limited, and Apple, Inc. (collectively the "software providers"), and numerous handset companies, including Sharp. Sharp is accused of infringement solely on the basis that it includes software designed by Google into its products. *See* Third Amended Complaint, Dkt. No. 165, ¶¶ 63-66. PVT makes no allegations against Sharp that relate Sharp's product to any software provider other than Google. *See id.*

## III. ARGUMENT AND CONCLUSION

For the reasons set forth in Google's Motion, Sharp has been improperly joined in this case and should be severed. Thus, to the extent this Court grants Google's request to sever, Sharp respectfully requests the Court join Sharp with Google in any severed case.

Dated: October 18, 2012 Respectfully submitted,

*/s/Patrick S. Park*
Richard de Bodo
Richard.debodo@dlapiper.com
Andrew Devkar
Andrew.devkar@dlapiper.com
Patrick S. Park
Patrick.park@dlapiper.com
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: (310) 595-3000
Fax: (310) 595-3300

Attorneys for Defendant
Sharp Electronics Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/Patrick S. Park*
Richard de Bodo
Richard.debodo@dlapiper.com
Andrew Devkar
Andrew.devkar@dlapiper.com
Patrick S. Park
Patrick.park@dlapiper.com
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel:  (310) 595-3000
Fax: (310) 595-3300

Attorneys for Defendant
Sharp Electronics Corporation