IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

POTTER VOICE TECHNOLOGIES LLC,

Civil Acton No. 1:12-cv-1096-REB-CBS

Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY LLC,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF NOKIA INC.

Alexas D. Skucas of the law firm of King & Spalding LLP hereby enters his appearance as counsel for Defendant Nokia Inc. in the above-captioned matter. The undersigned requests that all papers in this matter be served upon him at the e-mail address below.

Dated: October 19, 2012

Respectfully submitted,

/s/ Alexas D. Skucas
Alexas D. Skucas
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: 212-556-2100
Facsimile: 212-556-222200
Email: askucas@kslaw.com

*Attorneys For Defendant Nokia Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2012, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF NOKIA INC.** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher D. Banys
Daniel W. Bedell
Nicholas S. Mancuso
The Lanier Law Firm, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Email: cdb@lanierlawfirm.com
Email: dwb@lanierlawfirm.com
Email: nsm@lanierlawfirm.com

F. Brittin Clayton, III
Ryley Carlock & Applewhite, P.A.
1700 Lincoln, Suite 3500
Denver, CO 80203
Email: bclayton@rcalaw.com
*Attorneys for Plaintiff Potter Voice Technologies LLC*

Ian L. Saffer
Kilpatrick Townsend & Stockton, LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Email: isaffer@kilpatricktownsend.com

Elizabeth D.T. Williams
Kilpatrick Townsend & Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Email: dtwilliams@ kilpatricktownsend.com
*Attorney for Defendants Google, Inc. and Motorola Mobility LLC*

Jose L. Patino
Nicola A. Pisano
Jones Day
12265 El Camino Real, Suite 200
San Diego, CA 92130-4096
Email: jlpatino@jonesday.com
Email: napisano@jonesday.com
*Attorney for Defendant Kyocera International, Inc.*

Eamonn J. Gardner
Matthew J. Leary
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Email: egardner@cooley.com
Email: mleary@cooley.com

Stephen C. Neal
Timothy S. Teter
Cooley LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94304
Email: nealsc@cooley.com
Email: teterts@cooley.com
*Attorneys for Defendant Apple Inc.*

Renzo N. Rocchegiani
McKenna Long & Aldridge LLP
4435 Eastgate Mall, Suite 400
San Diego, CA 92121
Email: rrocchegiani@mckennalong.com

Sandra B. Wick Mulvany
Mckenna Long & Aldridge LLP
1400 Wewatta Street, Suite 700
Denver, CO 80202-5556
Email: swickmulvany@mckennalong.com
***Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.***


Gayle L. Strong
Amy L. Kramer
Greenberg Traurig, LLP
1200 17th St., Suite 2400
Denver, CO 80202
Email: strongg@gtlaw.com
Email: kramera@gtlaw.com

James W. Soong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Email: soongj@gtlaw.com

Victor H. Polk, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110
Email: polkv@gtlaw.com

Richard A. Edlin
Greenberg Traurig, LLP
200 Park Avenue
Metlife Building, 20th Floor
New York, NY 10166-0005
Email: edlinr@gtlaw.com
***Attorneys for Defendant Samsung Telecommunications America, LLC***

Amanda J. Tessar
Kourtney M. Merrill
Perkins Coie LLP
1900 16th St., Suite 1400
Denver, CO 80202-5255
Email: atessar@perkinscoie.com
Email: kmerrill@perkinscoie.com

Grant E. Kinsel
Perkins Coie LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067
Email: gkinsel@perkinscoie.com
***Attorneys for Defendant Microsoft Corporation***


Bruce A. Featherstone
Courtney A. Levkulich
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 South
Denver, CO 80202-5424
Email: bfeatherstone@featherstonelaw.com
Email: clevkulich@featherstonelaw.com

Jerry R. Selinger
Patterson & Sheridan LLP
1700 Pacific Avenue, Suite 2650
Dallas, TX 75201
Email: jselinger@pattersonsheridan.com
***Attorneys for Defendant HTC America, Inc.***

Elliot C. Cook
Joseph E. Palys
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
11955 Freedom Drive
Reston, VA 20190-5675
Email: elliot.cook@finnegan.com
Email: Joseph.Palys@finnegan.com

Douglas B. Tumminello
Scott M. Browing
Trevor G. Bartel
Rothgerber, Johnson & Lyons LLP
1200 17th Street
One Tabor Center, Suite 3000
Denver, CO 80202-5855
Email: dtumminello@rothgerber.com
Email: sbrowning@rothgerber.com
Email: tbartel@rothgerber.com
*Attorney for Defendant Huawei Device USA, Inc.*

Patrick S. Park
Andrew V. Devkar
Richard de Bodo
DLA Piper US, LLP-Los Angeles
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067
Email: patrick.park@dlapiper.com
Email: Andrew.devkar@dlapiper.com
Email: richarddebodo@dlapiper.com
*Attorney for Defendant Sharp Electronics Corporation*

Hugh Q. Gottschalk
Matthew E. Johnson
Wheeler, Trigg, O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
Email: gottschalk@wtotrial.com
Email: johnson@wtotrial.com

Scott R. Miller
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Fl
Los Angeles, CA 90071-1422
Email: smiller@sheppardmullin.com
*Attorneys for Defendant ZTE (USA) Inc.*

Alan A. Wright
H.C. Park & Associates, PLC
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Email: awright@park-law.com

Natalie M. Hanlon-Leh
Faegre Baker Daniels LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203-4532
Email: Natalie.hanlonleh@faegrebd.com
*Attorneys for Defendant Pantech Wireless, Inc.*

Clayton C. James
Srecko E. Massa
Hogan Lovells US LLP
1200 17th Street, Suite 1500
Denver, CO 80202
Email: clay.james@hoganlovells.com
Email: lucky.vidmar@hoganlovells.com

Craig E. Davis
Dominic E. Massa
Wilmer, Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109
Email: dominic.massa@wilmerhale.com

Craig E. Davis
Wilmer, Cutler, Pickering, Hale & Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Email: craig.davis@wilmerhale.com
*Attorney for Defendant Research In Motion Limited and Research In Motion Corp.*

Lewis V. Popovski
Michael E. Sander
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
Email: lpopovski@kenyon.com
Email: msander@kenyon.com

J. Mark Smith
Pendleton, Wilson, Hennessey & Crow, P.C.
1875 Lawrence Street, 10th Fl.
Denver, CO 80202-1898
Email: msmith@penberg.com
*Attorney for Defendant Sony Mobile Communications (U.S.A.) Inc.*

/s/ Carol A. Splaine
Senior IP Litigation Paralegal
KING & SPALDING LLP