**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

        Plaintiff,

v.

APPLE INC.,
GOOGLE INC.
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.
MOTOROLA MOBILITY LLC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

        Defendants.

---

**PLAINTIFF AND DEFENDANTS' JOINT CLAIM CONSTRUCTION STATEMENT AND
STATEMENT OF INTENDED IMPACT**

---

Pursuant to the Stipulated Scheduling Order Regarding Claim Construction

Phase (ECF Doc. 205), Defendants Apple Inc., Google Inc., HTC America, Inc.,

Samsung Telecommunications America, LLC, Sony Mobile Communications (U.S.A.)

Inc., LG Electronics MobileComm U.S.A., Inc., Motorola Mobility LLC, ZTE (USA) Inc.,

Kyocera International, Inc., Sharp Electronics Corporation, Huawei Device USA Inc., Pantech Wireless, Inc., Research In Motion Limited, Research In Motion Corporation, Microsoft Corporation, and Nokia Inc. (collectively "Defendants") and Plaintiff Potter Voice Technologies LLC ("Plaintiff") hereby provide a Joint Claim Construction Statement and Statement of Intended Impact.

Plaintiff is asserting claims 1, 4, 6, 7, and 22-24 of U.S. Patent No. 5,729,659 ("the '659 Patent") against Defendants.  The parties have only proposed constructions of the terms and phrases appearing in the asserted claims. The parties continue to meet and confer in good faith in order to reduce the number of claim terms requiring a construction determination by the Court and intend to file a supplemental Joint Statement should they reach an agreement on the constructions of any of the claim terms below.

**I.      Claim Terms and Constructions on which Defendants and Plaintiff Agree**

| Proposed Claim Terms | Plaintiffs and Defendants' Joint Proposed Construction |
|---|---|
| "tabular data structure" (claims 1, 4, 6, 7, 22-24) | "a data structure comprised of rows and columns" |
| "label" (claims 1, 4, 6, 7, 22-24) | "a text description associated with the contents of a row or column" |
| "a digital computer" (claims 1 and 22) | "one or more electronic devices that process digital data" |

## II.    Claim Terms and Constructions on which Defendants and Plaintiff Disagree

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| "associatively searching [a/said] tabular data structure comprising labels" <br><br> (claims 1, 4, 6, 7, 22-24) | No construction is required in light of Plaintiff's proposed construction of "associatively searching" and the agreed constructions of "tabular data structure" and "label." | | "identifying a row in a tabular data structure comprising labels by searching the contents of each column of the structure" | Construes a technical term with which the jury may not be familiar and is relevant to a finding of noninfringement and patent invalidity. |
| "associatively searching" <br><br> (claims 1, 4, 6, 7, 22-24) | "accessing or identifying an entire datum from a body of data by specifying any portion of the datum" | Construes a term that may affect the scope of the infringing products and/or activities. | The construction of this term alone is not helpful. Associatively searching must be defined as it is used in the claims, which is in the context of associatively searching a tabular data structure. Construing only the generalized term "associatively searching" fails to provide the jury with an understanding of the scope of the claims. | |

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| "determining content information" <br><br> (claims 1, 4, 6, 7, 22-24) | "determining meaning" | | "classifying words as to their meanings or parts of speech" | Construes a technical term with which the jury may not be familiar and is relevant to a finding of noninfringement and patent invalidity. |
| "generating input information [corresponding to said oral input]" <br><br> (claims 1, 4, 6, 7, 22-24) | "generating digital data representing the words comprising the oral input" | | "converting the received oral input into recognized words" | Construes a technical term with which the jury may not be familiar and is relevant to a finding of noninfringement and patent invalidity. |
| "receiving means for receiving oral input" <br><br> (claims 1, 4, 6, 7, 22-24) | Should be construed under 35 U.S.C. § 112 ¶ 6. <br><br> Function: "receiving oral input" <br><br> Structure: "a microphone and equivalents thereof" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and construes a term that may affect the scope of infringing products and/or activities. | Should be construed under 35 U.S.C. § 112 ¶ 6. <br><br> Function: "receiving oral input" <br><br> Corresponding Structure: "a microphone" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| "providing" <br><br> (claims 1, 4, 6, 7) | "supplying or making available" | | "utilizing" | Construes a term whose meaning in context may not be clear to the jury and is relevant to a finding of noninfringement and patent invalidity. |
| "said data" <br><br> (claim 4) | "data in the tabular data structure" | Construes a term that may affect the scope of infringing products and/or activities and is relevant to Defendants' invalidity defenses. | This term is indefinite under 35 U.S.C. § 112. | Relevant to a finding of noninfringement and patent invalidity. |
| Preamble <br><br> (claim 1) | Preamble is not limiting. | | The digital computer of the element (a) of claim 1 is controlled using oral input. | Relevant to a finding of noninfringement and patent invalidity. |
| "word recognition means . . . for generating input information" <br><br> (claims 22-24) | Should be construed under 35 U.S.C. § 112 ¶ 6. <br><br> Function: "generating input information" <br><br> Structure: "a device (*e.g.*, a Soundblaster | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and construes a term that may affect the scope of infringing products and/or activities and is relevant | Should be construed under 35 U.S.C. § 112 ¶ 6. <br><br> Function: "generating input information" <br><br> Corresponding Structure: "SoundBlaster Model SB 1759" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| | Model SB 1759) that receives electrical signals from the receiving means and converts the signals into input information, such as a digital data stream representing the words comprising the oral input, and equivalents thereof" | to Defendants' invalidity defenses. | This term is indefinite under 35 U.S.C. § 112 for failure to disclose sufficient structure. | |
| "storage means . . . for storing data in a tabular data structure"<br><br>(claims 22-24) | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "storing data in a tabular data structure"<br><br>Structure: "any memory device capable of storing data in a tabular data structure and equivalents thereof" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and construes a term that may affect the scope of infringing products and/or activities. | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "storing data in a tabular data structure"<br><br>Corresponding Structure: "any memory device capable of storing data in a tabular data structure" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| "search means . . . for associatively searching said tabular data structure, comprising means for identifying labels within said tabular data structure which relate to at least a first part of such input information"<br><br>(claims 22-24) | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "associatively searching a tabular data structure using labels in the tabular data structure relating to at least a first part of the input information"<br><br>Structure: "software running on a digital computer that can access or identify data in a tabular data structure based at least in part on an analysis of the labels in the tabular data structure and equivalents thereof" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and construes a term that may affect the scope of infringing products and/or activities. | Construing these two means plus function claims together violates the requirement under 35 U.S.C. § 112 ¶ 6 to identify a disclosed structure for <u>every</u> means plus function term. Defendants would construe each 35 U.S.C. § 112 ¶ 6 term separately. | |

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| "search means . . . for associatively searching said tabular data structure"<br><br>(claims 22-24) | Included in proposed construction for "search means . . ." above. | | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "associatively searching said tabular data structure"<br><br>Corresponding Structure: "search device 118"<br><br>This term is indefinite under 35 U.S.C. § 112 for failure to disclose sufficient structure. | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |
| "means for identifying labels . . . which relate to at least a first part of such input information"<br><br>(claims 22-24) | Included in proposed construction for "search means . . ." above. | | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "identifying labels within said tabular data structure which relate to at least a first part of such input information"<br><br>Corresponding Structure: No structure disclosed | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| | | | This term is indefinite under 35 U.S.C. § 112 for failure to disclose a corresponding structure. | |
| "processing means . . . for processing data" (claims 22-24) | Should be construed under 35 U.S.C. § 112 ¶ 6. Function: "processing data" Structure: "aprocessor and equivalents thereof" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and construes a term that may affect the scope of infringing products and/or activities and is relevant to Defendants' invalidity defenses. | Should be construed under 35 U.S.C. § 112 ¶ 6. Function: "processing data" Corresponding Structure: "a processor" This term is indefinite under 35 U.S.C. § 112 for failure to disclose sufficient structure. | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |
| "content determination means…for determining content information relating to input information" | Should be construed under 35 U.S.C. § 112 ¶ 6. Function: "determining content information relating to input information" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and construes a term that may affect the scope of infringing products and/or activities and is relevant | Should be construed under 35 U.S.C. § 112 ¶ 6. Function: "determining content information relating to input information" Corresponding Structure: | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| (claims 22-24) | Structure: "software running on a digital computer for determining the meaning of input information based on the position of words or phrases, rules and conventions of written and spoken language, and/or information derived from the tabular data structure, and equivalents therof." | to Defendants' invalidity defenses. | "content determination device 124"<br><br>This term is indefinite under 35 U.S.C. § 112 for failure to disclose sufficient structure. | |
| "output means"<br><br>(claims 23) | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "outputting information"<br><br>Structure: "a speaker or display screen and equivalents thereof" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and construes a term that may affect the scope of infringing products and/or activities. | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "outputting sound"<br><br>Corresponding Structure: "a speaker" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| "audio generator means for generating audio output information"<br><br>(claim 24) | Should not be construed under 35 U.S.C. § 112 ¶ 6. | | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "outputting audible speech"<br><br>Corresponding Structure: "a speaker" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |
| "speech synthesizer means . . . for generating output signals"<br><br>(claim 24) | Should not be construed under 35 U.S.C. § 112 ¶ 6 | | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "generating output signals"<br><br>Corresponding Structure: "speech synthesizer 128 operating in the digital computer" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |
| "audio output means for outputting audible speech"<br><br>(claim 24) | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "outputting audible speech"<br><br>Structure: "a speaker | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and construes a term that may affect the scope of infringing products and/or | Should be construed under 35 U.S.C. § 112 ¶ 6.<br><br>Function: "outputting audible speech"<br><br>Corresponding Structure: "a speaker" | Identifies the function and corresponding structure as required under 35 U.S.C. § 112 ¶ 6 and is relevant to a finding of noninfringement and patent invalidity. |

| Proposed Claim Terms | Plaintiff's Proposed Construction | Plaintiff's Statement of Intended Impact | Defendants' Proposed Construction | Defendants' Statement of Intended Impact |
|---|---|---|---|---|
| | and equivalents thereof" | activities. | | |

*/s/ Michael E. Sander*
Michael E. Sander
(msander@kenyon.com)
Lewis Popovski
(lpopovski@keynon.com)
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
(212) 908-6078

J. Mark Smith (msmith@penberg.com)
PENDLETON WILSON HENNESSEY &
CROW. P.C.
1875 Lawrence Street, 10th Floor
Denver, CO 80202-1898
(303) 839-1204

**Attorneys for Defendants Sony
Mobile Communications (U.S.A.) Inc.**

*/s/ Carl Sanders*
Carl Sanders
North Carolina State Bar No. 34190
CSanders@KilpatrickTownsend.com
Kilpatrick Townsend & Stockton LLP

E. Danielle T. Williams
North Carolina State Bar No. 23283
DTWilliams@KilpatrickTownsend.com
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7300
Facsimile:  (336) 607-7500

Ian L. Saffer
ISaffer@KilpatrickTownsend.com
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone:  (303) 571-4000
Facsimile:    (303) 571-4321

**Attorneys for Defendant s Google
Inc. & Motorola Mobility LLC**

*/s/ Eamonn Gardner*
Eamonn Gardner (#38088)
egardner@cooley.com
Matthew Leary (#43610)
mleary@cooley.com
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:   (720) 566-4000
Facsimile: (720) 566-4099

Stephen Neal (CA #170085)
nealsc@cooley.com
Timothy S. Teter (CA #171451)
teterts@cooley.com
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
**Attorneys for Defendant Apple Inc.**

*/s/ Scott R. Miller*
Scott R. Miller (CA Bar No. 112656)
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Tel: (213) 617-4177
Fax: (213) 443-2817
SMiller@sheppardmullin.com
PotterVoice-ZTE@sheppardmullin.com

Hugh Q. Gottschalk
Matthew E. Johnson
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Tel: (303) 244-1800
Fax:  (303 244-1879
Gottschalk@wtotrial.com
Johnson@wtotrial.com
**Attorneys for Defendant ZTE (USA)
Inc.**

13

/s/ Jerry R. Selinger
Featherstone Petrie De Sisto, LLP
Bruce A. Featherstone
bfeatherstone@featherstonelaw.com
Courtney Levkulich
Email: clevkulich@feathersonelaw.com
600 17th Street, Suite 2400-S
Denver, Colorado 80202-5424
Telephone: 303-626-7100
Facsimile: 303-626-7101

PATTERSON & SHERIDAN, LLP
Jerry R. Selinger
Texas State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: 214-272-0957
Facsimile: 214-296-0246

**Attorneys for Defendant HTC
America, Inc.**

/s/ Nishat Hasan
Nishat Hasan
Alan A. Wright
H.C. PARK & ASSOCIATES, PLC
8500 Leesburg Pike, Suite 7500
Vienna, Virginia 22182
Telephone: (703) 288-5105
Facsimile: (703) 288-5139
awright@park-law.com
nhasan@park-law.com

Natalie Hanlon-Leh
FAEGRE BAKER DANIELS
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: (303) 607 3639
Facsimile: (303) 607 3600
natalie.hanlonleh@FaegreBD.com
**Attorneys for Defendant Pantech
Wireless, Inc.**

/s/ Renzo N. Rocchegiani
Renzo N. Rocchegiani
MCKENNA LONG & ALDRIDGE LLP
4435 Eastgate Mall
Suite 400
San Diego, CA  92121
Telephone:  (619) 595-5400
Facsimile:  (619) 595-5450
rrocchegiani@mckennalong.com

Sandra B. Wick Mulvany
MCKENNA LONG & ALDRIDGE LLP
1400 Wewatta Street
Suite 700
Denver, CO 80202-5556
Telephone: (303) 634-4330
Facsimile: (303) 634-4400
swickmulvany@mckennalong.com

**Attorneys for Defendant LG
Electronics MobileComm U.S.A., Inc.**

/s/ Jose L. Patiño
Jose L. Patiño (CA Bar No. 149568)
jlpatino@jonesday.com
Nicola A. Pisano (CA Bar No. 151282)
napisano@jonesday.com
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Phone:  (858) 314-1200
Fax:  (858) 314-1150

**Attorneys for Defendant Kyocera
International, Inc.**

14

/s/ Andrew V. Devka
Andrew V. Devkar
Richard de Bodo
Patrick S. Park
DLA Piper LLP (U.S.)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Telephone:  310.595.3000
Facsimile:  310.595.3409
Email:  Richard.deBodo@dlapiper.com
Email:  Andrew.Devkar@dlapiper.com
Email:  Patrick.Park@dlapiper.com

**Attorneys for Defendant Sharp
Electronics Corporation**


/s/ Joseph E. Palys
Joseph E. Palys
Elliot C. Cook
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
joseph.palys@finnegan.com
elliot.cook@finnegan.com

Scott M. Browning
Trevor G. Bartel
ROTHGERBER, JOHNSON, LYONS
LLP
One Tabor Center
1200 17th St., Suite 3000
Denver, CO 80202
Telephone: (303) 628-9540
Facsimile: (303) 623-9222
sbrowning@rothgerber.com
tbartel@rothgerber.com

**Attorneys for Defendant Huawei
Device USA Inc.**

/s/ Kourtney Mueller Merrill
Grant Kinsel
gkinsel@perkinscoie.com
188 Century Park E., Suite 1700
Los Angeles, CA 90067
Tel:    310.788.3215
Fax:   310.788.3399

Amanda J. Tessar
atessar@perkinscoie.com
Kourtney Mueller Merrill
kmerrill@perkinscoie.com
1900 16th Street, Suite 1400
Denver, CO 80202-5255
Tel:    303.291.2300
Fax:   303.291.2400

**Attorneys for Defendant Microsoft
Corporation**

/s/ Steven T. Snyder
Alexas D. Skucas
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: 212.827.4049
Fax: 212.556.2222
askucas@kslaw.com

Steven T. Snyder
KING & SPALDING LLP
100 N Tryon Street, Ste 3900
Charlotte, NC 28202
Tel: 704.503.2630
Fax: 704.503.2622
ssnyder@kslaw.com

**Counsel for Defendant Nokia Inc.**

*/s/ James W. Soong*
James W. Soong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
soongj@gtlaw.com
Tel: 650.328.8500
Fax: 650.328.8508

Victor H. Polk, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110
polkv@gtlaw.com
Tele: 617.310.6000
Fax: 617.310.6001

Gayle L. Strong
Amy L. Kramer
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
strongg@gtlaw.com
kramera@gtlaw.com
Tele: 303-572-6500
Fax: 303-572-6540

Richard Aframe Edlin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Phone: 212-801-6528
Fax: 212-805-5528

**Attorneys for Defendant Samsung Telecommunications America LLC**

*/s/ Dominic E. Massa*
Dominic E. Massa
Massachusetts Bar No. 564694
Dominic.Massa@WilmerHale.com

WILMER CUTLER PICKERING
    HALE AND DORR LLP

60 State Street
Boston, Massachusetts  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Craig E. Davis
California Bar No. 221356
Craig.Davis@WilmerHale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

*/s/ Craig Davis*
Craig Davis
Clayton C. James
Clay.James@hoganlovells.com
Srecko "Lucky" Vidmar
Lucky.Vidmar@hoganlovells.com
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado  80202
Tel:  (303) 899-7300
Fax:  (303) 899-7333

**Attorneys for Defendants Research In Motion Corporation and Research In Motion Limited**

*/s/ Christopher D. Banys*
Christopher D. Banys SBN: 230038 (CA)
Nicholas S. Mancuso SBN: 271668 (CA)
The Lanier Law Firm, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: (650) 322-9100
Fax: (650) 322-9103
Email:  cdb@lanierlawfirm.com

**Attorneys for Plaintiff Potter Voice Technologies, LLC**

16

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I electronically filed the foregoing

**PLAINTIFF AND DEFENDANTS' JOINT CLAIM CONSTRUCTION STATEMENT AND**

**STATEMENT OF INTENDED IMPACT** via the Court's CM/ECF system which will send

notification of such filing to all counsel at the following email addresses:

| | |
|---|---|
| **Eamonn Gardner**<br>**Matthew Leary**<br>**Stephen C. Neal**<br>**Timothy S. Teter**<br>Cooley LLP<br>egardner@cooley.com<br>mleary@cooley.com<br>nealsc@cooley.com<br>teterts@cooley.com<br><br>*Attorneys for Apple Inc.* | **Erin A. Kelly**<br>Bryan Cave HRO<br>erin.kelly@bryancave.com<br><br>**Robert F. Perry**<br>**Christopher C. Carnaval**<br>**Allison H. Alterson**<br>**Steven T. Snyder**<br>**Alexis D. Skucas**<br>King & Spalding LLP<br>rperry@kslaw.com<br>ccarnaval@kslaw.com<br>aalterson@kslaw.com<br>ssnyder@kslaw.com<br>askucas@kslaw.com<br><br>**Scott Robert Bialecki**<br>Fox Rothschild LLP<br>sbialecki@foxrothschild.com<br><br>*Attorneys for Nokia Inc.* |
| **Ian L. Saffer**<br>**Danielle Thompson Williams**<br>Kilpatrick Townsend & Stockton LLP<br>isaffer@kilpatricktownsend.com<br>dtwillams@kilpatricktownsend.com<br><br>*Attorneys for Google, Inc., and Motorola Mobility, LLC* | **Natalie Hanlon-Leh**<br>Faegre Baker Daniels LLP<br>natalie.hanlonleh@FaegreBD.com<br><br>**Alan A. Wright**<br>H.C. Park & Associates, PLC<br>awright@park-law.com<br><br>*Attorneys for Pantech Wireless, Inc.* |
| **Bruce A. Featherstone**<br>**Courtney A. Levkulich**<br>Featherstone Petrie DeSisto LLP<br>bfeatherstone@featherstonelaw.com<br>clevkulich@featherstonelaw.com<br><br>**Jerry R. Selinger**<br>Patterson & Sheridan, LLP | **Craig E. Davis**<br>**Dominic E. Messa**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>craig.davis@wilmerhale.com<br>Dominic.Massa@wilmerhale.com<br><br>**Clayton C. James**<br>**Srecko "Lucky" Vidmar** |

| | |
|---|---|
| jselinger@pattersonsheridan.com<br><br>*Attorneys for HTC America, Inc.* | Hogan Lovells US LLP<br>clay.james@hoganlovells.com<br>lucky.vidmar@hoganlovells.com<br><br>*Attorneys for Research in Motion Limited and Research in Motion Corporation* |
| **Trevor Bartel**<br>**Scott M. Browning**<br>Rothgerber Johnson & Lyons LLP<br>tbartel@rothgerber.com<br>sbrowning@rothgerber.com<br><br>**Joseph E. Palys**<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Joseph.palys@finnegan.com<br><br>*Attorneys for Huawei Device USA, Inc.* | **James W. Soong**<br>**Hyun Chung**<br>**Rich Eldin**<br>**CJ Kim**<br>**Richard A. Edlin**<br>**Gayle L. Strong**<br>**Amy L. Kraner**<br>**Victor H. Polk, Jr.**<br>Greenberg Traurig, LLP<br>soongj@gtlaw.com<br>chungh@gtlaw.com<br>edlinr@gtlaw.com<br>kimc@gtlaw.com<br>edlinr@gtlaw.com<br>strongg@gtlaw.com<br>kramera@gtlaw.com<br>polkv@gtlaw.com<br><br>*Attorneys for Samsung Telecommunications America, Inc.* |
| **Jose L. Patino**<br>**Nicola A. Pisano**<br>Jones Day<br>jlpatino@JonesDay.com<br>napisano@jonesday.com<br>pottervoice@jonesday.com<br><br>*Attorneys for Kyocera International, Inc.* | **Patrick Park**<br>**Andrew Devkar**<br>DLA Piper LLP<br>patrick.park@dlapiper.com<br>Andrew.deckar@dlapiper.com<br><br>*Attorneys for Sharp Electronics Corporation* |
| **Renzo N. Rocchegiani**<br>**Sandra B. Wick Mulvany**<br>McKenna Long & Aldridge, LLP<br>rrocchegiani@mckennalong.com<br>swickmulvany@mikennalong.com<br>LG-PV@mckennalong.com<br><br>*Attorneys for LG Electronics Mobilecomm U.S.A., Inc.* | **Lewis Popovski**<br>**Michael Sander**<br>Kenyon & Kenyon LLP<br>Lpopovski@keynon.com<br>MSander@Kenyon.com<br><br>**J. Mark Smith**<br>Pendleton, Wilson, Hennessey & Crow, P.C.<br>msmith@penberg.com<br><br>*Attorneys for Sony Mobile Communications (U.S.A.) Inc.* |

| | |
|---|---|
| **Amanda J. Tessar**<br>**Kourtney Mueller Merrill**<br>**Grant Kinsel**<br>Perkins Coie LLP<br>atessar@perkinscoie.com<br>kmerrill@perkinscoie.com<br>gkinsel@perkinscoie.com<br><br>*Attorneys for Microsoft Corporation* | **Matthew W. Johnson**<br>**Hugh Q. Gottschalk**<br>Wheeler Trigg O'Donnell LLP<br>johnson@wtotrial.com<br>gottschalk@wtotrial.com<br><br>**Scott R. Miller**<br>Sheppard Mullin Richter & Hampton, LLP<br>smiller@sheppardmullin.com<br><br>*Attorneys for ZTE (USA) Inc.* |

/s/ Richard C. Lin
Richard C. Lin