**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01096-REB-CBX

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

vs.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SONY MOBILE COMMUNICATIONS AB,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, LLC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

    Defendants.

**ORDER**

**Blackburn, J.**

    The matter before me is the **Stipulation By Plaintiff Potter Voice Technologies LLC and Certain Defendants Regarding Pending Motions** [#266][1]

filed October 25, 2012. After reviewing the stipulation and the record, I conclude that

---

[1] "[#266]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

the stipulation should be approved and that certain motions should remain viable notwithstanding the subsequent filing of a fourth amended complaint.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation By Plaintiff Potter Voice Technologies LLC and Certain Defendants Regarding Pending Motions** [#266] filed October 25, 2012, is **APPROVED**;

2. That the following pending motions **REMAIN VIABLE** notwithstanding the subsequent filing of a fourth amended complaint:

| Defendant | Docket Number | Date Filed | Document |
|---|---|---|---|
| HTC America, Inc. | 168 | 8/7/12 | Motion to Dismiss |
| Apple, Inc. | 175 | 8/7/12 | Motion to Dismiss |
| Apple, Inc. | 179 | 8/8/12 | Motion to Sever |
| Apple, Inc. | 180 | 8/8/12 | Motion to Transfer |
| Google, Inc. | 181 | 8/10/12 | Motion to Dismiss |
| Motorola Mobility, LLC | 182 | 8/10/12 | Motion to Dismiss |
| Sony Mobile Communications (USA) Inc. | 183 | 8/10/12 | Motion to Dismiss |
| ZTE (USA) Inc. | 184 | 8/10/12 | Motion to Dismiss |
| Microsoft Corp. | 209 | 8/23/12 | Renewed Motion To Dismiss |
| Google Inc. | 233 | 9/14/12 | Motion To Sever |
| LG Electronics MobileComm UNITED STATES OF AMERICA | 240 | 9/18/12 | Motion for Joinder |
| Kyocera International, Inc. | 243 | 9/21/12 | Motion for Joinder |

| Sony Mobile Communications (USA) Inc. | 251 | 10/9/12 | Motion to Sever |
| --- | --- | --- | --- |
| Huawei Device USA, Inc. | 256 | 10/16/12 | Joinder in Google's Motion to Sever |
| Sharp Electronics Corp. | 258 | 10/18/12 | Motion to Join |

Dated October 29, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge