**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-1096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE, INC., *et al.*,

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL PAGES TO RESPOND
TO PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**

---

    Defendants bring this unopposed motion seeking relief from the Court's page limits on the Defendants' response brief for claim construction. Specifically, the Defendants respectfully request up to 20 pages of substantive briefing for their response brief, excluding the cover page, tables of contents and authorities, signature blocks, and certificate of service.

    On June 18, 2012, the Court issued an order stating that "plaintiff's brief on claim construction and the defendant's response brief SHALL BE LIMITED to twenty (20) pages." *See* Dkt. No. 74 at ¶ 5. Under the Court's Practice Standards for Civil Actions, page limitations for motions "shall include the cover page, jurisdictional statement, statement of facts, procedural history, argument, authority, closing, signature block, and

1

all other matters, except the certificate of service." See REB Civ. Practice Standard IV.B.1. On October 30, 2012, plaintiff Potter Voice Technologies LLC ("Potter Voice") filed its Opening Claim Construction Brief. Including the cover page, table of contents, table of authorities, and signature block, Potter Voice's Brief was 24 pages long and included 20 pages of substantive briefing. See Dkt. No. 269.

The Defendants believe that in fairness they should be allotted the same substantive pages as Potter Voice to respond to the Opening Brief, and point out to the Court that their signature blocks alone will consume multiple pages of the response brief, unlike Plaintiff's single signature block, as a result of Potter Voice's choice to name 15 defendants in this patent case.

Accordingly, Defendants respectfully request that they be granted up to 20 pages of substantive briefing (the same number of pages of substantive briefing as Potter Voice's Brief) to present their responsive claim construction arguments, excluding the cover page, tables of contents and authorities, signature blocks, and certificate of service.

### **CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1.A**

Pursuant to D.C.COLO.LCivR 7.1.A, counsel for defendants certify that on November 6, 2012, they conferred with counsel for Potter Voice regarding this motion. Potter Voice's counsel confirmed that Potter Voice does not oppose this motion.

Respectfully submitted on November 7, 2012.

*/s/ Craig E. Davis*

Craig E. Davis
California Bar No. 221356
Craig.Davis@WilmerHale.com
Wilmer Cutler Pickering
Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

Dominic E. Massa
Massachusetts Bar No. 564694
Dominic.Massa@WilmerHale.com
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Clayton C. James
Clay.James@hoganlovells.com
Srecko "Lucky" Vidmar
Lucky.Vidmar@hoganlovells.com
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado  80202
Tel:  (303) 899-7300
Fax:  (303) 899-7333

*Attorneys for Defendants
Research In Motion Corporation and
Research In Motion Limited.*

*/s/ Jerry R. Selinger*

FEATHERSTONE PETRIE DE SISTO, LLP
Bruce A. Featherstone
Email: bfeatherstone@featherstonelaw.com
Courtney Levkulich
Email: clevkulich@feathersonelaw.com
600 17th Street, Suite 2400-S
Denver, Colorado 80202-5424
Telephone: 303-626-7100
Facsimile: 303-626-7101

PATTERSON & SHERIDAN, LLP
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: 214-272-0957
Facsimile:  214-296-0246

*Attorneys for Defendant
HTC America, Inc.*

/s/ Scott Miller

Scott Miller (CA State Bar No. 112656)
Sheppard Mullin Richter & Hampton, LLP-Los Angeles
333 South Hope Street
43th Floor
Los Angeles, CA 90071-1422
213-617-4177
Fax: 213-443-2817


Hugh Gottschalk
Matthew Johnson
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Email: Gottschalk@wtotrial.com
Johnson@wtotrial.com

*Attorneys for Defendant*
ZTE (USA) Inc.

/s/ Jose L. Patiño

Jose L. Patiño (CA Bar No. 149568)
jlpatino@jonesday.com
Nicola A. Pisano (CA Bar No. 151282)
napisano@jonesday.com
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Phone:    (858) 314-1200
Fax:      (858) 314-1150

*Attorneys for Defendant*
*Kyocera International, Inc.*

*/s/   Sandra B. Wick Mulvany*

Sandra B. Wick Mulvany
MCKENNA LONG & ALDRIDGE LLP
1400 Wewatta Street
Suite 700
Denver, CO 80202-5556
Telephone: (303) 634-4330
Facsimile: (303) 634-4400
swickmulvany@mckennalong.com

Renzo N. Rocchegiani
MCKENNA LONG & ALDRIDGE LLP
4435 Eastgate Mall
Suite 400
San Diego, CA  92121
Telephone:  (619) 595-5400
Facsimile:  (619) 595-5450
rrocchegiani@mckennalong.com

*Attorneys for Defendant*
*LG Electronics MobileComm U.S.A., Inc.*

*/s/ Andrew V. Devkar*

Richard de Bodo
Andrew V. Devkar
Patrick S. Park
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4704
Tel. (310) 595.3000
Fax (310) 595-3300
richard.debodo@dlapiper.com
andrew.devkar@dlapiper.com
patrick.park@dlapiper.com

*Attorneys for Defendant*
*Sharp Electronics Corporation*

5

/s/ Timothy S. Teter

Eamonn Gardner (#38088)
egardner@cooley.com
Matthew Leary (#43610)
mleary@cooley.com
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile: (720) 566-4099

Stephen Neal (CA #170085)
nealsc@cooley.com
Timothy S. Teter (CA #171451)
teterts@cooley.com
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant
Apple Inc.*

*/s/ Lewis Popovski*

Lewis Popovski
Michael E. Sander
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
lpopovski@keynon.com
msander@kenyon.com
(212) 908-6078

J. Mark Smith
Pendleton Wilson Hennessey & Crow. P.C.
1875 Lawrence Street, 10th Floor
Denver, CO 80202-1898
(303) 839-1204
msmith@penberg.com

*Attorneys for Defendant
Sony Mobile Communications (U.S.A.) Inc.*

| | |
|---|---|
| */s/ Ian L. Saffer* | */s/ Allison H. Altersohn* |

Ian L. Saffer
Kilpatrick Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone:  303.571.4000
Facsimile:    303.571.4321
Email: isaffer@kilpatricktownsend.com

E. Danielle T. Williams
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone:  336.607.7300
Email: dtwilliams@kilpatricktownsend.com

*Attorneys for Defendants*
*Google Inc. and Motorola Mobility LLC.*

Scott R. Bialecki
Erin A. Kelly
BRYAN CAVE LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile:   (303) 866-0200
Email: scott.bialecki@bryancave.com
Email: erin.kelly@bryancave.com

Robert F. Perry
Allison H. Altersohn
Christopher C. Carnaval
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile:   (212) 556-2222
Email: rperry@kslaw.com
Email: aaltersohn@kslaw.com
Email: ccarnaval@kslaw.com

*Attorneys for Defendant*
*Nokia Inc.*

| | |
|---|---|
| */s/ Victor H. Polk, Jr.* | */s/ Grant Kinsel* |

Victor H. Polk, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA  02110
polkv@gtlaw.com
Tele:  617.310.6000
Fax:  617.310.6001

Richard Aframe Edlin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166
Phone:  212-801-6528
Fax:  212-805-5528

James W. Soong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
soongj@gtlaw.com
Tel: 650.328.8500
Fax: 650.328.8508

Gayle L. Strong
Amy L. Kramer
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO  80202
strongg@gtlaw.com
kramera@gtlaw.com
Tele:  303-572-6500
Fax:  303-572-6540

*Attorneys for Defendant*
*Samsung Telecommunications America, LLC.*

Grant Kinsel
PERKINS COIE LLP
1888 Century Park East, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 788-3215
Facsimile:   (310) 843-1273
Email: gkinsel@perkinscoie.com

Amanda J. Tessar
atessar@perkinscoie.com
Kourtney Mueller Merrill
kmerrill@perkinscoie.com
1900 16th Street, Suite 1400
Denver, CO 80202-5255
Tel:     303.291.2300
Fax:    303.291.2400

*Attorneys for Defendant*
*Microsoft Corporation*

*/s/ Natalie Hanlon-Leh*

Natalie Hanlon-Leh
FAEGRE BAKER DANIELS
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: (303) 607 3639
Facsimile: (303) 607 3600
natalie.hanlonleh@FaegreBD.com

Alan A. Wright
H.C. PARK & ASSOCIATES, PLC
8500 Leesburg Pike, Suite 7500
Vienna, Virginia 22182
Telephone: (703) 288-5105
Facsimile:   (703) 288-5139
awright@park-law.com

*Attorneys for Defendant
Pantech Wireless, Inc.*

*/s/ Joseph E. Palys*

Joseph E. Palys
Elliot C. Cook
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile:   (202) 408-4400
joseph.palys@finnegan.com
elliot.cook@finnegan.com

Scott M. Browning
Trevor G. Bartel
ROTHGERBER, JOHNSON, LYONS LLP
One Tabor Center
1200 17th St
Suite 3000
Denver, CO 80202
Telephone: (303) 628-9540
Facsimile:   (303) 623-9222
sbrowning@rothgerber.com
tbartel@rothgerber.com

*Attorneys for Defendant Huawei
Device USA Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 7, 2012, I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF filing system which will serve the same upon all counsel of record.

                                          *s/Lucky Vidmar*
                                            Lucky Vidmar