**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Acton No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE INC.,
GOOGLE INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, LLC,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

    Defendants.

---

**POTTER VOICE TECHNOLOGIES LLC'S ANSWER TO
APPLE INC.'S COUNTERCLAIMS TO FOURTH AMENDED COMPLAINT**

---

Plaintiff Potter Voice Technologies LLC ("Potter Voice"), in the above-entitled and numbered civil action, answers the Counterclaims of Defendant Apple Inc. ("Apple") set forth in Apple's Answer and Counterclaims to Potter Voice Technologies LLC's Fourth Amended Complaint (Dkt. No. 275), as follows:

## THE PARTIES

1. Potter Voice admits the allegations in Paragraph 1 of the Counterclaims.

2. Potter Voice admits the allegations in Paragraph 2 of the Counterclaims.

## JURISDICTION AND VENUE

3. Potter Voice admits the allegations in Paragraph 3 of the Counterclaims.

4. Potter Voice admits the allegations in Paragraph 4 of the Counterclaims.

5. Potter Voice admits the allegations in Paragraph 5 of the Counterclaims.

6. Potter Voice admits the allegations in Paragraph 6 of the Counterclaims, but denies Apple's assertion that venue is not convenient.

## ACTUAL CONTROVERSY

7. Potter Voice admits the allegations in Paragraph 7 of the Counterclaims.

8. Potter Voice admits the allegations in Paragraph 8 of the Counterclaims.

9. Potter Voice denies the allegations in Paragraph 9 of the Counterclaims.

10. Potter Voice admits the allegations in Paragraph 10 of the Counterclaims.

## FIRST COUNTERCLAIM
### Declaration of Noninfringement of '659 Patent

11. Potter Voice incorporates by reference its responses to the Paragraphs above as if fully set forth therein.

12. Potter Voice denies the allegations in Paragraph 12 of the Counterclaims.

13. Potter Voice denies the allegations in Paragraph 13 of the Counterclaims.

14. Potter Voice denies the allegations in Paragraph 14 of the Counterclaims.

15. Potter Voice denies the allegations in Paragraph 15 of the Counterclaims.

16. Potter Voice admits the allegations in Paragraph 16 of the Counterclaims.

17. Potter Voice denies the allegations in Paragraph 17 of the Counterclaims.

## SECOND COUNTERCLAIM
### Declaration of Invalidity of '659 Patent

18. Potter Voice incorporates by reference its responses the Paragraphs above as if fully set forth therein.

19. Potter Voice denies the allegations in Paragraph 19 of the Counterclaims.

20. Potter Voice denies the allegations in Paragraph 20 of the Counterclaims.

21. Potter Voice admits the allegations in Paragraph 21 of the Counterclaims.

22. Potter Voice denies the allegations in Paragraph 22 of the Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Potter Voice prays for judgment and seeks relief against Apple as follows:

1. That all relief requested by Potter Voice in its Fourth Amended Complaint for Patent Infringement be granted.

2. That all relief requested by Apple in its Answer and Counterclaims to Potter Voice's Fourth Amended Complaint be denied and that Apple take nothing by way of Counterclaims.

3. That Apple's Counterclaims be dismissed in their entirety with prejudice.

4. That the Court grant Potter Voice further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Potter Voice hereby requests a trial by jury of any and all issues so triable that arise out of or relate to Apple's Counterclaims.

Dated:  December 4, 2012               Respectfully submitted,

*/s/ Christopher D. Banys*
Christopher D. Banys

THE LANIER LAW FIRM, P.C.
Christopher D. Banys       SBN:  230038 (CA)
Richard C. Lin             SBN:  209233 (CA)
Nicholas S. Mancuso        SBN:  271668 (CA)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100      (650) 322-9103 (fax)
cdb@lanierlawfirm.com
rcl@lanierlawfirm.com
nsm@lanierlawfirm.com

Local Counsel:
RYLEY CARLOCK & APPLEWHITE
F. Brittin Clayton III
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Tel: (303) 813-6713
clayton@rcalaw.com

**ATTORNEYS FOR PLAINTIFF
POTTER VOICE TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, I filed a true and correct copy of the forgoing **POTTER VOICE TECHNOLOGIES, LLC'S ANSWER TO APPLE INC.'S COUNTERCLAIMS TO FOURTH AMENDED COMPLAINT** via the Court's CM/ECF system which will send notification of such filing to all counsel at the following email addresses:

| | |
|---|---|
| **Eamonn Gardner**<br>**Matthew Leary**<br>**Stephen C. Neal**<br>**Timothy S. Teter**<br>Cooley LLP<br>egardner@cooley.com<br>mleary@cooley.com<br>nealsc@cooley.com<br>teterts@cooley.com<br><br>*Attorneys for Defendant Apple Inc.* | **Erin A. Kelly**<br>Bryan Cave HRO<br>erin.kelly@bryancave.com<br><br>**Robert F. Perry**<br>**Christopher C. Carnaval**<br>**Allison H. Alterson**<br>King & Spalding LLP<br>rperry@kslaw.com<br>ccarnaval@kslaw.com<br>aalterson@kslaw.com<br><br>**Scott Robert Bialecki**<br>Fox Rothschild LLP<br>sbialecki@foxrothschild.com<br><br>*Attorneys for Defendant Nokia Inc.* |
| **Ian L. Saffer**<br>**Danielle Thompson Williams**<br>Kilpatrick Townsend & Stockton LLP<br>isaffer@kilpatricktownsend.com<br>dtwillams@kilpatricktownsend.com<br><br>*Attorneys for Defendants Google, Inc., and Motorola Mobility, LLC* | **Natalie Hanlon-Leh**<br>Faegre Baker Daniels LLP<br>natalie.hanlonleh@FaegreBD.com<br><br>**Alan A. Wright**<br>H.C. Park & Associates, PLC<br>awright@park-law.com<br><br>*Attorneys for Defendant Pantech Wireless, Inc.* |
| **Bruce A. Featherstone**<br>**Courtney A. Levkulich**<br>Featherstone Petrie DeSisto LLP<br>bfeatherstone@featherstonelaw.com<br>clevkulich@featherstonelaw.com<br><br>**Jerry R. Selinger**<br>Patterson & Sheridan, LLP<br>jselinger@pattersonsheridan.com | **Craig E. Davis**<br>**Dominic E. Messa**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>craig.davis@wilmerhale.com<br>Dominic.Massa@wilmerhale.com<br><br>**Clayton C. James**<br>**Srecko "Lucky" Vidmar**<br>Hogan Lovells US LLP<br>clay.james@hoganlovells.com |

| | |
|---|---|
| *Attorneys for Defendant HTC America, Inc.* | lucky.vidmar@hoganlovells.com<br><br>*Attorneys for Defendants Research in Motion Limited and Research in Motion Corporation* |
| **Trevor Bartel**<br>**Scott M. Browning**<br>Rothgerber Johnson & Lyons LLP<br>tbartel@rothgerber.com<br>sbrowning@rothgerber.com<br><br>**Joseph E. Palys**<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Joseph.palys@finnegan.com<br><br>*Attorneys for Defendant Huawei Device USA, Inc.* | **James W. Soong**<br>**Hyun Chung**<br>**CJ Kim**<br>**Richard A. Edlin**<br>**Gayle L. Strong**<br>**Amy L. Kramer**<br>**Victor H. Polk, Jr.**<br>Greenberg Traurig, LLP<br>soongj@gtlaw.com<br>chungh@gtlaw.com<br>kimc@gtlaw.com<br>edlinr@gtlaw.com<br>strongg@gtlaw.com<br>kramera@gtlaw.com<br>polkv@gtlaw.com<br><br>*Attorneys for Defendant Samsung Telecommunications America, Inc.* |
| **Jose L. Patino**<br>Jones Day<br>jlpatino@JonesDay.com<br>pottervoice@jonesday.com<br>*Attorneys for Defendant Kyocera International, Inc.* | **Patrick Park**<br>**Andrew Devkar**<br>DLA Piper LLP<br>patrick.park@dlapiper.com<br>Andrew.devkar@dlapiper.com<br><br>*Attorneys for Sharp Electronics Corporation* |
| **Renzo N. Rocchegiani**<br>**Sandra B. Wick Mulvany**<br>McKenna Long & Aldridge, LLP<br>rrocchegiani@mckennalong.com<br>swickmulvany@mckennalong.com<br>LG-PV@mckennalong.com<br><br>*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.* | **Lewis Popovski**<br>**Michael Sander**<br>Kenyon & Kenyon LLP<br>Lpopovski@keynon.com<br>MSander@Kenyon.com<br><br>**J. Mark Smith**<br>Pendleton, Wilson, Hennessey & Crow, P.C.<br>msmith@penberg.com<br><br>*Attorneys for Defendant Sony Mobile Communications (U.S.A.) Inc.* |
| **Amanda J. Tessar**<br>**Kourtney Mueller Merrill**<br>**Grant Kinsel**<br>Perkins Coie LLP<br>atessar@perkinscoie.com<br>kmerrill@perkinscoie.com | **Matthew W. Johnson**<br>**Hugh Q. Gottschalk**<br>Wheeler Trigg O'Donnell LLP<br>johnson@wtotrial.com<br>gottschalk@wtotrial.com |

POTTER VOICE'S ANSWER TO APPLE INC.'S　　　　　　　　　　　　　　　　6
COUNTERCLAIMS TO 4th AMENDED COMPLAINT
CASE NO: 1:12-CV-01096-REB-CBS

| | |
|---|---|
| gkinsel@perkinscoie.com<br><br>*Attorneys for Defendant Microsoft Corporation* | **Scott R. Miller**<br>Sheppard Mullin Richter & Hampton LLP<br>smiller@sheppardmullin.com<br><br>*Attorneys for Defendant ZTE (USA) Inc.* |

*/s/ Vicki Comer*
Vicki Comer