IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

        Plaintiff,

v.

APPLE, INC.,
GOOGLE. INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBIL COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.
ZTE (USA) INC.,
KYOCERA INTERNATIONAL. INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

        Defendants.

### NOTICE OF CHANGE OF LAW FIRM AND ADDRESS FOR COUNSEL REPRESENTING DEFENDANT KYOCERA INTERNATIONAL. INC.

Jose L. Patiño, counsel for Defendant KYOCERA INTERNATIONAL. INC., has changed law firms from Jones Day to Foley & Lardner LLP, effective December 1, 2012.

The new address and contact information for Mr. Patiño is as follows:

4817-3253-9154.1

2

Jose L. Patiño, Esq.
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
P.O. Box 80278
San Diego, CA  92138
Telephone: (858) 847-6700
Facsimile: (858) 792-6773
E-mail:  jpatino@foley.com

Dated: December 5, 2012                    Respectfully submitted,


                                           s/ Jose L. Patiño
                                           Jose L. Patiño, Esq.
                                           Foley & Lardner LLP
                                           3579 Valley Centre Drive, Suite 300
                                           P.O. Box 80278
                                           San Diego, CA  92138
                                           Telephone: (858) 847-6700
                                           Facsimile: (858) 792-6773
                                           E-mail:  jpatino@foley.com

                                           Attorneys for Defendant KYOCERA
                                           INTERNATIONAL. INC.

4817-3253-9154.1

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 5, 2012, I electronically filed the foregoing NOTICE OF CHANGE OF LAW FIRM AND ADDRESS FOR COUNSEL REPRESENTING DEFENDANT KYOCERA INTERNATIONAL. INC. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Allison Hoch Altersohn**
  aaltersohn@kslaw.com,csplaine@kslaw.com
- **Christopher David Banys**
  cdb@lanierlawfirm.com,rps@lanierlawfirm.com,vac@lanierlawfirm.com,lcm@lanierlawfirm.com,cma@lanierlawfirm.com,mgl@lanierlawfirm.com,gap@lanierlawfirm.com,nsm@lanierlawfirm.com
- **Trevor G. Bartel**
  tbartel@rothgerber.com,ahertzog@rothgerber.com
- **Daniel Wayne Bedell**
  dwb@lanierlawfirm.com,lcm@lanierlawfirm.com,gap@lanierlawfirm.com
- **Scott Robert Bialecki**
  sbialecki@foxrothschild.com,pyoung@foxrothschild.com
- **Scott Mark Browning**
  sbrowning@rothgerber.com,phenke@rothgerber.com
- **Christopher Charles Carnaval**
  ccarnaval@kslaw.com,drodriguez@kslaw.com
- **Frank Brittin Clayton, III**
  bclayton@rcalaw.com,apalius@rcalaw.com
- **Elliot Charles Cook**
  elliot.cook@finnegan.com
- **Craig Evan Davis**
  craig.davis@wilmerhale.com,erik.marshall@wilmerhale.com
- **Andrew V. Devkar**
  Andrew.Devkar@dlapiper.com
- **Richard Aframe Edlin**
  edlinr@gtlaw.com
- **Bruce A. Featherstone**
  bfeatherstone@featherstonelaw.com,service@featherstonelaw.com,rcusack@featherstonelaw.com
- **Eamonn Joseph Gardner**
  egardner@cooley.com,sbitler@cooley.com,tgibbs@cooley.com,jinghram@cooley.com,calendarreq@cooley.com
- **Hugh Q. Gottschalk**
  gottschalk@wtotrial.com,hart@wtotrial.com,gottesfeld@wtotrial.com
- **Natalie Marie Hanlon-Leh**
  natalie.hanlonleh@faegrebd.com,deb.camp@faegrebd.com,amy.titus@faegrebd.com,margaret.zylstra@faegrebd.com,joel.sayres@faegrebd.com

3

- **Clayton Cole James**
  clay.james@hoganlovells.com,bonnie.sauer@hoganlovells.com,ecfnotices@hoganlovells.com
- **Matthew E. Johnson**
  johnson@wtotrial.com,keitlen@wtotrial.com
- **Erin Anne Kelly**
  erin.kelly@bryancave.com,jennifer.pearce@bryancave.com,gina.villarreal@bryancave.com
- **Grant Edward Kinsel**
  gkinsel@perkinscoie.com,ivasquez@perkinscoie.com
- **Amy Leigh Kramer**
  kramera@gtlaw.com,DENLitDock@gtlaw.com,westp@gtlaw.com,lovelandk@gtlaw.com
- **Matthew James Leary**
  mleary@cooley.com,jinghram@cooley.com,jspalding@cooley.com
- **Courtney Anne Levkulich**
  clevkulich@featherstonelaw.com,service@featherstonelaw.com
- **Nicholas Stephan Mancuso**
  nsm@lanierlawfirm.com,gap@lanierlawfirm.com
- **Dominic Eugene Massa**
  dominic.massa@wilmerhale.com
- **Kourtney Mueller Merrill**
  kmerrill@perkinscoie.com,KMerrill-efile@perkinscoie.com
- **Scott Robertson Miller**
  smiller@cblh.com,dkt@cblh.com,nphillips@cblh.com
- **Stephen C. Neal**
  nealsc@cooley.com,wilsonla@cooley.com
- **Joseph Edwin Palys**
  joseph.palys@finnegan.com,elliot.cook@finnegan.com,mark.rosenberger@finnegan.com,william.esper@finnegan.com
- **Patrick S. Park**
  patrick.park@dlapiper.com,dmetria.bolden@dlapiper.com,Docketingla@dlapiper.com,susan.bryant@dlapiper.com
- **Jose L. Patino**
  jpatino@foley.com
- **Robert F. Perry**
  rperry@kslaw.com,csplaine@kslaw.com
- **Nicola Anthony Pisano**
  npisano@foley.com
- **Victor H. Polk, Jr**
  polkv@gtlaw.com,curleyp@gtlaw.com
- **Lewis V. Popovski**
  lpopovski@kenyon.com
- **Renzo Nicola Rocchegiani**
  rrocchegiani@mckennalong.com,kjohnson@mckennalong.com,aellis@mckennalong.com

4

- **Ian L. Saffer**
  isaffer@kilpatricktownsend.com,tobrien@kilpatricktownsend.com,dtwilliams@kilpatricktownsend.com,denverecf@kilpatricktownsend.com
- **Michael Evan Sander**
  msander@kenyon.com
- **Jerry R. Selinger**
  jselinger@pattersonsheridan.com,gparker@pattersonsheridan.com
- **J. Mark Smith**
  msmith@penberg.com,tkeelick@pwhclaw.com,mwheatley@penberg.com
- **James William Soong**
  soongj@gtlaw.com
- **Gayle Lynn Strong**
  strongg@gtlaw.com,DENLITDOCK@gtlaw.com,collinsk@gtlaw.com,westp@gtlaw.com,lovelandk@gtlaw.com
- **Amanda J. Tessar**
  atessar@perkinscoie.com,ATessar-efile@perkinscoie.com
- **Timothy Scott Teter**
  teterts@cooley.com,tgibbs@cooley.com
- **Douglas B. Tumminello**
  dtumminello@rothgerber.com,lhess@rothgerber.com,mhess@rothgerber.com,cgilchrist@rothgerber.com
- **Srecko Vidmar**
  lucky.vidmar@hoganlovells.com,bonnie.sauer@hoganlovells.com,tyann.cyrus@hoganlovells.com
- **Sandra B. Wick Mulvany**
  swickmulvany@mckennalong.com,aboyle@mckennalong.com
- **Elizabeth Danielle Thompson Williams**
  dtwilliams@kilpatricktownsend.com,sjarrell@kilpatricktownsend.com,sumoore@ktslaw.com
- **Alan Arthur Wright**
  awright@park-law.com,esong@park-law.com
- **Elizabeth Yang**
  EYang@cblh.com,DKT@cblh.com,DDellisanti@cblh.com
- **Richard de Bodo**
  richard.debodo@dlapiper.com,Docketingla@dlapiper.com

    s/ Jose L. Patiño
Jose L. Patiño, Esq.
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
P.O. Box 80278
San Diego, CA  92138
Telephone: (858) 847-6700
Facsimile: (858) 792-6773
E-mail:  jpatino@foley.com
Attorneys for Defendant KYOCERA INTERNATIONAL. INC.

5

4817-3253-9154.1