**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

    v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, AND
NOKIA INC.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Randall E. Kay of the law firm Jones Day hereby enters his appearance in this matter on behalf of Defendant Kyocera International, Inc.

SDI-143643v1

- 2 -

Dated: December 6, 2012   Respectfully submitted,

JONES DAY

  */s/ Randall E. Kay*
Randall E. Kay
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130
Telephone:  (858) 314-1139
Facsimile:   (858) 314-1150

ATTORNEYS FOR DEFENDANT
KYOCERA INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

• Allison Hoch Altersohn
aaltersohn@kslaw.com, csplaine@kslaw.com

• Christopher David Banys
cdb@lanierlawfirm.com, rps@lanierlawfirm.com, vac@lanierlawfirm.com, lcm@lanierlawfirm.com, cma@lanierlawfirm.com, mgl@lanierlawfirm.com, gap@lanierlawfirm.com, nsm@lanierlawfirm.com

• Trevor G. Bartel
tbartel@rothgerber.com, hertzog@rothgerber.com

• Daniel Wayne Bedell
dwb@lanierlawfirm.com, lcm@lanierlawfirm.com, gap@lanierlawfirm.com

• Scott Robert Bialecki
sbialecki@foxrothschild.com, pyoung@foxrothschild.com

• Scott Mark Browning
sbrowning@rothgerber.com, phenke@rothgerber.com

• Christopher Charles Carnaval
ccarnaval@kslaw.com, drodriguez@kslaw.com

• Frank Brittin Clayton, III
bclayton@rcalaw.com, apalius@rcalaw.com

• Elliot Charles Cook
elliot.cook@finnegan.com

• Craig Evan Davis
craig.davis@wilmerhale.com, erik.marshall@wilmerhale.com

• Andrew V. Devkar
Andrew.Devkar@dlapiper.com

• Erik James Dykema
edykema@kslaw.com

• Richard Aframe Edlin
edlinr@gtlaw.com

- Bruce A. Featherstone
bfeatherstone@featherstonelaw.com, service@featherstonelaw.com, rcusack@featherstonelaw.com

- Eamonn Joseph Gardner egardner@cooley.com, sbitler@cooley.com, tgibbs@cooley.com, jinghram@cooley.com, calendarreq@cooley.com

- Hugh Q. Gottschalk
gottschalk@wtotrial.com, hart@wtotrial.com, gottesfeld@wtotrial.com

- Natalie Marie Hanlon-Leh
natalie.hanlonleh@faegrebd.com, deb.camp@faegrebd.com, amy.titus@faegrebd.com, margaret.zylstra@faegrebd.com, joel.sayres@faegrebd.com

- Clayton Cole James
clay.james@hoganlovells.com, bonnie.sauer@hoganlovells.com, ecfnotices@hoganlovells.com

- Matthew E. Johnson
johnson@wtotrial.com, keitlen@wtotrial.com

- Randall E. Kay
rekay@jonesday.com, pottervoice@jonesday.com

- Erin Anne Kelly
erin.kelly@bryancave.com, jennifer.pearce@bryancave.com, gina.villarreal@bryancave.com

- Grant Edward Kinsel
gkinsel@perkinscoie.com, ivasquez@perkinscoie.com

- Amy Leigh Kramer
kramera@gtlaw.com, DENLitDock@gtlaw.com, westp@gtlaw.com, lovelandk@gtlaw.com

- Matthew James Leary
mleary@cooley.com, jinghram@cooley.com, jspalding@cooley.com

- Courtney Anne Levkulich
clevkulich@featherstonelaw.com, service@featherstonelaw.com

- Richard Cheng-Hong Lin
rcl@lanierlawfirm.com

- Nicholas Stephan Mancuso
nsm@lanierlawfirm.com, gap@lanierlawfirm.com

- Dominic Eugene Massa
dominic.massa@wilmerhale.com

- Kourtney Mueller Merrill
kmerrill@perkinscoie.com, kmerrill-efile@perkinscoie.com

- Scott Robertson Miller
smiller@cblh.com, dkt@cblh.com, nphillips@cblh.com

- Stephen C. Neal
nealsc@cooley.com, wilsonla@cooley.com

- Joseph Edwin Palys  joseph.palys@finnegan.com, elliot.cook@finnegan.com, mark.rosenberger@finnegan.com, william.esper@finnegan.com

- Patrick S. Park  patrick.park@dlapiper.com, dmetria.bolden@dlapiper.com, Docketingla@dlapiper.com, susan.bryant@dlapiper.com

- Jose L. Patiño
jpatino@foley.com

- Robert F. Perry
rperry@kslaw.com, csplaine@kslaw.com

- Victor H. Polk , Jr
polkv@gtlaw.com, curleyp@gtlaw.com

- Lewis V. Popovski
lpopovski@kenyon.com

- Renzo Nicola Rocchegiani  rrocchegiani@mckennalong.com, kjohnson@mckennalong.com, aellis@mckennalong.com

- Ian L. Saffer  isaffer@kilpatricktownsend.com, tobrien@kilpatricktownsend.com, dtwilliams@kilpatricktownsend.com, denverecf@kilpatricktownsend.com

- Michael Evan Sander
msander@kenyon.com

- Jerry R. Selinger
jselinger@pattersonsheridan.com, gparker@pattersonsheridan.com

- Alexas D. Skucas
askucas@kslaw.com

- J. Mark Smith
msmith@penberg.com, toflaherty@penberg.com, mwheatley@penberg.com

- Steven Todd Snyder
ssnyder@kslaw.com

- James William Soong
soongj@gtlaw.com

- Gayle Lynn Strong strongg@gtlaw.com, DENLITDOCK@gtlaw.com, collinsk@gtlaw.com, westp@gtlaw.com, lovelandk@gtlaw.com

- Amanda J. Tessar
atessar@perkinscoie.com, ATessar-efile@perkinscoie.com

- Timothy Scott Teter
teterts@cooley.com, tgibbs@cooley.com

- Douglas B. Tumminello
dtumminello@rothgerber.com, lhess@rothgerber.com, mhess@rothgerber.com, cgilchrist@rothgerber.com

- Srecko Vidmar
lucky.vidmar@hoganlovells.com, bonnie.sauer@hoganlovells.com, tyann.cyrus@hoganlovells.com

- Sandra B. Wick Mulvany
swickmulvany@mckennalong.com, aboyle@mckennalong.com

- Elizabeth Danielle Thompson Williams
dtwilliams@kilpatricktownsend.com, sjarrell@kilpatricktownsend.com, sumoore@ktslaw.com,

- Alan Arthur Wright
awright@park-law.com, esong@park-law.com

- Richard de Bodo
richard.debodo@dlapiper.com, Docketingla@dlapiper.com

Dated: December 6, 2012

Respectfully submitted,

JONES DAY

*/s/ Randall E. Kay*
Randall E. Kay
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 314-1200
Facsimile: (858) 314-1150

ATTORNEYS FOR DEFENDANT
KYOCERA INTERNATIONAL, INC.