**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

    v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
KYOCERA INTERNATIONAL, INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, AND
NOKIA INC.,

    Defendants.

**NOTICE OF WITHDRAWAL OF JOSE L. PATINO AND NICOLA ANTHONY PISANO**
**AS COUNSEL FOR**
**DEFENDANT KYOCERA INTERNATIONAL, INC.**

Defendant Kyocera International, Inc. provides notice to the Court and other parties that

Defendant Kyocera International, Inc. has consented to the withdrawal of Jose L. Patino and

Nicola Anthony Pisano, both formerly of Jones Day, 12265 El Camino Real, Suite 200, San

- 2 -

Diego, California 92130 as its attorneys of record, effective immediately. Defendant Kyocera International, Inc. respectfully requests the Court terminate electronic service for filings in this case to Jose L. Patino and Nicola Anthony Pisano, as the withdrawing attorneys, and to remove Mr. Patino and Mr. Pisano as designated attorneys for Defendant Kyocera International, Inc. Defendant Kyocera International, Inc. will continue to be represented by Randall E. Kay, Jones Day, 12265 El Camino Real, Suite 200, San Diego, California 92130 who formally entered his appearance as counsel for Kyocera International, Inc. on December 6, 2012.

Dated: December 6, 2012

Respectfully submitted,

*/s/ Randall E. Kay*
Randall E. Kay
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 314-1200
Facsimile: (858) 314-1255

ATTORNEYS FOR DEFENDANT
KYOCERA INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

• Allison Hoch Altersohn
aaltersohn@kslaw.com, csplaine@kslaw.com

• Christopher David Banys
cdb@lanierlawfirm.com, rps@lanierlawfirm.com, vac@lanierlawfirm.com, lcm@lanierlawfirm.com, cma@lanierlawfirm.com, mgl@lanierlawfirm.com, gap@lanierlawfirm.com, nsm@lanierlawfirm.com

• Trevor G. Bartel
tbartel@rothgerber.com, hertzog@rothgerber.com

• Daniel Wayne Bedell
dwb@lanierlawfirm.com, lcm@lanierlawfirm.com, gap@lanierlawfirm.com

• Scott Robert Bialecki
sbialecki@foxrothschild.com, pyoung@foxrothschild.com

• Scott Mark Browning
sbrowning@rothgerber.com, phenke@rothgerber.com

• Christopher Charles Carnaval
ccarnaval@kslaw.com, drodriguez@kslaw.com

• Frank Brittin Clayton, III
bclayton@rcalaw.com, apalius@rcalaw.com

• Elliot Charles Cook
elliot.cook@finnegan.com

• Craig Evan Davis
craig.davis@wilmerhale.com, erik.marshall@wilmerhale.com

• Andrew V. Devkar
Andrew.Devkar@dlapiper.com

• Erik James Dykema
edykema@kslaw.com

• Richard Aframe Edlin
edlinr@gtlaw.com

- Bruce A. Featherstone
bfeatherstone@featherstonelaw.com, service@featherstonelaw.com, rcusack@featherstonelaw.com

- Eamonn Joseph Gardner egardner@cooley.com, sbitler@cooley.com, tgibbs@cooley.com, jinghram@cooley.com, calendarreq@cooley.com

- Hugh Q. Gottschalk
gottschalk@wtotrial.com, hart@wtotrial.com, gottesfeld@wtotrial.com

- Natalie Marie Hanlon-Leh
natalie.hanlonleh@faegrebd.com, deb.camp@faegrebd.com, amy.titus@faegrebd.com, margaret.zylstra@faegrebd.com, joel.sayres@faegrebd.com

- Clayton Cole James
clay.james@hoganlovells.com, bonnie.sauer@hoganlovells.com, ecfnotices@hoganlovells.com

- Matthew E. Johnson
johnson@wtotrial.com, keitlen@wtotrial.com

- Randall E. Kay
rekay@jonesday.com, pottervoice@jonesday.com

- Erin Anne Kelly
erin.kelly@bryancave.com, jennifer.pearce@bryancave.com, gina.villarreal@bryancave.com

- Grant Edward Kinsel
gkinsel@perkinscoie.com, ivasquez@perkinscoie.com

- Amy Leigh Kramer
kramera@gtlaw.com, DENLitDock@gtlaw.com, westp@gtlaw.com, lovelandk@gtlaw.com

- Matthew James Leary
mleary@cooley.com, jinghram@cooley.com, jspalding@cooley.com

- Courtney Anne Levkulich
clevkulich@featherstonelaw.com, service@featherstonelaw.com

- Richard Cheng-Hong Lin
rcl@lanierlawfirm.com

- Nicholas Stephan Mancuso
nsm@lanierlawfirm.com, gap@lanierlawfirm.com

- Dominic Eugene Massa
dominic.massa@wilmerhale.com

- Kourtney Mueller Merrill
kmerrill@perkinscoie.com, kmerrill-efile@perkinscoie.com

- Scott Robertson Miller
smiller@cblh.com, dkt@cblh.com, nphillips@cblh.com

- Stephen C. Neal
nealsc@cooley.com, wilsonla@cooley.com

- Joseph Edwin Palys joseph.palys@finnegan.com, elliot.cook@finnegan.com, mark.rosenberger@finnegan.com, william.esper@finnegan.com

- Patrick S. Park patrick.park@dlapiper.com, dmetria.bolden@dlapiper.com, Docketingla@dlapiper.com, susan.bryant@dlapiper.com

- Jose L. Patiño
jpatino@foley.com

- Robert F. Perry
rperry@kslaw.com, csplaine@kslaw.com

- Victor H. Polk , Jr
polkv@gtlaw.com, curleyp@gtlaw.com

- Lewis V. Popovski
lpopovski@kenyon.com

- Renzo Nicola Rocchegiani rrocchegiani@mckennalong.com, kjohnson@mckennalong.com, aellis@mckennalong.com

- Ian L. Saffer isaffer@kilpatricktownsend.com, tobrien@kilpatricktownsend.com, dtwilliams@kilpatricktownsend.com, denverecf@kilpatricktownsend.com

- Michael Evan Sander
msander@kenyon.com

- Jerry R. Selinger
jselinger@pattersonsheridan.com, gparker@pattersonsheridan.com

- Alexas D. Skucas
askucas@kslaw.com

- J. Mark Smith
msmith@penberg.com, toflaherty@penberg.com, mwheatley@penberg.com

- Steven Todd Snyder
  ssnyder@kslaw.com

- James William Soong
  soongj@gtlaw.com

- Gayle Lynn Strong strongg@gtlaw.com, DENLITDOCK@gtlaw.com, collinsk@gtlaw.com, westp@gtlaw.com, lovelandk@gtlaw.com

- Amanda J. Tessar
  atessar@perkinscoie.com, ATessar-efile@perkinscoie.com

- Timothy Scott Teter
  teterts@cooley.com, tgibbs@cooley.com

- Douglas B. Tumminello
  dtumminello@rothgerber.com, lhess@rothgerber.com, mhess@rothgerber.com, cgilchrist@rothgerber.com

- Srecko Vidmar
  lucky.vidmar@hoganlovells.com, bonnie.sauer@hoganlovells.com, tyann.cyrus@hoganlovells.com

- Sandra B. Wick Mulvany
  swickmulvany@mckennalong.com, aboyle@mckennalong.com

- Elizabeth Danielle Thompson Williams
  dtwilliams@kilpatricktownsend.com, sjarrell@kilpatricktownsend.com, sumoore@ktslaw.com,

- Alan Arthur Wright
  awright@park-law.com, esong@park-law.com

- Richard de Bodo
  richard.debodo@dlapiper.com, Docketingla@dlapiper.com

| | |
|---|---|
| Dated: December 6, 2012 | Respectfully submitted, |
| | JONES DAY |
| | |
| | */s/ Randall E. Kay* |
| | Randall E. Kay |
| | JONES DAY |
| | 12265 El Camino Real, Suite 200 |
| | San Diego, CA  92130 |
| | Telephone:  (858) 314-1200 |
| | Facsimile:   (858) 314-1150 |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | KYOCERA INTERNATIONAL, INC. |