**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC.

    Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.

    Defendants.

---

**UNOPPOSED MOTION OF WITHDRAWAL AS COUNSEL FOR DEFENDANT
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC FOR JAMES W. SOONG**

---

Pursuant to D.C.COLO.LCivR 83.3(D), Defendant Samsung Telecommunications America, LLC ("Samsung") hereby moves the Court to grant the

withdrawal of James W. Soong as counsel for Defendant Samsung Telecommunications America, LLC ("Samsung").

1. Defendant Samsung was previously represented by James W. Soong of Greenberg Traurig, LLP. Mr. Soong is no longer with the firm of Greenberg Traurig, LLP.

2. Samsung consents to the withdrawal of James W. Soong as one of its attorneys of record, effective immediately.

3. Samsung respectfully requests the Court terminate electronic service for filings in this case to James W. Soong, as the withdrawing attorney, and to remove Mr. Soong as a designated attorney for Samsung.

4. Samsung will continue to be represented in this matter by Victor H. Polk, Jr., Richard A. Edlin, Gayle L. Strong and Amy L. Kramer, of Greenberg Traurig, LLP.

5. Pursuant to D.C.ColoL.CivR 7.1 counsel for Samsung, Amy Kramer, conferred with all parties by email and no party objected to the withdrawal of Mr. Soong.

WHEREFORE, for the foregoing reasons, Samsung respectfully requests that the Court grant this Motion of Withdrawal as counsel for Samsung.

Dated: February 15, 2013

By: s/ Amy L. Kramer

Victor H. Polk, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA  02110
polkv@gtlaw.com
Tele:  617.310.6000
Fax:  617.310.6001

Gayle L. Strong
Amy L. Kramer
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO  80202
strongg@gtlaw.com
kramera@gtlaw.com
Tele:  303-572-6500
Fax:  303-572-6540

Richard Aframe Edlin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166
edlinr@gtlaw.com
Phone:  212-801-6528
Fax:  212-805-5528

Attorneys for Defendant Samsung
Telecommunications America, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2013, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy to the counsel of record.

      s/   Karen R. Loveland