# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-1096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

      Plaintiff,

v.

APPLE, INC., *et al.*,

      Defendants.

---

## ENTRY OF APPEARANCE

---

Please take notice that Vincent J. Belusko of Morrison & Foerster LLP hereby enters his appearance in this matter on behalf of Defendants Research In Motion Limited and Research In Motion Corporation.

                      Respectfully submitted,

Dated:  February 15, 2013
          */s/ Vincent J. Belusko*

          Vincent J. Belusko
          California Bar No. 100282
            vbelusko@mofo.com
          MORRISON & FOERSTER LLP
          555 West Fifth Street, Suite 3500
          Los Angeles, CA 90013-1024
          Tel:  (213) 892-5200
          Fax:  (213) 892-5454

Dominic E. Massa
Massachusetts Bar No. 564694
   Dominic.Massa@WilmerHale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Craig E. Davis
California Bar No. 221356
   Craig.Davis@WilmerHale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

*Attorneys for Defendants*
Research In Motion Corporation and
Research In Motion Limited

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 15, 2013, I electronically filed the foregoing **ENTRY OF APPEARANCE** using the Court's ECF electronic filing system which will serve the same upon all counsel of record.

Dated:  February 15, 2013

/s/  Vincent J. Belusko
Vincent J. Belusko
California Bar No. 100282
  vbelusko@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Tel:  (213) 892-5200
Fax:  (213) 892-5454