## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-1096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE, INC., *et al.*,

    Defendants.

## ENTRY OF APPEARANCE

Please take notice that Martin M. Noonen of Morrison & Foerster LLP hereby enters his appearance in this matter on behalf of Defendants Research In Motion Limited and Research In Motion Corporation.

                              Respectfully submitted,

Dated:  February 15, 2013            */s/ Martin M. Noonen*
                                          Martin M. Noonen
                                          California Bar No. 169061
                                            mnoonen@mofo.com
                                          MORRISON & FOERSTER LLP
                                          555 West Fifth Street, Suite 3500
                                          Los Angeles, CA 90013-1024
                                          Tel:  (213) 892-5200
                                          Fax:  (213) 892-5454

Dominic E. Massa
Massachusetts Bar No. 564694
   Dominic.Massa@WilmerHale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Craig E. Davis
California Bar No. 221356
   Craig.Davis@WilmerHale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

*Attorneys for Defendants*
Research In Motion Corporation and
Research In Motion Limited

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on February 15, 2013, I electronically filed the foregoing **ENTRY OF APPEARANCE** using the Court's ECF electronic filing system which will serve the same upon all counsel of record.

Dated:  February 15, 2013                 */s/  Martin M. Noonen*
                                                      Martin M. Noonen
                                                      California Bar No. 169061
                                                        mnoonen@mofo.com
                                                    MORRISON & FOERSTER LLP
                                                    555 West Fifth Street, Suite 3500
                                                    Los Angeles, CA 90013-1024
                                                    Tel:  (213) 892-5200
                                                    Fax:  (213) 892-5454