## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-1096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE, INC., *et al.*,

    Defendants.

## ENTRY OF APPEARANCE

Please take notice that Scott F. Llewellyn of Morrison & Foerster LLP hereby enters his appearance in this matter on behalf of Defendants Research In Motion Limited and Research In Motion Corporation.

    Respectfully submitted,

Dated: February 27, 2013

    */s/ Scott F. Llewellyn*
Scott F. Llewellyn, #34821
sllewellyn@mofo.com
MORRISON & FOERSTER LLP
370 17th Street, Suite 5200
Denver, C0 80202
Tel: (303) 592-1500
Fax: (303) 592-1510

2

Martin M. Noonen
California Bar No. 169061
mnoonen@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Tel: (213) 892-5200
Fax: (213) 892-5454


Dominic E. Massa
Massachusetts Bar No. 564694
   Dominic.Massa@WilmerHale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Craig E. Davis
California Bar No. 221356
   Craig.Davis@WilmerHale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Defendants*
Research In Motion Corporation and
Research In Motion Limited

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on February 27, 2013, I electronically filed the foregoing **ENTRY OF APPEARANCE** using the Court's ECF electronic filing system which will serve the same upon all counsel of record.

Dated:  February 27, 2013                              */s/  Scott F. Llewellyn*