**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

APPLE INC.,
GOOGLE INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, LLC,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

    Defendants.

**NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective March 4, 2013, Christopher D. Banys and Richard C. Lin, counsel for Plaintiff Potter Voice Technologies LLC, are no longer affiliated with The Lanier Law Firm, P.C. All pleadings, notices, correspondence, and other documents for these attorneys should be addressed as follows:

>
> Christopher D. Banys
> cdb@banyspc.com
> Richard C. Lin
> rcl@banyspc.com
> BANYS, P.C.
> 2200 Geng Road, Suite 200
> Palo Alto, California 94303
> Telephone: (650) 308-8505
> Facsimile: (650) 322-9103

Dated: March 5, 2013                    Respectfully submitted,

*/s/ Christopher D. Banys*
Christopher D. Banys

BANYS, P.C.
Christopher D. Banys      SBN: 230038 (California)
Richard C. Lin            SBN: 209233 (California)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: (650) 308-8505
Fax: (650) 322-9103
cdb@banyspc.com
rcl@banyspc.com

**ATTORNEYS FOR PLAINTIFF
POTTER VOICE TECHNOLOGIES LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2013, I filed a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Georgia Golfinopoulos*
Georgia Golfinopoulos