**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-1096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

      Plaintiff,

v.

APPLE, INC., *et al.*,

      Defendants.

---

**UNOPPOSED MOTION BY DEFENDANTS RESEARCH IN MOTION CORPORATION
AND RESEARCH IN MOTION LIMITED FOR WITHDRAWAL OF
DOMINIC E. MASSA, CRAIG E. DAVIS, CLAYTON C. JAMES,
AND SRECKO VIDMAR AS COUNSEL OF RECORD**

---

      Pursuant to D.C.COLO.LCivR 83.3.D, Defendants Research In Motion

Corporation and Research In Motion Limited (collectively "RIM") hereby move the Court

for an order granting the withdrawal of Dominic E. Massa and Craig E. Davis of Wilmer

Cutler Pickering Hale and Dorr LLP and Clayton C. James and Srecko Vidmar of Hogan

Lovells US LLP as counsel of record for RIM and terminating all further ECF

notifications to them.

RIM consents to the withdrawal by Messrs. Massa, Davis, James, and Vidmar and will continue to be represented in this matter by Vincent J. Belusko, Martin M. Noonen, and Scott F. Llewellyn of Morrison & Foerster LLP.

Pursuant to D.C.COLO.LCivR 7.1.A, counsel for RIM conferred with all parties by email regarding the subject matter of this motion, and no party objected to the withdrawal of Messrs. Massa, Davis, James, and Vidmar.

Therefore, RIM respectfully requests that the Court grant this motion and enter an order permitting Messrs. Massa, Davis, James, and Vidmar to withdraw as counsel of record for RIM and terminating all ECF notifications to them.

Dated:  March 7, 2013

/s/ Craig E. Davis

Craig E. Davis
California Bar No. 221356
   craig.davis@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

Dominic E. Massa
Massachusetts Bar No. 564694
   dominic.massa@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Clayton C. James
   clay.james@hoganlovells.com
Srecko "Lucky" Vidmar
   lucky.vidmar@hoganlovells.com

HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado  80202
Tel:  (303) 899-7300
Fax:  (303) 899-7333

Vincent J. Belusko
California Bar No. 100282
    vbelusko@mofo.com
Martin M. Noonen
California Bar No. 169061
    mnoonen@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Tel:  (213) 892-5200
Fax:  (213) 892-5454

Scott F. Llewellyn
Colorado Bar No. 34821
    sllewellyn@mofo.com
MORRISON & FOERSTER LLP
370 17th Street, Suite 5200
Denver, Colorado  80202
Tel:  (303) 592-1500
Fax:  (303) 592-1510

*Attorneys for Defendants*
Research In Motion Corporation and
Research In Motion Limited

<u>**Certificate of Service**</u>

I hereby certify that on  March 7, 2013, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to all counsel of record at the following email addresses:

Frank B. Clayton, III
   bclayton@rcalaw.com
Ryley Carlock & Applewhite, P.A.
1700 Lincoln, Suite 3500
Denver, Colorado  80203
Tel:  (303) 813-7500
Fax:  (303) 595-3159

*Attorney for Plaintiff*
Potter Voice Technologies LLC

Christopher D. Banys
   cdb@banyspc.com
Daniel W. Bedell
   dwb@lanierlawfirm.com
Richard Cheng-Hong Lin
   rcl@banyspc.com
Nicholas Stephan Mancuso
   nsm@lanierlawfirm.com
The Lanier Law Firm
2200 Geng Road, Suite 200
Palo Alto, California  94303
Tel:  (650) 322-9100
Fax:  (650) 322-9103

*Attorneys for Plaintiff*
Potter Voice Technologies LLC

Eamonn J. Gardner
   egardner@cooley.com
Matthew J. Leary
   mleary@cooley.com
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021
Tel:  (720) 566-4000
Fax:  (720) 566-4099

*Attorneys for Defendant*
Apple, Inc.

Stephen C. Neal
   nealsc@cooley.com
Timothy S. Teter
   teterts@cooley.com
Cooley LLP
Palo Alto Square
3000 El Camino Real, Suite 5
Palo Alto, CA  94306-2155
Tel:  (650) 843-5000
Fax:  (650) 849-7400

*Attorneys for Defendant*
Apple, Inc.

Ian L. Saffer
  isaffer@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
1400 Wewatta Street, Suite 600
Denver, CO  80202
Tel:  (303) 571-4000
Fax:  (303) 571-4321

*Attorney for Defendant*
Google, Inc.

Bruce A. Featherstone
  bfeatherstone@featherstonelaw.com
Courtney Anne Levkulich
  clevkulich@featherstonelaw.com
Featherstone Petrie DeSisto, LLP
600 17th Street, Suite 2400 South
Denver, CO  80202-5424
Tel:  (303) 626-7100
Fax:  (303) 626-7101

*Attorneys for Defendant*
HTC America, Inc.

Trevor G. Bartel
  tbartel@rothgerber.com
Scott M. Browning
  sbrowning@rothgerber.com
Douglas B. Tumminello
  dtumminello@rothgerber.com
Rothgerber Johnson & Lyons, LLP
One Tabor Center
1200 17th Street, Suite 3000
Denver, CO  80202-5855
Tel:  (303) 623-9000
Fax:  (303) 623-9222

*Attorneys for Defendant*
Huawei Device USA, Inc.

Elizabeth D. Thompson Williams
  dtwilliams@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC  27101
Tel:  (336) 607-7306
Fax:  (336) 607-7500

*Attorney for Defendant*
Google, Inc.

Jerry R. Selinger
  jselinger@pattersonsheridan.com
Patterson & Sheridan, LLP
1700 Pacific Avenue, Suite 2650
Dallas, TX  75201
Tel:  (214) 272-0957
Fax:  (214) 296-0246

*Attorney for Defendant*
HTC America, Inc.

Elliot Charles Cook
  elliot.cook@finnegan.com
Joseph E. Palys
  joseph.palys@finnegan.com
Finnegan, Henderson, Farabow, Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
Tel:  (571) 203-2700
Fax:  (202) 408-4400

*Attorneys for Defendant*
Huawei Device USA, Inc.

Jose L. Patino
  jlpatino@jonesday.com
Nicola Anthony Pisano
  napisano@jonesday.com
Jones Day
12265 El Camino Real, Suite 300
San Diego, CA  92130-4096
Tel:  (858) 314-1200
Fax:  (858) 314-1255

*Attorneys for Defendant*
Kyocera International, Inc.

Sandra B. Wick Mulvany
  swickmulvany@mckennalong.com
McKenna Long & Aldridge, LLP
1400 Wewatta Street, Suite 700
Denver, CO  80202-5556
Tel:  (303) 634-4000
Fax:  (303) 634-4400

*Attorney for Defendant*
LG Electronics Mobilecomm U.S.A., Inc.

Kourtney Mueller Merrill
  kmerrill@perkinscoie.com
Amanda J. Tessar
  atessar@perkinscoie.com
Perkins Coie LLP
1900 16th Street, Suite 1400
Denver, Colorado  80202-5255
Tel:  (303) 291-2300
Fax:  (303) 291-2400

*Attorneys for Defendant*
Microsoft Corporation

Renzo Nicola Rocchegiani
  rrocchegiani@mckennalong.com
McKenna Long & Aldridge, LLP
4435 Eastgate Mall, Suite 400
San Diego, CA  92121
Tel:  (619) 595-5400
Fax:  (619) 595-5450

*Attorney for Defendant*
LG Electronics Mobilecomm U.S.A., Inc.

Grant Edward Kinsel
  gkinsel@perkinscoie.com
Perkins Coie LLP
1888 Century Park East, 17th Floor
Los Angeles, CA  90067
Tel:  (310) 788-9900
Fax:  (310) 788-3399

*Attorney for Defendant*
Microsoft Corporation

Ian L. Saffer
  isaffer@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
1400 Wewatta Street, Suite 600
Denver, CO  80202
Tel:  (303) 571-4000
Fax:  (303) 571-4321

*Attorney for Defendant*
Motorola Mobility LLC


Erin A. Kelly
  erin.kelly@bryancave.com
Bryan Cave
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541
Tel:  (303) 861-7000
Fax:  (303) 866-0200

*Attorney for Defendant*
Nokia, Inc.

Scott R. Bialecki
  sbialecki@foxrothschild.com
Fox Rothschild LLP
The Tabor Center
1200 17th Street, Suite 975
Denver, CO  80202-5835
Tel: (303) 446-3851
Fax: (303) 446-3841

*Attorney for Defendant*
Nokia, Inc.

Allison H. Altersohn
  aaltersohn@kslaw.com
Christopher C. Carnaval
  ccarnaval@kslaw.com
Erik James Dykema
  edykema@kslaw.com
Robert F. Perry
  rperry@kslaw.com
Alexas D. Skucas
  askucas@kslaw.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-2601
Tel:  (212) 556-2100
Fax:  (212) 556-2222

*Attorneys for Defendant*
Nokia, Inc.

Steven Todd Snyder
  ssynder@kslaw.com
King & Spalding LLP
100 North Tryon Street, Suite 3900
Charlotte, NC  28202
Tel:  (704) 503-2600
Fax:  (704) 503-2622

*Attorney for Defendant*
Nokia, Inc.

Alan Arthur Wright
  awright@park-law.com
H.C. Park & Associates PLC
8500 Leesburg Pike, Suite 7500
Vienna, VA  22182
Tel:  (703) 288-5105
Fax:  (703) 288-5139

*Attorney for Defendant*
Pantech Wireless, Inc.


Amy Leigh Kramer
  kramera@gtlaw.com
Gayle Lynn Strong
  strongg@gtlaw.com
Greenberg Traurig LLP
1200 17th Street, Suite 2400
Denver, CO  80202
Tel:  (303) 572-6500
Fax:  (303) 572-6540

*Attorneys for Defendant*
Samsung Telecommunications America,
LLC

Richard A. Edlin
  edlinr@gtlaw.com
Greenberg Traurig, LLP
200 Park Avenue, 20th Floor
New York, NY  10166-0005
Tel:  (212) 801-9200
Fax:  (212) 801-6400

*Attorney for Defendant*
Samsung Telecommunications America,
LLC

Natalie Marie Hanlon-Leh
  natalie.hanlonleh@faegrebd.com
Faegre Baker Daniels LLP-Denver
Wells Fargo Center
1700 Lincoln Street, Suite 3200
Denver, CO  80203-4532
Tel:  (303) 607-3500
Fax:  (303) 607-3600

*Attorney for Defendant*
Pantech Wireless, Inc.


Victor H. Polk , Jr.
  polkv@gtlaw.com
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001

*Attorney for Defendant*
Samsung Telecommunications America,
LLC

Patrick S. Park
   patrick.park@dlapiper.com
Andrew Devkar
   andrew.devkar@dlapiper.com
Richard de Bodo
   richard.debodo@dlapiper.com
DLA Piper LLP
2000 Avenue of the Stars, Suite 400
Los Angeles, CA  90067
Tel:  (310) 595-3000
Fax:  (310) 595-3300

*Attorneys for Defendant*
Sharp Electronics Corporation

J. Mark Smith
   msmith@pwhclaw.com
Pendleton, Wilson, Hennessey & Crow
P.C.
1875 Lawrence Street, 10th Floor
Denver, CO 80202-1898
Tel:  (303) 839-1204
Fax:  (303) 831-0786

*Attorney for Defendant*
Sony Mobile Communications (U.S.A.) Inc.

Elizabeth Yang
   eyang@cblh.com
Connolly Bove Lodge & Hutz, LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Tel:  (213) 787-2500
Fax:  (213) 687-0498

*Attorney for Defendant*
ZTE (USA) Inc.

Lewis V. Popovski
   lpopovski@kenyon.com
Michael E. Sander
   msander@kenyon.com
Kenyon & Kenyon, LLP
1 Broadway
New York, NY  10004
Tel:  (212) 425-7200
Fax:  (212) 425-5288

*Attorneys for Defendant*
Sony Mobile Communications (U.S.A.) Inc.

Hugh Q. Gottschalk
   gottschalk@wtotrial.com
Matthew E. Johnson
   johnson@wtotrial.com
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202
Tel:  (303) 244-1800
Fax:  (303) 244-1879

*Attorneys for Defendant*
ZTE (USA) Inc.

Scott Robertson Miller
   smiller@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43th Floor
Los Angeles, CA  90071-1422
Tel:  (213) 617-4177
Fax:  (213) 443-2817

*Attorney for Defendant*
ZTE (USA) Inc.

Dated:  March 7, 2013                              */s/ Craig E. Davis*
_____

                                                   Craig E. Davis
                                                   California Bar No. 221356
                                                      craig.davis@wilmerhale.com
                                                   WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                   950 Page Mill Road
                                                   Palo Alto, California  94304
                                                   Tel:  (650) 858-6000
                                                   Fax:  (650) 858-6100