**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:             April 5, 2013

Deputy Clerk:     Kathleen Finney
Court Reporter:   Tracy Weir

---

**Civil Action No.  12-cv-1096-REB-CBS**

| *Parties:* | *Counsel:* |
|---|---|
| POTTER VOICE TECHNOLOGIES LLC, | Christopher Banys |
|  | Frank Clayton, III |
|  | Jennifer Chia-Ying Lu |
| Plaintiff, | |
| v. | |
| GOOGLE, INC., | E. Danielle T. Williams |
|  | Ian Saffer |
|  | William Boice |
|  | Carl Sanders |
| HTC AMERICA, INC., | Courtney Levkulich |
|  | Jerry Selinger |
| LG ELECTRONICS MOBILECOMM U.S.A., INC., | Renzo Rocchegiani |
| ZTE (USA) INC., | Scott Miller |
| SHARP ELECTRONICS CORPORATION, | Andrew Devkar |
| PANTECH WIRELESS, INC., | Alan Wright |
| RESEARCH IN MOTION LIMITED, RESEARCH IN MOTION CORPORATION, | Vincent Belusko |
| MICROSOFT CORPORATION, | Grant Kinsel |

| | |
|---|---|
| NOKIA, INC., | Steven Snyder |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | Amy Kramer<br>Gayle Strong |
| SONY MOBILE COMMUNICATIONS (U.S.A.) INC., | Lewis Popovski |
| HUAWEI DEVICE USA, INC., | Joseph Palys |
| KYOCERA INTERNATIONAL, INC., | John Kinton<br>Randall Kay |
| MOTOROLA MOBILITY LLC,<br><br>          Defendants. | E. Danielle T. Williams<br>Ian Saffer<br>William Boice<br>Carl Sanders |

## COURTROOM MINUTES

**Markman Hearing**

**9:10 a.m.     Court in session**

Opening statements by the court.

Court notes that defendant Apple, Inc. has been severed and transferred.

> **THEREFORE, IT IS ORDERED** as follows:
>
> 1. That Apple, Inc., is **DROPPED** as a named party to this action; and
>
> 2. That the caption is amended accordingly, effective forthwith.

Appearances of counsel.  Also seated at plaintiff's table is witness, David Klausner, and technology support, Malcolm Cook. Seated in the gallery is Microsoft Corporation representative, Stacy Quan, and Samsung Telecommunications America, LLC representative, Julie Han.

Court addresses the **Joint Proposed Agenda for Tutorial and Claim Construction Hearing** [#331] filed April 3, 2013.

Court notes that **Defendant Microsoft Corporation's Motion To Strike Declaration of David Klausner** [#309] filed March 1, 2013, remains pending.

9:18 a.m.   Tutorial presentation by Mr. Klausner.

9:21 a.m.   Plaintiff's witness, Mr. Klausner, called and sworn.

**9:56 a.m.   Court in recess.**

**10:14 a.m.   Court in session**.

Court addresses preliminary matters.

10:15 a.m.   Tutorial presentation by Mr. Kinsel.

10:23 a.m.   Defendant's witness, Dr. Charles Weems, called and sworn.

Direct examination by Mr. Kinsel.

Mr. Banys orally moves to strike testimony of Dr. Weems.

>   **IT IS FURTHER ORDERED** as follows:
>
>   3.   That plaintiff's oral motion to strike Dr. Weems' testimony is respectfully **DENIED**.

Continued direct examination by Mr. Kinsel.

11:14 a.m.   Cross examination by Mr. Banys.

11:25 a.m.   Witness is excused.

**11:29 a.m.   Court in recess.**

**11:43 a.m.   Court in session.**

Witness Klausner takes the witness stand.

11:44 a.m.   Rebuttal examination by Mr. Banys.

11:53 a.m.   Cross examination by Mr. Belusko.

**12:01 p.m.   Court in recess.**

**1:54 p.m.   Court in session**.

1:55 p.m.     Claim Construction - TERM 1 argument by Mr. Banys.

2:10 p.m.     TERM 1 argument by Mr. Kinsel.

2:46 p.m.     TERM 1 rebuttal by Mr. Banys.

3:01 p.m.     TERM 1 sur-rebuttal by Mr. Kinsel.

3:03 p.m.     TERM 2 argument by Mr. Banys.

3:07 p.m.     TERM 2 argument by Mr. Kinsel.

3:15 p.m.     TERM 2 rebuttal by Mr. Banys.

**3:20 p.m.     Court in recess.**

**3:34 p.m.     Court in session.**

3:35 p.m.     TERM 3 argument by Mr. Banys.

3:41 p.m.     TERM 3 argument by Ms. Williams.

3:57 p.m.     TERM 3 rebuttal by Mr. Banys.

4:03 p.m.     TERM 4 argument by Mr. Banys.

4:12 p.m.     TERM 4 argument by Mr. Selinger.

4:18 p.m.     TERM 4 rebuttal by Mr. Banys.

4:20 p.m.     TERM 5 argument by Mr. Banys.

4:28 p.m.     TERM 5 argument by Mr. Selinger.

4:57 p.m.     TERM 6 argument by Mr. Banys.

4:59 p.m.     TERM 6 argument by Mr. Selinger.

Closing statements by the court.

**5:01 p.m.     Court in recess.**

Total time in court:   05:12

Hearing concluded**.**