**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

vs.

GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS AB,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, LLC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
KYOCERA COMMUNICATIONS, INC.,
SHARP CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
BLACKBERRY LIMITED,
BLACKBERRY CORPORATION,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

    Defendants.

**ORDER DISMISSING KYOCERA INTERNATIONAL, INC., ONLY**

**Blackburn, J.**

    The matter is before me on the **Joint Motion of Dismissal of Kyocera International, Inc.** [#390][1] filed August 5, 2013.  After reviewing the motion and the

---

[1] "[#390]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

record, I conclude that the motion should be granted and that plaintiff's claims against defendant, Kyocera International, Inc., should be dismissed without prejudice with each party to pay their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion of Dismissal of Kyocera International, Inc.** [#390] filed August 5, 2013, is **GRANTED**;

2. That plaintiff's claims against defendant, Kyocera International, Inc., are **DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

3. That any pending motion filed on behalf of defendant, Kyocera International, Inc., is **DENIED** as moot; and

4. That defendant, Kyocera International, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated August 5, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge