**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-CV-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

v.

GOOGLE INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, LLC,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
KYOCERA COMMUNICATIONS, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
BLACKBERRY LIMITED,
BLACKBERRY CORPORATION,
MICROSOFT CORPORATION, and
NOKIA INC.,

    Defendants.

---

**ORDER GRANTING MOTION BY PLAINTIFF POTTER VOICE TECHNOLOGIES LLC
FOR WITHDRAWAL OF NICHOLAS S. MANCUSO AND DANIEL W. BEDELL AS
COUNSEL OF RECORD**

---

The Court has considered Plaintiff Potter Voice Technologies, LLC's ("Potter Voice") Unopposed Motion for Withdrawal of Nicholas S. Mancuso and Daniel W. Bedell as Counsel of Record and has decided that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Nicholas S. Mancuso and Daniel W. Bedell be withdrawn as counsel of record for Potter Voice in this action, effective immediately.

The Clerk of the Court is directed to terminate electronic notification to Messrs. Mancuso and Bedell and to remove them from the Notice of Electronic Filing.

Date: __04 Sep 2013_____        BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge