IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01096–REB–KMT

POTTER VOICE TECHNOLOGIES LLC,

      Plaintiff,

v.

GOOGLE INC,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS (U.S.A.) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, LLC,
ZTE (USA) INC.,
KYOCERA COMMUNICATIONS, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION,
NOKIA INC.,

      Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the "Unopposed Motion to Withdraw" filed by William H. Boice and Elizabeth Danielle Thompson, counsel for Defendants Google Inc. and Motorola Mobility LLC. (Doc. No. 450, filed Apr. 30, 2015.)  Being otherwise fully advised, it is hereby ORDERED that the Motion (Doc. No. 450) is GRANTED.  Attorneys Boice and Thompson are relieved of any further representation of Defendants Google Inc and Motorola Mobility LLC in the above-captioned matter.  The Clerk of Court is instructed to remove Mr. Boice and Ms. Thompson from the electronic certificate of mailing.

Dated: May 4, 2015