# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

vs.

GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
SONY MOBILE COMMUNICATIONS (USA) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY LLC.,
ZTE (USA) INC.,
KYOCERA COMMUNICATIONS, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

    Defendants.

## ORDER CONCERNING APPOINTMENT OF MASTER

**Blackburn, J.**

    This matter is before the court *sua sponte*. This patent infringement case concerns a patent covering a method and apparatus for controlling a digital computer using oral input. The court has issued an order construing the claim terms at issue. Now on the horizon are the tasks necessary to prepare this case for trial, including: (1) entry of scheduling orders; (2) management of discovery; (3) additional claim construction, if necessary; (4) determination of which additional parties, if any, should

be severed or are entitled to severance; (5) determination of dispositive motions, if any; and (6) determination of the number and order of trials, including the identification of defendants who will participate in each trial.

The patent in suit concerns technology that is highly specialized and technical. Given that circumstance, it is likely that a master with education and skill in the technical areas addressed in the patent in suit will be able to handle these anticipated proceedings more accurately, more efficiently, and in a more timely fashion than a judge available on this court. Under FED. R. CIV. P. 53(a)(1), these circumstances are sufficient to merit and permit the appointment of a master.

Before appointing a master, the court must give the parties notice and an opportunity to be heard. FED. R. CIV. P. 53(b)(1). This order shall serve as notice to the parties of the intent of the court to appoint a master to conduct some or all of the pretrial proceedings listed above. This order provides a schedule for the parties to state their positions on this issue and to suggest candidates for the position of master.

**THEREFORE, IT IS ORDERED** as follows:

1. That by June 8, 2015, each party shall file a brief addressing the question of whether a master should be appointed to conduct some or all of the pretrial proceedings listed in this order;

2. That in its brief, each party shall state whether it consents to the appointment of a master to conduct the pretrial proceedings listed in this order;

3. That in its brief, each party may suggest one or more candidates for appointment as a master;

4. That any group of parties who agree that a master should be appointed and who agree on one or more candidates for appointment as a master jointly may file a

brief concerning the appointment of a master;

     5. That any party that supports the appointment of a master and/or consents to the appointment of a master shall file a proposed order which appoints a master to construe the disputed claims of the patent in suit and which contains the contents required under FED. R. CIV. P. 53(b)(2)(A) - (E); and

     6. That the proposed order shall be included and filed in CM/ECF as an attachment to the brief of the party submitting the proposed order and shall be tendered separately to the court as a Microsoft Word document via e-mail at blackburn_chambers@cod.uscourts.gov.

     Dated May 19, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

3