**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01096-REB-CBS

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

vs.

GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
SONY MOBILE COMMUNICATIONS (USA) INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY LLC.,
ZTE (USA) INC.,
KYOCERA COMMUNICATIONS, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

    Defendants.

**ORDER**

**Blackburn, J.**

    This matter is before the court on the following: (1) **Potter Voice Technologies LLC's Motion To Lift the Stay of Discovery** [#427][1] filed October 10, 2014; and (2) **Potter Voice Technologies LLC's Motion To Set a Case Management Conference** [#428] filed October 10, 2014.  The defendants filed a combined response [#431].  After

---

[1] "[#427]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

consultation with the magistrate judge, I withdraw the reference [#429] of these motions to the magistrate judge.

Initially, the parties agreed to stay discovery pending issuance of a claim construction order. An order construing the patent claims has been issued and the court is in the process of appointing a master. Given these circumstances, it is proper to lift the previous stay on discovery. Following the filing of the claim construction order, the court held a conference with all parties and their counsel. Thus, I deny as moot the motion for a case management conference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Potter Voice Technologies LLC's Motion To Lift the Stay of Discovery** [#427] filed October 10, 2014, is granted;

2. That the stay on discovery is lifted; and

3. That **Potter Voice Technologies LLC's Motion To Set a Case Management Conference** [#428] filed October 10, 2014, is denied as moot.

Dated September 14, 2015, at Denver, Colorado.

                                            **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge