**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-01096-REB-KMT

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

vs.

GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS AB,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, LLC.,
ZTE (USA) INC.,
KYOCERA COMMUNICATIONS, INC.,
SHARP CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
BLACKBERRY LIMITED,
BLACKBERRY CORPORATION,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal of the Blackberry Defendants** [#530][1] filed December 2, 2015. After careful review of the stipulation and the file, the court concludes that the stipulation should be approved.

---

[1] "[#530]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal of the Blackberry Defendants** is approved;

2. That the claims of the plaintiff/counter-defendant, Potter Voice Technologies, LLC, against the BlackBerry Defendants (defendants and counterclaimants BlackBerry Limited (f/k/a Research In Motion Limited) and BlackBerry Corporation (f/k/a Research In Motion Corporation)) are dismissed with prejudice;

3. That the BlackBerry Defendants' counterclaims against the plaintiff/counter-defendant are dismissed without prejudice;

4. That the parties shall pay their own attorney fees and costs associated with the claims addressed in this order;

5. That the plaintiff has not released, and nothing in the stipulation shall be construed as a release or discharge of any claim the plaintiff has or may have in the future against any other defendant named in this action; and

6. That the defendants BlackBerry Limited (f/k/a Research In Motion Limited) and BlackBerry Corporation (f/k/a Research In Motion Corporation) are dropped as parties to this action, and the caption shall be amended accordingly.

Dated December 15, 2015, at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 */s/ Bob Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge