**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01096-REB-KMT

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

vs.

GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SONY MOBILE COMMUNICATIONS AB,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA MOBILITY, LLC.,
ZTE (USA) INC.,
KYOCERA COMMUNICATIONS, INC.,
SHARP CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
MICROSOFT CORPORATION, and
NOKIA, INC.,

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

    The matter is before me on the **Stipulation of Microsoft Corporation and Microsoft Mobile, Inc.** [#543][1] filed March 15, 2016.  After careful review of the stipulation and the file, the court concludes that the stipulation should be approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Microsoft Corporation and Microsoft Mobile, Inc.** is

---

[1] "[#543]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

approved;

    2. That the claims of Plaintiff (Plaintiff and Counter-Defendant Potter Voice Technologies LLC) against the Microsoft Defendants (Defendants and Counterclaimants Microsoft Corporation and Microsoft Mobile, Inc., (f/k/a Nokia, Inc.) are dismissed with prejudice;

    3. That the counterclaims of the Microsoft Defendants against Plaintiff are dismissed without prejudice;

    4. That the affected parties shall pay their own attorney fees and costs; and

    5. That the Microsoft Defendants are dropped as parties to this action, and the caption shall be amended accordingly.

    Dated March 21, 2016, at Denver, Colorado.

                                  **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge